**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Adeptus Health LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0432716** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dallas** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **www.adpt.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: |
|---|---|---|

| Debtor | Adeptus Health LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

 6214

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| District | TXND | When | 4/19/17 | Case number | 17-31435 |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

| Debtor | See Attached Addendum | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | **Adeptus Health LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Adeptus Health LLC**                                    Case number (*if known*) _____
          _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2020**
               _____
               MM / DD / YYYY

**X** **/s/ Steven C. Bussey**                          **Steven C. Bussey**
_____                    _____
Signature of authorized representative of debtor        Printed name

Title    **Chief Executive Officer**
         _____

**18. Signature of attorney**

**X** **/s/ Louis R. Strubeck, Jr.**          Date  **December 18, 2020**
_____                _____
Signature of attorney for debtor                    MM / DD / YYYY

**Louis R. Strubeck, Jr.**
_____
Printed name

**Norton Rose Fulbright US LLP**
_____
Firm name

**2200 Ross Avenue**
**Suite 3600**
**Dallas, TX 75201-7932**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(214) 855-8000**       Email address   **louis.strubeck@nortonrosefulbright.com**

**19425600 TX**
_____
Bar number and State

**ADDENDUM TO PETITION**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On this date, each of the entities listed below, including the Debtor in this Chapter 7 case (collectively, the "Debtors") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas.

1. Adeptus Health LLC
2. ADPT-Houston RE Holdings LLC
3. FCER Management LLC
4. First Choice ER LLC
5. First Texas Hospital Carrollton LLC
6. First Texas Hospital Cy-Fair LLC
7. Lakewood Forest Medical Center LLC
8. National Medical Professionals of Arizona LLC
9. National Medical Professionals of Texas LLC
10. Potranco Medical Center LLC
11. SSH Medical Center LLC
12. Little Road Medical Center LLC
13. Briar Forest-Eldridge Medical Center LLC
14. Cedar Hill Medical Center LLC
15. Frisco Preston Medical Center LLC
16. Gleannloch Farms Medical Center LLC
17. Pearland Sunrise Medical Center LLC
18. Katy ER Center LLC
19. Sienna Plantation Medical Center LLC
20. Houston 9520 Jones Medical Center LLC
21. AJNH Medical Center LLC
22. Kuykendahl Medical Center LLC
23. Eagles Nest Medical Center LLC
24. Center Street DP Medical Center LLC
25. Rosenberg Medical Center LLC
26. Conroe Medical Center LLC
27. Highland Village Medical Center LLC
28. Frisco DNT Eldorado Medical Center LLC
29. Cinco Ranch Medical Center LLC
30. Northwest Harris County Medical Center LLC
31. Creekside Forest Medical Center LLC
32. Custer Bridges Medical Center LLC
33. WCB Medical Center LLC
34. Samuel Farm Medical Center LLC
35. FM Crossing Medical Center LLC
36. Garland Shiloh Medical Center LLC
37. Mansfield Walnut Creek Medical Center LLC

38. Little Elm FM 423 Medical Center LLC
39. North Dallas Tollway Medical Center LLC
40. Lewisville Medical Center LLC
41. San Antonio Nacogdoches Medical Center LLC
42. WC Medical Center LLC
43. Matlock Medical Center LLC
44. Summerwood Medical Center LLC
45. Haslet Medical Center LLC
46. McKinney 5000 El Dorado Medical Center LLC
47. Kingwood Medical Center LLC
48. Helotes Medical Center LLC
49. Desoto Beltline Medical Center LLC
50. Hickory Creek Medical Center LLC
51. Sterling Ridge Medical Center LLC
52. Friendswood Medical Center LLC
53. NRH Medical Center LLC
54. Lake Highlands Medical Center LLC
55. Medical Center of Spring Rayford Richards LLC
56. Mesquite Town East Medical Center LLC
57. ADPT-DFW RE Holdings LLC
58. National Medical Professionals of Greater Texas LLC
59. National Medical Professionals of Houston LLC
60. National Medical Professionals Specialists LLC
61. ECC Management LLC
62. OpFree RE Investments Ltd.

# RESOLUTIONS
## OF THE
## BOARD OF DIRECTORS
## OF
## ADPT HOLDINGS, LLC

The undersigned, being all of the requisite members of the Board of Directors (the "<u>Board</u>") of ADPT Holdings, LLC, a Delaware limited liability company (the "<u>Company</u>"), at a meeting held on November 18, 2020, do hereby consent to, authorize and adopt the following resolutions as of the date hereof:

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's, and its enterprise's, business;

**WHEREAS**, the Board has reviewed the historical performance of the Company and affiliated entities, including those entities listed on Exhibit 1 here on  (the "<u>Adeptus Entities</u>") which entities comprise a portion of the Company's business enterprise, the market for the Company's and the Adeptus Entities' services, and the current and long-term liabilities of the Company and the Adeptus Entities; and

**WHEREAS**, the Board has reviewed, considered, and received the recommendations of the senior management of the Company and the advice of the Company's professionals and advisors with respect to potential avenues for relief that are available to the Board, including the possibility of pursuing a liquidation of the Company's and the Adeptus Entities', business and assets under Chapter 7 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**NOW, THEREFORE BE IT RESOLVED**, that in the business judgment of the Board after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors that, at this time under the relevant circumstances, it is desirable and in the best interests of the Company, its creditors, equity holders and other interested parties, and the Adeptus Entities, that voluntary petitions ("<u>Petitions</u>") be filed by the Company  and the Adeptus Entities under the provisions of Chapter 7 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Company's petition seeking relief under the provisions of Chapter 7 of the Bankruptcy Code (the "<u>Petition</u>") is approved in all respects, and that Steve Bussey, Chief Executive Officer of the Company (the "<u>Authorized Person</u>") be, and hereby is, authorized and directed, on behalf of and in the name of the Company and the Adeptus Entities, to execute the Petitions or authorize the execution of a filing of the Petition and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Texas at such time as the Authorized Person deems appropriate;

**FURTHER RESOLVED**, that the Authorized Person, be, and hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he may deem necessary or proper in connection with the prosecution of the Chapter 7 cases, and in that connection for the Authorized Person to retain and employ all assistance by legal counsel

or otherwise, which he may deem necessary or proper with a view to the successful prosecution of the Chapter 7 proceedings;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized and directed to retain on behalf of the Company the law firm of Norton Rose Fulbright US LLP, upon such terms and conditions as the Authorized Person shall approve, to render legal services to, and to represent, the Company and the Adeptus Entities in connection with the Chapter 7 proceeding;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Person to file the Petitions or in any other connection with the Chapter 7 proceedings, any related insolvency proceeding, or in any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Authorized Person be with full authority to act without the others, hereby is, authorized and directed, in the name of and on behalf of the Company and the Adeptus Entities to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and

**FURTHER RESOLVED**, that to the extent the Authorized Person, in consultation with counsel for the Company, determines that any of the Company's and the Adeptus Entities' related entities needs to file a Chapter 7 proceeding, the Board has authorized such filing, provided such decision is approved of by the Authorized Person.

*[Signature Page follows.]*

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date first written above.

**DIRECTORS**:

*Adam E Grossman*
_____
Adam Grossman


_____
Bryan Sendrowski


_____
LeAnne Zumwalt

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date first written above.

**DIRECTORS**:

_____

Adam Grossman

_____

Bryan Sendrowski

_____

LeAnne Zumwalt

101372408.1

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date first written above.

DIRECTORS:

_____

Adam Grossman

_____

Bryan Sendrowski

_____

LeAnne Zumwalt

101372408.1

Exhibit 1

**Potential Chapter 7 Debtors**

| Entity | Brief Reason for Filing |
| --- | --- |
| 1.  Adeptus Health LLC | Litigation defendant. |
| 2.  ADPT-Houston RE Holdings LLC | Litigation defendant. |
| 3.  FCER Management, LLC | Litigation defendant. |
| 4.  First Choice ER, LLC | Litigation defendant. |
| 5.  First Texas Hospital Carrollton LLC | Litigation defendant. |
| 6.  First Texas Hospital Cyfair, LLC | Litigation defendant. |
| 7.  Lakewood Forest Medical Center, LLC | Litigation defendant. |
| 8.  National Medical Professionals of Arizona, LLC | Litigation plaintiff. |
| 9.  National Medical Professionals of Texas LLC | Litigation defendant. |
| 10. Potranco Medical Center LLC | Litigation defendant and equipment lessee. |
| 11. SSH Medical Center LLC | Litigation defendant. |
| 12. Little Road Medical Center LLC | Real estate and equipment lessee. |
| 13. Briar Forest-Eldridge Medical Center LLC | Equipment lessee. |
| 14. Cedar Hill Medical Center LLC | Equipment lessee. |
| 15. Frisco Preston Medical Center LLC | Equipment lessee. |
| 16. Gleannloch Farms Medical Center LLC | Equipment lessee. |
| 17. Pearland Sunrise Medical Center LLC | Real estate and equipment lessee. |
| 18. Katy ER Center LLC | Equipment lessee. |
| 19. Sienna Plantation Medical Center LLC | Equipment lessee. |
| 20. Houston 9520 Jones Medical Center LLC | Real estate and equipment lessee. |
| 21. AJNH Medical Center LLC | Equipment lessee. |
| 22. Kuykendahl Medical Center LLC | Equipment lessee. |
| 23. Eagles Nest Medical Center LLC | Equipment lessee. |
| 24. Center Street DP Medical Center LLC | Equipment lessee. |

| | |
|---|---|
| 25. Rosenberg Medical Center LLC | Equipment lessee. |
| 26. Conroe Medical Center LLC | Equipment lessee. |
| 27. Highland Village Medical Center LLC | Equipment lessee. |
| 28. Frisco DNT Eldorado Medical Center LLC | Equipment lessee. |
| 29. Cinco Ranch Medical Center LLC | Equipment lessee. |
| 30. Northwest Harris County Medical Center LLC | Real estate and equipment lessee. |
| 31. Creekside Forest Medical Center LLC | Equipment lessee. |
| 32. Custer Bridges Medical Center LLC | Equipment lessee. |
| 33. WCB Medical Center LLC | Real estate and equipment lessee. |
| 34. Samuel Farm Medical Center LLC | Real estate and equipment lessee. |
| 35. FM Crossing Medical Center LLC | Equipment lessee. |
| 36. Garland Shiloh Medical Center LLC | Equipment lessee. |
| 37. Mansfield Walnut Creek Medical Center LLC | Real estate and equipment lessee. |
| 38. Little Elm FM 423 Medical Center LLC | Equipment lessee. |
| 39. North Dallas Tollway Medical Center LLC | Real estate and equipment lessee. |
| 40. Lewisville Medical Center LLC | Equipment lessee. |
| 41. San Antonio Nacogdoches Medical Center LLC | Equipment lessee. |
| 42. WC Medical Center LLC | Equipment lessee. |
| 43. Matlock Medical Center LLC | Real estate and equipment lessee. |
| 44. Summerwood Medical Center LLC | Equipment lessee. |
| 45. Haslet Medical Center LLC | Equipment lessee. |
| 46. McKinney 5000 El Dorado Medical Center LLC | Equipment lessee. |
| 47. Kingwood Medical Center LLC | Equipment lessee. |
| 48. Helotes Medical Center LLC | Equipment lessee. |
| 49. First Texas Hospital CY-Fair LLC | Equipment lessee. |

| | |
|---|---|
| 50. Desoto Beltline Medical Center LLC | Equipment lessee. |
| 51. Hickory Creek Medical Center LLC | Real estate lessee and equipment lessee. |
| 52. Sterling Ridge Medical Center, LLC | Real estate lessee. |
| 53. Friendswood Medical Center LLC | Real estate lessee. |
| 54. NRH Medical Center LLC | Real estate lessee and litigation defendant. |
| 55. Lake Highlands Medical Center LLC | Real estate lessee and litigation defendant |
| 56. Medical Center of Spring Rayford Richards, LLC | Real estate lessee. |
| 57. Mesquite Town East Medical Center LLC | Real estate lessee. |
| 58. ADPT-DFW RE Holdings LLC | Real estate lessee and litigation defendant. |
| 59. National Medical Professionals of Greater Texas, LLC | Potential litigation defendant |
| 60. National Medical Professionals of Houston LLC | Potential litigation defendant |
| 61. National Medical Professionals Specialists LLC | Potential litigation defendant |

1001126825

**Fill in this information to identify the case:**

Debtor name    **Adeptus Health LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2020**     X **/s/ Steven C. Bussey**
                                         Signature of individual signing on behalf of debtor

                                         **Steven C. Bussey**
                                         Printed name

                                         **Chief Executive Officer**
                                         Position or relationship to debtor

## GLOBAL NOTES REGARDING SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

I, Steven C. Bussey, Chief Executive Officer of ADPT Holdings, LLC, hereby state as follows:

1.      These Global Notes regarding the Debtor's Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFAs" and, collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and SOFAs.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFAs.

2.      Although I was not primarily responsible for preparing and maintaining the financial and business records of the Debtor, those documents were prepared and maintained by other representatives of the Debtor, under my general supervision, in the ordinary course of the Debtor's business.

3.      I do not have personal knowledge of all of the information that is set forth in the Debtor's Schedules and SOFAs; however, other representatives of the Debtor who do have such personal knowledge, have, under my general supervision, compiled and provided such information based on information that is contained in the Debtor's books and records.

4.      I note that the information contained in the Debtor's Schedules and SOFAs (a) has not been audited, (b) was not necessarily prepared in accordance with Generally Accepted Accounting Procedures, and (c) is based on "book value" and therefore do not necessarily reflect the amount that would be received upon the disposition of the Debtor's assets.

5.      Finally, because disclosure of patient information is especially sensitive and confidential, and would violate the Health Insurance Portability and Accountability Act of 1996,

such information has not been included in the Debtor's Schedules and SOFAs, but will be made

available to the chapter 7 trustee.

Dated: December 18, 2020                    _/s/ Steven C. Bussey_
                                            Steven C. Bussey

## END OF GLOBAL NOTES

**Fill in this information to identify the case:**

Debtor name   **Adeptus Health LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $     **1,111,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $     **5,688,108.12**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $     **6,799,108.12**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     **209,907,568.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **68,293,777.46**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b

$     **278,201,345.46**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Adeptus Health LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **0174** | $25,000.00 |
| 3.2. | **Bank of America** | **Deposit Account** | **8001** | $25,000.00 |
| 3.3. | **Bank of America** | **Checking** | **1253** | $325,000.00 |
| 3.4. | **Bank of America** | **Checking** | **7964** | $1,000.00 |
| 3.5. | **Bank of America** | **Checking** | **9143** | $1,000.00 |
| 3.6. | **Bank of America** | **Checking** | **8953** | $1,000.00 |
| 3.7. | **Bank of America, NA** | **Checking** | **7384** | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Adeptus Health LLC**                                    Case number *(If known)* _____
          Name

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                          | $378,000.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.   **Bank of America**                                                        $92,445.51

        7.2.   **Bank of America**                                                       $948,918.61

        7.3.   **Silicon Valley Bank**                                                         $0.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                         | $1,041,364.12 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11b. Over 90 days old: | 2,314,748.00 | - | 0.00 | =.... | $2,314,748.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 353,996.00 | - | 0.00 | =.... | $353,996.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 1,600,000.00 | - | 0.00 | =.... | $1,600,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                                        | $4,268,744.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Adeptus Health LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **26 U-desks; 17 Desks; 17 Large hutch; 1 X-large hutch; 14 Small wood lateral file 2 drawer; 1 Small metal lateral file 2 drawer; 7 Small Round conference table; 1 Medium conference table; 104 Desk chairs; 41 Side chairs; 2 One seat louge w/ottoman; 4 Stackable chairs; 5 Lateral file cabinet 4 drawer; 2 Lateral file cabinet 5 drawer; 1 Executive board conference table; 2 bookcases; 22 Laptops; 24 Monitors; 6 Printers; 2 MiFi; 1 iPAD; 8 Docking Stations** | **Unknown** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number *(If known)* | |
|--------|------------------------|--------------------------|--|
| | Name | | |

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**SCG Capital Corporation -Miscellaneous<br>Leased Medical Equipment - Master Lease<br>Agreement dated 1/11/2013** | | |
| | **SCG Capital Corporation -Miscellaneous<br>Leased Medical Equipment - Master Lease<br>Agreement dated 1/11/2013** | $0.00 | N/A | $0.00 |
| | **GE HFS, LLC-Miscellaneous Leased Medical<br>Equipment - Master Lease Agreement dated<br>1/11/2013** | $0.00 | N/A | $0.00 |
| | **CIT Finance LLC-Miscellaneous Leased<br>Medical Equipment - Master Lease Agreement<br>dated 1/11/2013; Omnibus Amendment to<br>Leases 11/14/17** | $0.00 | N/A | $0.00 |
| | **Huntington Technology Finance,<br>Inc.-Miscellaneous Leased Medical Equipment<br>- Master Lease Agreement dated 1/11/2013** | $0.00 | N/A | $0.00 |
| | **Wells Fargo Equipment Finance,<br>Inc.-Miscellaneous Leased Medical Equipment<br>- Master Lease Agreement dated 1/11/2013** | $0.00 | N/A | $0.00 |
| | **Mitsubishi UFJ Lease & Finance (U.S.A.)<br>Inc.-Miscellaneous Leased Medical Equipment<br>- Master Lease Agreement dated 1/11/2013<br>with SCG Capital Corp. collaterally assigned to<br>Mitsubishi UFJ Lease & Finance (USA) Inc.** | $0.00 | N/A | $0.00 |
| | **Key Equipment Finance-Miscellaneous Leased<br>Medical Equipment - Master Lease Agreement<br>dated 1/11/2013** | $0.00 | N/A | $0.00 |
| | **De Lage Landen Financial Services,<br>Inc.-Miscellaneous Leased Medical Equipment** | $0.00 | N/A | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

Debtor    **Adeptus Health LLC**                  Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| **Olympus America, Inc.-Miscellaneous Leased Medical Equipment - Master Lease Agreement No. 0016700 dated September 8, 2016** | $0.00 | N/A | $0.00 |
| **Hitachi Capital America Corp. f/k/a Creekdridge Capital LLC-Miscellaneous Leased Medical Equipment - Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell)** | $0.00 | N/A | $0.00 |
| **U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance-Miscellaneous Leased Medical Equipment** | $0.00 | N/A | $0.00 |
| **Capital Asset Resources-Miscellaneous Leased Medical Equipment - Equipment Lease Agreement No. 96442** | $0.00 | N/A | $0.00 |
| **Happy State Bank & Trust Co. f/k/a/ Centennial Bank-Miscellaneous Leased Medical Equipment - Equipment Lease Agreement No. 1006521 (Capital Asset Resources)** | $0.00 | N/A | $0.00 |
| **First National Bank of Wichita Falls-Miscellaneous Leased Medical Equipment - Equipment Lease Agreement No. 65428 (Capital Asset Resources)** | $0.00 | N/A | $0.00 |
| **K&E Limited Partnership-Medical Facility Building  - 8020 Matlock Rd. Arlington, TX 76002** | $0.00 | N/A | $0.00 |

51.    **Total of Part 8.**                                            **$0.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other | **Nature and extent of debtor's interest** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

| Debtor | **Adeptus Health LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|---|
| 55.1. | **2710 Western Center Boulevard Fort Worth, Texas 76131-1337 Lot 1R2, Block 1, WESTERN CENTER ADDITION to the City of Fort Worth, Tarrant County, Texas, according to plat recorded in Cabinet A, Slide 12025, Plat Records of Tarrant County, Texas.** | **Fee simple** | **$2,643,000.00** | **Final LOI Offer** | **$1,111,000.00** |
| 55.2. | **HKM California Properties LLC-Medical Facility Building - 10815 Kuykendahl Rd The Woodlands, TX 77382** | **Leased property; vacated** | **$0.00** | **N/A** | **$0.00** |
| 55.3. | **CJC 18-2 LLC / MTL Jamie LLC / MTL Jennifer LLC-Medical Facility Building - 225 E. Parkwood Avenue Friendswood, TX 77546-5145** | **Leased property; vacated** | **$0.00** | **N/A** | **$0.00** |
| 55.4. | **28606 Northwest Freeway Cypress TX, LLC-Medical Facility Building - 28606 Northwest Freeway Cypress, TX 77433** | **Leased property; vacated** | **$0.00** | **N/A** | **$0.00** |
| 55.5. | **SAHM Properties Woodland Hills LLC-Medical Facility Building - 3016 Marina Bay Drive League City, TX 77573** | **Leased property; vacated** | **$0.00** | **N/A** | **$0.00** |
| 55.6. | **HSM CROSSING LLC-Medical Facility Building - 6035 Precinct Line Rd North Richland Hills, TX 76180-5410** | **Leased property; vacated** | **$0.00** | **N/A** | **$0.00** |

Debtor    **Adeptus Health LLC**
_____          Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.7. | **CCMR 18 LLC, RLC JENNA 18 LLC, & RLC JUSTIN 18 LLC-Medical Facility Building  - 10705 E. Northwest Hwy Dallas, TX 75238** | **Leased property; vacated** | **$0.00** | N/A | **$0.00** |
| 55.8. | **Rebound Retail LLC-Medical Facility Building  - 2752 Sunrise Blvd Pearland, TX 77584** | **Leased property; vacated** | **$0.00** | N/A | **$0.00** |
| 55.9. | **PASATIEMPO APARTMENTS-Medical Facility Building  - 9530 Jones Road Houston, TX 77065** | **Leased property; vacated** | **$0.00** | N/A | **$0.00** |
| 55.10. | **Parma Mandalay Tower, LLC-Office Building - 220 East Las Colinas Boulevard, Suite 1000 Irving, TX 75039** | **Leased property; vacated** | **$0.00** | N/A | **$0.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$1,111,000.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number *(If known)* | |
|--------|------------------------|----------------------------------|---|
| | Name | | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $378,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,041,364.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,268,744.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $1,111,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,688,108.12 | + 91b. $1,111,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,799,108.12 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Adeptus Health LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | | | |
|---|---|---|---|
| **Deerfield Partners L.P.** | Describe debtor's property that is subject to a lien | **$209,907,568.00** | **$6,799,108.12** |
| Creditor's Name | **All assets of Debtor** | | |

**Attn Deerfield Private Design Fund IV LP
780 Third Avenue
37th Floor
New York, NY 10017**
Creditor's mailing address

**dclark@deerfield.com**

Creditor's email address, if known

**Date debt was incurred**
**10/03/2017**
**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$209,907,568.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Katten Muchin Rosenman LLP
ATTN: Mark D. Wood
ATTN: Kristopher J. Ring
525 West Monroe Street
Chicago, IL 60661-3693** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name    **Adeptus Health LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**28606 Northwest Freeway Cypress TX, LLC**<br>**ATTN: E-WEI TAO**<br>**6360 98th St., Unit F7**<br>**Rego Park, NY 11374**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Cypress-Fairfield Real Estate Lease 28606 Northwest Freeway**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,955,303.28** |
| **3.2** Nonpriority creditor's name and mailing address<br>**ABBOTT LABORATORIES INC**<br>**100 ABBOT PARK RD**<br>**ABBOTT PARK, IL 60064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lab Equipment Repairs & Maintenance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,495.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**ABBOTT POINT OF CARE INC**<br>**100 ABBOTT PARK ROAD**<br>**ABBOTT PARK, IL 60064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lab Equipment Repairs and Maintenance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,247.50** |
| **3.4** Nonpriority creditor's name and mailing address<br>**AGARWAL, NEAL**<br>**11318 Williamsburg Drive**<br>**Houston, TX 77024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Physician Compensation - Houston**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,640.00** |

| Debtor | Adeptus Health LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,121.13 |
|---|---|---|---|

**ALSCO INC**
**1340 East Berry St**
**Fort Worth, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Linen Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,629.32 |
|---|---|---|---|

**Ameriland Enterprises LLC**
**ATTN: Tam Nguyen**
**9021 W. LITTLE YORK RD**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Katy - Mason Rd. Real Estate Lease__
__1510 S. Mason Road__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,183.77 |
|---|---|---|---|

**AT&T**
**PO BOX 105068**
**Atlanta, GA 30348-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UTILITY - Communications__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,720.00 |
|---|---|---|---|

**BOWERS, ARANYANEE**
**12228 S. Shadow Cove Drive**
**Houston, TX 77082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Physician Compensation - Houston__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,295.00 |
|---|---|---|---|

**BRIDGEPOSE DIGITAL LLC**
**3341 REGENT BLVD**
**STE 130-292**
**IRVING, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Online and Digital Marketing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,750.00 |
|---|---|---|---|

**BUXTON COMPANY**
**2651 S POLARIS DR**
**FORT WORTH, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Research Database Analytics Solution__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,400.00 |
|---|---|---|---|

**CALDERON, DARRELL**
**4402 Mountwood Street**
**Houston, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Physician Compensation - Houston__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Adeptus Health LLC**                                                    Case number (*if known*)
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,560.95 |
|---|---|---|---|

**Capital Asset Resources**
**ATTN: Sparkle Valencia**
**516 Silicon Drive**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment Lease Agreement No. 96442**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,460.50 |
|---|---|---|---|

**CAREFUSION 303 INC  CAREFUSION**
**SOLUTIONS**
**25082 NETWORK PLACE**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,956.29 |
|---|---|---|---|

**Cascade Capital, LLC**
**1670 Corporate Circle**
**Suite 202**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Receivables management**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,206,087.57 |
|---|---|---|---|

**CCMR 18 LLC, RLC JENNA 18 LLC, & RLC**
**JUS**
**Attn:  Barry J. Haskell**
**362 Kingsland Avenue**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lake Highlands Real Estate Lease**
**10705 E. Northwest Hwy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,685.62 |
|---|---|---|---|

**CH INTERMEDIATE HOLDINGS LLC**
**COREPOINT**
**100 HIGH STREET**
**SUITE 1560**
**BOSTON, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT - software**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,280.00 |
|---|---|---|---|

**CHIEN, LAWRENCE**
**6708 Glenhurst Drive**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Physician Compensation - DFW**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CIT Finance LLC**
**Attn: Brad Stevens**
**10201 Centurion Parkway N.**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013; 11/14/17**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013; Omnibus**
**Amendment to Leases 11/14/17**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
CIT Finance LLC
ATTN: Brad Stevens
10201 Centurion Parkway N.
Jacksonville, FL 32256

Date(s) debt was incurred  1/11/2013; 11/14/2017
Last 4 digits of account number  0000

As of the petition filing date, the claim is: *Check all that apply.*       **$82,353.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Master Lease Agreement dated 1/11/2013; Omnibus Amendment to Leases 11/14/17

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
CIT Finance LLC
ATTN: Brad Stevens
10201 Centurion Parkway N.
Jacksonville, FL 32256

Date(s) debt was incurred  1/11/2013; 11/14/2017
Last 4 digits of account number  5000

As of the petition filing date, the claim is: *Check all that apply.*       **$59,451.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Master Lease Agreement dated 1/11/2013; Omnibus Amendment to Leases 11/14/17

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
CIT Finance LLC
ATTN: Brad Stevens
10201 Centurion Parkway N.
Jacksonville, FL 32256

Date(s) debt was incurred  1/11/2013; 11/14/2017
Last 4 digits of account number  1000

As of the petition filing date, the claim is: *Check all that apply.*       **$15,969.07**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Master Lease Agreement dated 1/11/2013; Omnibus Amendment to Leases 11/14/17

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address
CIT Finance LLC
ATTN: Brad Stevens
10201 Centurion Parkway N.
Jacksonville, FL 32256

Date(s) debt was incurred  1/11/2013; 11/14/2017
Last 4 digits of account number  0002

As of the petition filing date, the claim is: *Check all that apply.*       **$62,819.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Master Lease Agreement dated 1/11/2013; Omnibus Amendment to Leases 11/14/17

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
CIT Finance LLC
ATTN: Brad Stevens
10201 Centurion Parkway N.
Jacksonville, FL 32256

Date(s) debt was incurred  1/11/2013; 11/14/2017
Last 4 digits of account number  9001

As of the petition filing date, the claim is: *Check all that apply.*       **$48,637.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Master Lease Agreement dated 1/11/2013; Omnibus Amendment to Leases 11/14/17

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
CIT Finance LLC
ATTN: Brad Stevens
10201 Centurion Parkway N.
Jacksonville, FL 32256

Date(s) debt was incurred  1/11/2013; 11/14/2017
Last 4 digits of account number  8002

As of the petition filing date, the claim is: *Check all that apply.*       **$14,486.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Master Lease Agreement dated 1/11/2013; Omnibus Amendment to Leases 11/14/17

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**
**CIT Finance LLC**
**ATTN: Brad Stevens**
**10201 Centurion Parkway N.**
**Jacksonville, FL 32256**

Date(s) debt was incurred _1/11/2013; 11/14/2017_

Last 4 digits of account number _0000_

**As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Master Lease Agreement dated 1/11/2013; Omnibus Amendment to Leases 11/14/17_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**
**CITY OF PEARLAND**
**PO BOX 2068**
**PEARLAND, TX 77588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$1,458.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _UTILITY-Water_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**
**CJC 18-2 LLC / MTL Jamie LLC**
**MTL Jennifer LLC; Attn: Barry J. Haskell**
**362 Kingsland Avenue**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$4,814,689.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Friendswood (FSED) Real Estate Lease 225 E. Parkwood Avenue_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**
**CLARIVATE ANALYTICS (COMPUMARK) INC**
**30 THOMSON PLACE**
**BOSTON, MA 02210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$3,373.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Legal Fees_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**
**CLEAR CREEK ISD TAX OFFICE**
**PO BOX 799**
**League City, TX 77574**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$15,105.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Tax_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**
**COMCAST**
**P.O. BOX 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$48,193.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _UTILITY - Communications_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**
**COMPUTER PROGRAMS AND SYSTEMS INC**
**TRUBRIDGE LLC / EVIDENT LLC**
**6600 WALL ST**
**Mobile, AL 36695**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$64,418.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Billing/EHR/RCM_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00**

CORIN USA LTD
12750 Citrus Park Lane
Suite 120
Tampa, FL 33625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,716.00**

CRESA GLOBAL INC
150 N UPPER WAKER DRIVE
SUITE 2900
CHIGACO, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SERVICES - Software**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$616,984.25**

Cypress Village, Cypress TX, LLC
C/O US Property Trust; ATTN: Matt Kaiser
10250 Constellation Blvd.
Suite 2850
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cypress - Grant Rd. Real Estate Lease 13105 Louetta Rd**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,142.43**

CYPRESS-FAIRBANKS ISD
10494 JONES RD.
SUITE 106
Houston, TX 77065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **TAX**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,743,952.43**

DALLAS COUNTY HOSPITAL DISTRICT
d/b/a Parkland Health and Hospital Sys
5201 Harry Hines Blvd
Dallas, TX 75235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Payment to Dallas County Hospital District Local Provider Participation Fund ("LPPF") for FY2019**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,392.05**

DALLAS COUNTY TAX OFFICE
JOHN R. AMES, CTA
PO BOX 139066
Dallas, TX 75313-9066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **TAX**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,191.88**

De Lage Landen Financial Services, Inc.
Attn: Alan I. Cohen
1111 Old Eagle School Road
Wayne, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/7/2016

Basis for the claim: **Short Form Lease Agreement No. 0110009494 dated September 7, 2016 (Stryker Flex Financial)**

Last 4 digits of account number  9921

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Adeptus Health LLC**
Name

Case number (if known) _____

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,206.24** |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**1111 Old Eagle School Road**
**ATTN: Alan I. Cohen**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/7/2016**

Last 4 digits of account number  **9989**

Basis for the claim:  **Short Form Lease Agreement No. 0110010420 dated September 7, 2016 (Stryker Flex Financial)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,614.88** |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**1111 Old Eagle School Road**
**ATTN: Alan I. Cohen**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/17/2016**

Last 4 digits of account number  **N/A**

Basis for the claim:  **Lease Agreement No. 100-10121359 dated January 17, 2016**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,202.65** |
|---|---|---|---|

**DENTON CNTY TAX ASSESSOR**
**PO BOX 90223**
**Denton, TX 76202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **TAX**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149,760.00** |
|---|---|---|---|

**DINER, BARRY**
**4407 Meyerwood Drive**
**Houston, TX 77096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Physician Compensation - Houston**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,243.28** |
|---|---|---|---|

**DIRECTV**
**Buiness Service Center**
**P.O. Box 410347**
**Charlotte, NC 28241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **UTILITY - Cable/Satellite**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,326.38** |
|---|---|---|---|

**ER EXPRESS, LLC**
**5665 NEW NORTHSIDE DRIVE**
**SUITE 540**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Patient Experience Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,165.03** |
|---|---|---|---|

**ETHICON INC**
**C/O JOHNSON & JOHNSON**
**PO BOX 406663**
**ATLANTA, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,421.00** |
|---|---|---|---|

**First National Bank of Wichita Falls**
**P.O. Box 94905**
**ATTN: Stephen Farmer**
**Wichita Falls, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Equipment Lease Agreement No. 65706 (Capital Asset Resources)

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,520.44** |
|---|---|---|---|

**First National Bank of Wichita Falls**
**P.O. Box 94905**
**ATTN: Stephen Farmer**
**Wichita Falls, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Equipment Lease Agreement No. 65232 (Capital Asset Resources)

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,547.68** |
|---|---|---|---|

**First National Bank Wichita Falls**
**Attn: Stephen Farmer**
**P.O. Box 94905**
**Wichita Falls, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Equipment Lease Agreement No. 65428 (Capital Asset Resources)

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,138.75** |
|---|---|---|---|

**First Prairie LLC**
**Attn: Jason Keen**
**1211 S. White Chapel Blvd.**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Grand Prairie – Carrier Pkwy Real Estate Lease 901 W. Jefferson St

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,876,014.26** |
|---|---|---|---|

**FIUSA TEXAS LLC**
**C/o Holland & Knight LLP**
**701 Brickell Avenue, Suite 3300**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Spring Rayford Real Estate Lease 621 Rayford Road

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$930,300.00** |
|---|---|---|---|

**FM2181-IH 35 LOT 3 LTD**
**c/o Weitzman; ATTN: Matt Luedtke**
**3102 MAPLE AVENUE, SUITE 500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Corinth Real Estate Lease 4600 FM 2181, Hickory Creek

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,525.07** |
|---|---|---|---|

**FRIENDSWOOD ISD & GCCDD**
**Tax-Assessor Collector**
**P. O. Box 31**
**Friendswood, TX 77549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Tax

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,856.19**

**FSED TEXAS LAKEVIEW PARKWAY LLC**
C/O Deerfield Management; Attn: Bryan S.
780 Third Avenue, 37th floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Rowlett - Real Estate lease - 3301 Lakeview Parkway**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,560.04**

**GALVESTON COUNTY TAX OFFICE**
Tax Assessor Collector
722 MOODY
Galveston, TX 77550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **TAX**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,653.56**

**GE HFS, LLC**
Attn: Richard D. Straka
9900 Innovation Drive, RP-2100
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,942.94**

**GE HFS, LLC**
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number **5001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,123.64**

**GE HFS, LLC**
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,457.80**

**GE HFS, LLC**
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number **8001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,829.36**

**GE HFS, LLC**
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,175.16** |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **1/11/2013**

Basis for the claim:   **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number   **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,523.60** |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **1/11/2013**

Basis for the claim:   **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number   **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,580.08** |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **1/11/2013**

Basis for the claim:   **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number   **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,007.52** |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **1/11/2013**

Basis for the claim:   **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number   **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,450.92** |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **1/11/2013**

Basis for the claim:   **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number   **3002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,605.68** |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **1/11/2013**

Basis for the claim:   **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number   **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,846.00 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,516.96 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,600.32 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,443.96 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,355.41 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,614.20 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **4001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,398.32**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **5001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,699.10**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,323.10**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,704.26**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,291.01**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7002**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,537.19**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **6002**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,527.59 |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **0001**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,720.55 |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **7001**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,026.29 |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **4001**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $793.68 |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **9001**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,528.97 |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **7001**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $644.26 |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **6001**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,514.34**

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number __2001__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$265.00**

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number __3001__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,689.78**

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number __7002__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,854.71**

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number __0001__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,242.83**

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number __1001__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$862.18**

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number __3001__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,376.12** |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **5001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,004.53** |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$513.96** |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$249.11** |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$725.86** |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,459.57** |
|---|---|---|---|

GE HFS, LLC
9900 Innovation Drive
RP-2100
ATTN: Richard D. Straka
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **2002**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$631.24**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**
**1/11/2013**

Last 4 digits of account number  **6002**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,343.25**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,494.92**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,916.43**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **4001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,699.87**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,744.31**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,704.31**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,154.76**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,604.08**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,883.35**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$955.32**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,150.07**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,450.85 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **4002**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,375.62 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **3002**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $777.98 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7002**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,511.61 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,403.86 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,974.53 |
|---|---|---|---|

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,999.85** |

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **4001**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,890.60** |

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,431.88** |

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,910.92** |

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,154.57** |

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,412.68** |

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **5001**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,656.55**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,583.52**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **3001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,552.55**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,990.68**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,990.68**

**GE HFS, LLC**
**9900 Innovation Drive**
**RP-2100**
**ATTN: Richard D. Straka**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,745.32**

**GRANDE COMMUNICATIONS**
**PO BOX 679367**
**Dallas, TX 75267-9367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **UTILITY - Communications**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Adeptus Health LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.126** | **Nonpriority creditor's name and mailing address**
**Happy State Bank & Trust Co.**
**f/k/a/ Centennial Bank; Attn: S. Marcum**
**701 South Taylor Street**
**Amarillo, TX 79101**

Date(s) debt was incurred _
Last 4 digits of account number **N/A**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Lease Agreement No. 1006521 (Capital Asset Resources)

Is the claim subject to offset? ■ No ☐ Yes

**$47,013.90**

---

**3.127** | **Nonpriority creditor's name and mailing address**
**HARRIS COUNTY ANN HARRIS BENNETT**
**TAX ASSESSOR-COLLECTOR**
**PO BOX 3547**
**HOUSTON, TX 77253-3547**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TAX

Is the claim subject to offset? ■ No ☐ Yes

**$25,270.72**

---

**3.128** | **Nonpriority creditor's name and mailing address**
**HARRIS COUNTY MUD #358 - TAX**
**11111 KATY FREEWAY**
**SUITE 725**
**HOUSTON, TX 77079**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TAX

Is the claim subject to offset? ■ No ☐ Yes

**$19,654.66**

---

**3.129** | **Nonpriority creditor's name and mailing address**
**HARRIS COUNTY MUD #468**
**3200 SOUTHWEST FWY**
**STE 2600**
**HOUSTON, TX 77027-7537**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UTILITY - Water

Is the claim subject to offset? ■ No ☐ Yes

**$2,681.98**

---

**3.130** | **Nonpriority creditor's name and mailing address**
**HARRIS COUNTY WCID #155**
**11111 KATY FREEWAY**
**SUITE 725**
**HOUSTON, TX 77079**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tax

Is the claim subject to offset? ■ No ☐ Yes

**$4,027.59**

---

**3.131** | **Nonpriority creditor's name and mailing address**
**HENRY SCHEIN, INC**
**DEPT CH 10241**
**Palatine, IL 60055-0241**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** MED SUPPLY

Is the claim subject to offset? ■ No ☐ Yes

**$463,509.86**

---

**3.132** | **Nonpriority creditor's name and mailing address**
**HILL AND KNOWLTON STRATEGIES, LLC.**
**PO BOX 101264**
**Atlanta, GA 30392-1264**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing and PR

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.133** | Nonpriority creditor's name and mailing address

Hitachi Capital America Corp.
Hitachi Capital America Vendor Services
7808 Creekridge Circle
Minneapolis, MN 55439

Date(s) debt was incurred  10/23/2014
Last 4 digits of account number  1001

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell)

Is the claim subject to offset? ■ No ☐ Yes

**$185,967.76**

---

**3.134** | Nonpriority creditor's name and mailing address

Hitachi Capital America Corp.
f/k/a Creekdridge Capital LLC
Hitachi Capital America Vendor Services
7808 Creekridge Circle
Minneapolis, MN 55439

Date(s) debt was incurred  10/23/2014
Last 4 digits of account number  1002

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell)

Is the claim subject to offset? ■ No ☐ Yes

**$62,492.10**

---

**3.135** | Nonpriority creditor's name and mailing address

Hitachi Capital America Corp.
f/k/a Creekdridge Capital LLC
Hitachi Capital America Vendor Services
7808 Creekridge Cir
Minneapolis, MN 55439

Date(s) debt was incurred  10/23/2014
Last 4 digits of account number  1003

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell)

Is the claim subject to offset? ■ No ☐ Yes

**$5,645.64**

---

**3.136** | Nonpriority creditor's name and mailing address

Hitachi Capital America Corp.
f/k/a Creekdridge Capital LLC
Hitachi Capital America Vendor Services
7808 Creekridge Circle
Minneapolis, MN 55439

Date(s) debt was incurred  10/23/2016
Last 4 digits of account number  1012

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell)

Is the claim subject to offset? ■ No ☐ Yes

**$137,196.41**

---

**3.137** | Nonpriority creditor's name and mailing address

HKM California Properties LLC
ATTN: Rob Whittey
9650 McCarran Blvd
Reno, NV 89523

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  The Woodlands/Flintridge Real Estate Lease 10815 Kuykendahl Rd

Is the claim subject to offset? ■ No ☐ Yes

**$11,743,649.27**

---

**3.138** | Nonpriority creditor's name and mailing address

HOT SHOT FINALMILE LLC
PO BOX 33700
SAN ANTONIO, TX 78265

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Delivery Services

Is the claim subject to offset? ■ No ☐ Yes

**$1,238.18**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor __Adeptus Health LLC__      Case number *(if known)* _____
Name

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$442,305.95**
---|---|---|---

**HSM CROSSING LLC**
**ATTN: Eunice Doehring**
**5151 Belt Line Rd., Suite 900**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __North Richland Hills Real Estate Lease__
__6035 Precinct Line Rd__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$20,578.32**

**Huntington Technology Finance, Inc.**
**Attn: Cheryl Carrol & Peter Leto**
**2285 Franklin Road, Suite 100**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Last 4 digits of account number __8001__

**Basis for the claim:** __Master Lease Agreement dated 1/11/2013__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$9,739.20**

**Huntington Technology Finance, Inc.**
**ATTN: Cheryl Carroll & Peter**
**2285 Franklin Road**
**Suite 100**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Last 4 digits of account number __3001__

**Basis for the claim:** __Master Lease Agreement dated 1/11/2013__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$40,882.96**

**Huntington Technology Finance, Inc.**
**ATTN: Cheryl Carroll & Peter**
**2285 Franklin Road**
**Suite 100**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Last 4 digits of account number __7001__

**Basis for the claim:** __Master Lease Agreement dated 1/11/2013__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$55,243.00**

**Huntington Technology Finance, Inc.**
**ATTN: Cheryl Carroll & Peter**
**2285 Franklin Road**
**Suite 100**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Last 4 digits of account number __3001__

**Basis for the claim:** __Master Lease Agreement dated 1/11/2013__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Huntington Technology Finance, Inc.**
**ATTN: Cheryl Carroll & Peter**
**2285 Franklin Road**
**Suite 100**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Last 4 digits of account number __8001__

**Basis for the claim:** __Master Lease Agreement dated 1/11/2013__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address

**Huntington Technology Finance, Inc.**
**ATTN: Cheryl Carroll & Peter**
**2285 Franklin Road**
**Suite 100**
**Bloomfield Hills, MI 48302**

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*                **$20,625.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address

**Huntington Technology Finance, Inc.**
**ATTN: Cheryl Carroll & Peter**
**2285 Franklin Road**
**Suite 100**
**Bloomfield Hills, MI 48302**

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **9001**

As of the petition filing date, the claim is: *Check all that apply.*                **$4,494.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address

**Huntington Technology Finance, Inc.**
**ATTN: Cheryl Carroll & Peter**
**2285 Franklin Road**
**Suite 100**
**Bloomfield Hills, MI 48302**

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: *Check all that apply.*                **$3,695.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address

**INTEGRATED SUPPORT SOLUTIONS INC**
**(ISSI)**
**5950 CANOGA AVE**
**STE 420**
**Woodland Hills, CA 91367**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*                **$212,850.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Janitorial Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**
**4050 ALPHA ROAD**
**RM 170**
**FARMERS BRANCH, TX 75244**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*                **$850,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deferred Payroll Taxes (contingent)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address

**K&E Limited Partnership**
**c/o Highland Ventures; ATTN: DAVID NALL**
**2500 Lehigh Avenue**
**Glenview, IL 60026**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*                **$531,765.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arlington - Matlock Real Estate Lease 8020 Matlock Rd.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Key Equipment Finance**
**ATTN: Shannon Gettman**
**11030 Circle Point Road, 2nd Floor**
**Westminster, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/11/2013__

**Basis for the claim:**  __Master Lease Agreement dated 1/11/2013 with SCG__
__Capital Corp. collaterally assigned to Mitsubishi UFJ Lease & Finance__
__(USA) Inc.__

Last 4 digits of account number  __2008__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,749.03** |
|---|---|---|---|

**LABORATORY CORPORATION OF**
**AMERICA**
**PO BOX 12140**
**BURLINGTON, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Laboratory Fees__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,720.00** |
|---|---|---|---|

**LONGACRE, STEVEN**
**1177 CR 1750**
**Chico, TX 76431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Physician Compensation - DFW__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,120.00** |
|---|---|---|---|

**MAGRO, FRANK**
**11 Ponds Side Drive**
**Fremont, OH 43420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Physician Compensation - DFW__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,117.60** |
|---|---|---|---|

**MBH Mesquite LLC**
**Attn: Mike Buscher**
**364 Wyatt Way NE**
**Bainbridge Island, WA 98110-1842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Mesquite - Samuell Farm Real Estate Lease__
__1745 N. Belt Line Rd__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,156.72** |
|---|---|---|---|

**MGES, INC**
**8725 KNIGHT ROAD**
**HOUSTON, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Building Repair and Maintenance__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,250.76** |
|---|---|---|---|

**Mitsubishi UFJ Lease & Finance (U.S.A.)**
**Attn: Daniel Canine and Chris Legris**
**12340 El Camino Real, Suite 350**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/11/2013__

**Basis for the claim:**  __Master Lease Agreement dated 1/11/2013 with SCG__
__Capital Corp. collaterally assigned to Mitsubishi UFJ Lease & Finance__
__(USA) Inc.__

Last 4 digits of account number  __1001__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.158** | Nonpriority creditor's name and mailing address
Mitsubishi UFJ Lease & Finance (U.S.A.)
ATTN: Daniel Canine and Chris
12340 El Camino Real
Suite 350
San Diego, CA 92130

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013 with SCG Capital Corp. collaterally assigned to Mitsubishi UFJ Lease & Finance (USA) Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**$12,291.42**

---

**3.159** | Nonpriority creditor's name and mailing address
Mitsubishi UFJ Lease & Finance (U.S.A.)
ATTN: Daniel Canine and Chris
12340 El Camino Real
Suite 350
San Diego, CA 92130

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **8001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013 with SCG Capital Corp. collaterally assigned to Mitsubishi UFJ Lease & Finance (USA) Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**$21,697.80**

---

**3.160** | Nonpriority creditor's name and mailing address
Mitsubishi UFJ Lease & Finance (U.S.A.)
ATTN: Daniel Canine and Chris
12340 El Camino Real
Suite 350
San Diego, CA 92130

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **2001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013 with SCG Capital Corp. collaterally assigned to Mitsubishi UFJ Lease & Finance (USA) Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**$53,488.61**

---

**3.161** | Nonpriority creditor's name and mailing address
Mitsubishi UFJ Lease & Finance (U.S.A.)
ATTN: Daniel Canine and Chris
12340 El Camino Real
Suite 350
San Diego, CA 92130

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **4001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013 with SCG Capital Corp. collaterally assigned to Mitsubishi UFJ Lease & Finance (USA) Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**$78,197.35**

---

**3.162** | Nonpriority creditor's name and mailing address
Mitsubishi UFJ Lease & Finance (U.S.A.)
ATTN: Daniel Canine and Chris
12340 El Camino Real
Suite 350
San Diego, CA 92130

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **5001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013 with SCG Capital Corp. collaterally assigned to Mitsubishi UFJ Lease & Finance (USA) Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**$28,986.24**

---

**3.163** | Nonpriority creditor's name and mailing address
MONTGOMERY COUNTY TAX
TAX ASSESSOR-COLLECTOR
400 N SAN JACINTO ST
Conroe, TX 77301-2823

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TAX**

Is the claim subject to offset? ■ No ☐ Yes

**$40,867.07**

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**MP2 Energy Texas LLC**
**21 Waterway Ave.**
**Suite 450**
**The Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2019

Basis for the claim:  Retail Power Sales Agreement dated 1/16/

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,992.50**

**NUANCE COMMUNICATIONS, INC**
**PO BOX 2561**
**Carol Stream, IL 60132-2561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  IT - hardware

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$549,215.33**

**OFFICE OF THE US TRUSTEE**
**US TRUSTEE PAYMENT CENTER**
**PO BOX 530202**
**Atlanta, GA 30353-0202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  SERVICES

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Olympus America, Inc.**
**Financial Services Department**
**3500 Corporate Parkway**
**Center Valley, PA 18034-0610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/08/2016

Basis for the claim:  Master Lease Agreement No. 0016700 dated
September 8, 2016

Last 4 digits of account number  001

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Olympus America, Inc.**
**3500 Corporate Parkway**
**Financial Services Department**
**Center Valley, PA 18034-0610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/08/2016

Basis for the claim:  Master Lease Agreement No. 0016700 dated
September 8, 2016

Last 4 digits of account number  002

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Olympus America, Inc.**
**3500 Corporate Parkway**
**Financial Services Department**
**Center Valley, PA 18034-0610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/08/2016

Basis for the claim:  Master Lease Agreement No. 0016700 dated
September 8, 2016

Last 4 digits of account number  003

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,333.33**

**PARAGON HOSPITALISTS LLC**
**10200 SIX PINES DR #543**
**SHENANDOAH, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Contracted Hospitalist Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$265,398.38**

**PASATIEMPO APARTMENTS**
**ATTN: Gillian Biggs**
**303 Paradise Dr**
**Belvedere Tiburon, CA 94920**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Houston - Jones Rd. Real Estate Lease**
**9530 Jones Rd.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,406,062.00**

**Patient Refunds**
**various**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **refunds due to patients - full data assembled**
**elsewhere**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,230.99**

**PRESS GANEY ASSO., INC.**
**404 Columbia Place**
**South Bend, IN 46601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONSULTING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77,238.00**

**PRICEWATERHOUSECOOPERS LLP**
**2121 N Pearl St**
**Dallas, TX 75201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,457.69**

**PROFESSIONAL OFFICE SERVICES INC**
**PO BOX 450**
**WATERLOO, IA 50704**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MARKETING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,576.44**

**Putnam Avenue Properties, Inc.**
**C/o Bulduc Law**
**67 Holly Hill Lane, Suite 200**
**Greenwich, CT 06830**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arlington - Little Rd. Real Estate Lease**
**4747 Little Rd.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,649.50**

**QUALITY TECHNOLOGY SERVICES**
**HOLDING, LLC**
**12851 FOSTER STREET**
**OVERLAND PARK, KS 66213**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT - Hardware**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$218,592.00** |
| --- | --- | --- | --- |

Rebound Retail LLC
c/o CC Management, LTD ATTN: Josh
Gordon
2501 Central Parkway, Suite B10
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Pearland - Silverlake Real Estate Lease 2752 Sunrise Blvd__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,281.65** |
| --- | --- | --- | --- |

RICHARDSON ISD TAX OFFICE
420 S GREENVILLE AVE
Richardson, TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,400.00** |
| --- | --- | --- | --- |

ROSHAL IMAGING SERVICES INC
440 Cobia Drive
Suite 1302
Katy, TX 77494

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Radiology Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160,401.47** |
| --- | --- | --- | --- |

RSM US LLP
13155 Noel Road
Suite 2200
Dallas, TX 75240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Accounting/Audit services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$98,280.00** |
| --- | --- | --- | --- |

SADEH, CHRISTOPHER
5519 Willow Wood Lane
Dallas, TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Physician Compensation - DFW__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,528,868.98** |
| --- | --- | --- | --- |

SAHM Properties Woodland Hills LLC
ATTN: Douglas Sahm & Anne Sahm
P.O. Box 1516
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __South Shore Harbour (FSED) Real Estate Lease 3016 Marina Bay Drive__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56,823.34** |
| --- | --- | --- | --- |

salesforce.com, inc.
ATTN: VP, Worldwide Sales Operations
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __MASTER SUBSCRIPTION AGREEMENT - Sales Cloud Lightning CRM - Enterprise Edition__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,034.68**

SANOFI PASTEUR INC
12458 COLLECTIONS CENTER DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medicines**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,160.00**

SCARBOROUGH, JON
119 McKinzie Lane
Weatherford, TX 76087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Physician Compensation - DFW**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,232.80**

SCG Capital Corporation
Attn: John Strabo
3100 Clarendon Blvd. Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number  **5001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,466.32**

SCG Capital Corporation
ATTN: John Strabo
3100 Clarendon Blvd.
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94,151.64**

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,985.20**

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,662.00**

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,462.60** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **4001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,250.76** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,292.95** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,953.44** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,530.61** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,664.55** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2013**

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number (if known) | |
| | Name | | |

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,557.50** |
| | **SCG Capital Corporation** | | |
| | **3100 Clarendon Blvd.** | ☐ Contingent | |
| | **ATTN: John Strabo** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Arlington, VA 22201** | | |
| | **Date(s) debt was incurred** 1/11/2013 | Basis for the claim: Master Lease Agreement dated 1/11/2013 | |
| | **Last 4 digits of account number** 2001 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,236.40** |
| | **SCG Capital Corporation** | | |
| | **3100 Clarendon Blvd.** | ☐ Contingent | |
| | **ATTN: John Strabo** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Arlington, VA 22201** | | |
| | **Date(s) debt was incurred** 1/11/2013 | Basis for the claim: Master Lease Agreement dated 1/11/2013 | |
| | **Last 4 digits of account number** 3001 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,305.56** |
| | **SCG Capital Corporation** | | |
| | **3100 Clarendon Blvd.** | ☐ Contingent | |
| | **ATTN: John Strabo** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Arlington, VA 22201** | | |
| | **Date(s) debt was incurred** 1/11/2013 | Basis for the claim: Master Lease Agreement dated 1/11/2013 | |
| | **Last 4 digits of account number** 4001 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,914.05** |
| | **SCG Capital Corporation** | | |
| | **3100 Clarendon Blvd.** | ☐ Contingent | |
| | **ATTN: John Strabo** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Arlington, VA 22201** | | |
| | **Date(s) debt was incurred** 1/11/2013 | Basis for the claim: Master Lease Agreement dated 1/11/2013 | |
| | **Last 4 digits of account number** 7001 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,466.32** |
| | **SCG Capital Corporation** | | |
| | **3100 Clarendon Blvd.** | ☐ Contingent | |
| | **ATTN: John Strabo** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Arlington, VA 22201** | | |
| | **Date(s) debt was incurred** 1/11/2013 | Basis for the claim: Master Lease Agreement dated 1/11/2013 | |
| | **Last 4 digits of account number** 7001 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,273.28** |
| | **SCG Capital Corporation** | | |
| | **3100 Clarendon Blvd.** | ☐ Contingent | |
| | **ATTN: John Strabo** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Arlington, VA 22201** | | |
| | **Date(s) debt was incurred** 1/11/2013 | Basis for the claim: Master Lease Agreement dated 1/11/2013 | |
| | **Last 4 digits of account number** 5001 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Adeptus Health LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,424.48** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,696.76** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,225.24** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **5001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,267.88** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,907.36** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,921.00** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Adeptus Health LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,900.92** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number  __9001__

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,866.96** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number  __1001__

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,388.56** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number  __1001__

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,293.80** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number  __6001__

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,429.55** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013__

Last 4 digits of account number  __8001__

Is the claim subject to offset? ■ No ☐ Yes

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,930.40** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  __Master Lease Agreement dated 1/11/2013)__

Last 4 digits of account number  __8001__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Adeptus Health LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,260.76** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **2001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,509.60** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **9001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,569.80** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number **4001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,441.58** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number **1001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,714.46** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number **2001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,958.88** |
|---|---|---|---|

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/2013**

Basis for the claim: **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number **2001**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Adeptus Health LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$63,417.30** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$26,661.96** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$24,291.30** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  **Master Lease Agreement dated 1/11/2013)**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$35,365.26** |

SCG Capital Corporation
3100 Clarendon Blvd.
ATTN: John Strabo
Suite 200
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/11/2013__

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,583.94** |

SECURITY RECONNAISSANCE TEAM INC
2809 REGAL RD
STE 103
PLANO, TX 75075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LABOR - Security**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$22,975.25** |

SIEMENS HEALTHCARE DIAGNOSTICS INC.
PO BOX 121102
DALLAS, TX 75312-1102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lab Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$67,200.00** |

SILER-FISHER, ANGELA
2211 Bolsover Street
Houston, TX 77005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Physician Compensation - Houston**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Adeptus Health LLC**
Name

Case number (if known) _____

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,804.96**
| **SMITH & NEPHEW INC** | ☐ Contingent |
| **PO BOX 60333** | ☐ Unliquidated |
| **CHARLOTTE, NC 28260-0333** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Medical Supplies |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$277,771.50**
| **Snyder Family Trust** | ☐ Contingent |
| **ATTN: Maxine Snyder & Jim Makens** | ☐ Unliquidated |
| **7280 Romero Dr.** | ☐ Disputed |
| **La Jolla, CA 92037** | **Basis for the claim:** Mansfield Real Estate Lease |
| Date(s) debt was incurred _ | 995 N. Walnut Creek Dr. |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,113.26**
| **SOUTHWEST OFFICE SYSTEMS** | ☐ Contingent |
| **13960 TRINITY BLVD** | ☐ Unliquidated |
| **Euless, TX 76040** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Copier Expenses |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,330.52**
| **STERIS CORPORATION** | ☐ Contingent |
| **5960 HEISLEY ROAD** | ☐ Unliquidated |
| **Mentor, OH 44060** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Medical Equipment Repairs and Maintenance |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**
| **SYSTEMSACCOUNTANTS INC** | ☐ Contingent |
| **620 N. LASALLE DR.** | ☐ Unliquidated |
| **Chicago, IL 60654** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Recruitment |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,089.12**
| **TARRANT COUNTY TAX** | ☐ Contingent |
| **ASSESSOR-COLLECTOR** | ☐ Unliquidated |
| **PO BOX 961018** | ☐ Disputed |
| **Fort Worth, TX 76161** | **Basis for the claim:** TAX |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$425,000.00**
| **Texas Comptroller of Public Accounts** | ☐ Contingent |
| **Capitol Station** | ☐ Unliquidated |
| **P.O. Box 13528** | ☐ Disputed |
| **Austin, TX 78711-3528** | **Basis for the claim:** Franchise Taxes |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor __Adeptus Health LLC__ Case number *(if known)* _____
      Name

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,800.00** |
|---|---|---|---|

**THE RICHARDS GROUP, INC**
**2801 NORTH CENTRAL EXPRESSWAY**
**SUITE 100**
**DALLAS, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Billboards Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The U.S. Depart. of HHS**
**200 Independence Avenue, S.W.**
**Washington, DC 20201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CARES/COVID AHA- ASPR Grant Funds/Reporting__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The U.S. Depart. of HHS**
**200 Independence Avenue, S.W.**
**Washington, DC 20201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CARES/COVID HHS Grant Funds/Reporting__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85,523.70** |
|---|---|---|---|

**TIME WARNER CABLE ENTERPRISES LLC**
**PO BOX 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UTILITY - Communications__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$124,320.00** |
|---|---|---|---|

**TOTZ, KENNETH**
**10830 Long Shadow Lane**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Physician Compensation - Houston__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**U.S. Bank, N.A.**
**Attn: Jeffrey Lothert and Glenda Werkman**
**1310 Madrid Street**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/02/2016__

**Basis for the claim:** __Product Placement Agreement No. 0001054-000 dated__ __September 2, 2016__

Last 4 digits of account number __N/A__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**U.S. Bank, N.A. d/b/a U.S. Bank Equipmen**
**1310 Madrid Street**
**ATTN: Jeffrey Lothert and Glenda Werkman**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease agreement 0053507-001 (Stryker)__

Last 4 digits of account number __N/A__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.243**

**Nonpriority creditor's name and mailing address**

**U.S. Cntrs. for Medicare & Medicaid Serv**
**7500 Security Boulevard**
**Baltimore, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medicare Advances Recoupment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244**

**Nonpriority creditor's name and mailing address**

**VERIZON COMMUNICATIONS**
**PO BOX 920041**
**DALLAS, TX 75392-0041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$187.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITY - Communications**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245**

**Nonpriority creditor's name and mailing address**

**VVC HOLDING CORP**
**VIRENCE HEALTH TECHNO**
**PO BOX 840952**
**DALLAS, TX 75284-0952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$6,300.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246**

**Nonpriority creditor's name and mailing address**

**Wells Fargo Equipment Finance, Inc.**
**Attn: Sue Lydon**
**5595 Trillium Blvd.**
**Hoffman Estates, IL 60192**

Date(s) debt was incurred  **1/11/2013**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement dated 1/11/2013**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247**

**Nonpriority creditor's name and mailing address**

**WELLS FARGO FINANCIAL LEASING INC /**
**Well**
**WELLS FARGO VENDOR FINANCIAL**
**SERVICES**
**P.O. Box 310590**
**Des Moines, IA 50331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$29,729.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GE LEASE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248**

**Nonpriority creditor's name and mailing address**

**Wenzhold, LP**
**ATTN: Marilyn Acheson**
**4501 Sunbelt Drive, Suite B**
**Addison, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$848,507.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dallas North Tollway Real Estate Lease**
**4535 Frankford Rd.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249**

**Nonpriority creditor's name and mailing address**

**WFC Beach Western Commons LLC**
**c/o Westwood Financial; Attn: Mark Wohls**
**5500 Greenville Ave, Suite 602**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$21,262.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **North Ft. Worth - Beach Real Estate Lease**
**4551 Western Center Blvd**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Adeptus Health LLC**                                    Case number (if known) _____
      Name

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,740.00 |
|---|---|---|---|

**WILSON, DAMALIA**
**216 Longford Court**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Physician Compensation - DFW**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,438.54 |
|---|---|---|---|

**WOLDERT RENTALS, LLC**
**c/o Potter Minton; Attn: Patrick Bell**
**110 North College, 500 Plaza Tower**
**Tyler, TX 75702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Mesquite - Gus Thomasson Real Estate Lease**
**3400 Gus Thomasson Rd**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Xite Realty, LLC**
**11149 Research Blvd.**
**Suite 280**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2019**

Basis for the claim:  **Broker Commission Agreement dated 10/31/19 - 2nd**
**half of commission**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,253.99 |
|---|---|---|---|

**YELP INC.**
**P.O. BOX 204393**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Online and Digital Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 68,293,777.46 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 68,293,777.46 |

**Fill in this information to identify the case:**

Debtor name  **Adeptus Health LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Alvarez & Marsal Healthcare Industry Group - Adeptus Health - Engagement Letter and Indemnification Agreement dated 3/11/19** **Provide interim management consulting services** **May be terminated with immediate effect by written notice** |
| State the term remaining | |
| List the contract number of any government contract | **Alvarez & Marsal Healthcare Ind. Group** **600 Madison Avenue, 7th Floor** **New York, NY 10022** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Buxton Household Analytics Solution Agreement dated 2/2/16, as amended 2/15/18** **Buildout of model and maintenance of consumer analytics and market planning solution** |
| State the term remaining | **Through 1/31/21** |
| List the contract number of any government contract | **BUXTON COMPANY** **2651 S POLARIS DR** **FORT WORTH, TX 76137** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Cardinal Health Services Agreement Pharmacy services for hospital locations** |
| State the term remaining | **Expires April 30, 2021** |
| List the contract number of any government contract | **Cardinal Health Pharmacy Services LLC** **1330 Enclave Pkwy.** **Houston, TX 77077** |

Debtor 1   **Adeptus Health LLC**             Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Broker Sales/Listing Agreement for owned property at 2710 Western Center Blvd., Ft. Worth, TX Exclusive Sales/Lease Listing Agreement - 2710 Western Center Blvd. Fort Worth, TX, dated 3/27/19, As Amended 6/17/20** | |
| | State the term remaining | **Extended through 9/26/20, but continues to be listing broker** | **CBRE, Inc. ATTN: Daniel D. Taylor 8080 Park Ln, Ste 800 Dallas, TX 75231** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Letter-Agreement Transfer of software licenses from CorepointHealth LLC dba Lyniate to CommonSpirit Terminates upon execution of new contract with CommonSpirit** | |
| | State the term remaining | | **CorepointHealth LLC dba Lyniate 3010 Gaylord Pkwy. Frisco, TX 75034** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Harbor Flex/Cresa Lease Administration Software, Harbor Flex/Lease Harbor Annual support costs $20,748** | |
| | State the term remaining | **Contract effective until December 31, 2022** | **Cresa Global Inc. 5005 Lyndon B. Johnson Frwy Suite 800 Dallas, TX 75244** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Diversified Fully Executed BAA and Agreement** | |
| | State the term remaining | **Until terminated, fully executed August 10, 2020** | **Diversified Medical Records Services JW LLC 1333 SHORE DISTRICT DR, APT. 1306 Austin, TX 78741** |
| | List the contract number of any | | |

Debtor 1  **Adeptus Health LLC**

First Name _____ Middle Name _____ Last Name _____   Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell) schedule no. 001-2038701-001 Medical Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **Active Obligation through 6/15/2021** | **Hitachi Capital America Corp. Hitachi Capital America Vendor Services 7808 Creekridge Circle Minneapolis, MN 55439** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell) schedule no. 001-2038701-002 Medical Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **Active Obligation through 6/15/2021** | **Hitachi Capital America Corp. f/k/a Creekdridge Capital LLC Hitachi Capital America Vendor Services 7808 Creekridge Circle Minneapolis, MN 55439** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell) schedule no. 001-2038701-003 Medical Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **Active Obligation through 6/15/2021** | **Hitachi Capital America Corp. f/k/a Creekdridge Capital LLC Hitachi Capital America Vendor Services 7808 Creekridge Circle Minneapolis, MN 55439** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Master Agreement #205306CMA-01 dated 10/23/14 (Omnicell) schedule no. 001-2038701-012 Medical Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **Active Obligation through 6/15/2021** | **Hitachi Capital America Corp. f/k/a Creekdridge Capital LLC Hitachi Capital America Vendor Services 7808 Creekridge Circle Minneapolis, MN 55439** |
| | List the contract number of any government contract | | |

Debtor 1   **Adeptus Health LLC**              Case number *(if known)* _____
         First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **ISSI - Housekeeping Services Master Services Agreement Master Services Agreement to provide Housekeeping Services at all facilities** | |
| State the term remaining | **Expired 10/1/20; outstanding amount** | **INTEGRATED SUPPORT SOLUTIONS INC (ISSI) 5950 CANOGA AVE STE 420 Woodland Hills, CA 91367** |
| List the contract number of any government contract | | |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Iron Mountain BAA Record Storage, Shredding Term.The term of this BAA shall commence as of the Effective Date and shall terminate automatically upon the later to occur of (i) the expiration of the Service Agreement, or (ii) when all PHI provided by Customer to Business Associate is destroyed or returned to Customer.** | |
| State the term remaining | **Term** | **Iron Mountain ATTN: Michael Zurcher 12121 N. Stemmons Freeway Dallas, TX 75234** |
| List the contract number of any government contract | | |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Collections Contract Patient balance collections** | |
| State the term remaining | **Termination upon mutual agreement of parties** | **Morrison Law Firm 120 E. Corsicana Street Athens, TX 75751** |
| List the contract number of any government contract | | |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Retail Power Sales Agreement dated 1/16/2019 Retail Energy Utilities contract with minimum monthly usage quantity** | |
| State the term remaining | **Minimum Monthly Quantity Through 2/28/2022** | **MP2 Energy Texas LLC 21 Waterway Ave. Suite 450 The Woodlands, TX 77380** |

Debtor 1   **Adeptus Health LLC**

First Name       Middle Name       Last Name

Case number *(if known)*

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract     _____ | |

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment and Assumption Agreement (of AMCOL Master Services Agreement) Uncollected A/R Not specified.** |
| | State the term remaining | |
| | List the contract number of any government contract | **National Medical Professionals of Arizona LLC 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter - Norton Rose Fulbright US LLP Representation of Adeptus Health Advising and legal services** |
| | State the term remaining | **Norton Rose Fulbright US LLP 2200 Ross Avenue Suite 3600 Dallas, TX 75201-7932** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Nthrive Revenue Systems Master Agreement Rev Cycle Management Effective July 29,2019 term not specified** |
| | State the term remaining | **Nthrive Revenue Systems LLC 5543 Legacy Drive Plano, TX 75024** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease Corporate HQ - Real Estate Lease - 220 East Las Colinas Boulevard, Suite 1000** |
| | State the term remaining | **Active Obligation through 8/31/2028** |
| | List the contract number of any government contract | **Parma Mandalay Tower, LLC c/o Parmenter ATTN: Property Manager 220 East Las Colinas Boulevard Suite 150 Irving, TX 75039** |

| | | |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Adeptus Paycom - Payroll and Human Capital Management Services Agreement Provide payroll services** |
| | State the term remaining | **May be terminated with 30 days' notice** |
| | List the contract number of any | **PAYCOM PAYROLL, LLC d/b/a PAYCOM 7501 W. Memorial Road Oklahoma City, OK 73142** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Adeptus Health LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Analytics** | |
| | State the term remaining | **24 months from origination of 01/20/2020** | **PRESS GANEY**<br>**ATTN: Mike Williams,SVP Operations**<br>**5723 Meletio Lane**<br>**Dallas, TX 75230** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SUBSCRIPTION AGREEMENT - Sales Cloud Lightning CRM - Enterprise Edition subscription** | |
| | State the term remaining | **may terminate if the other party becomes the subject of a petition in bankruptcy** | **salesforce.com, inc.**<br>**ATTN: VP, Worldwide Sales Operations**<br>**Salesforce Tower**<br>**415 Mission Street, 3rd Floor** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **IT-Custom Engineering Services to migrate studies in PicomEnterprise from the existing Adeptus Lotus Server in the Iron Mountain Data Center to PICOM365.com Terms and conditions of executed quote#: 133114-135050 between Scimage and ECC Management govern this transaction.** | |
| | State the term remaining | **Not specified** | **Scimage**<br>**4916 El Camino Real**<br>**Los Altos, CA 94022** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Healthcare solutions-Outsourcing Sutherland Termination Termination fees specified through 2022** | |
| | State the term remaining | **Not specified** | **Sutherland Healthcare Solutions, Inc**<br>**2 Brighton Rd.**<br>**Suite 300**<br>**Clifton, NJ 07012-1645** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1 **Adeptus Health LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Master License Agreement T-System, Inc. Master Agreement Expires January 11, 2021** | |
| | State the term remaining | | **T-System, Inc. 4020 Mc Ewen Rd. Dallas, TX 75244** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **T-System, Inc. Final Extraction Agreement Final Data Extraction for DFW Facilties through 8/31/2020 N/A** | |
| | State the term remaining | | **T-System, Inc. 4020 Mc Ewen Rd. Dallas, TX 75244** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Adeptus Health LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Adeptus Health Colorado Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D   **2.1**____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Adeptus Health Management LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D   **2.1**____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Adeptus Health Phoenix Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D   **2.1**____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Adeptus Health Ventures LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D   **2.1**____ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **ADPT Columbus Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| 2.5 | **ADPT Columbus Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D 2.1 ☐ E/F ☐ G |
| 2.6 | **ADPT DFW Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D 2.1 ☐ E/F ☐ G |
| 2.7 | **ADPT New Orleans Management LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D 2.1 ☐ E/F ☐ G |
| 2.8 | **ADPT Operating, LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D 2.1 ☐ E/F ☐ G |
| 2.9 | **ADPT-AZ RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D 2.1 ☐ E/F ☐ G |
| 2.10 | **ADPT-CO RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D 2.1 ☐ E/F ☐ G |
| 2.11 | **ADPT-Columbus RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D 2.1 ☐ E/F ☐ G |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | **ADPT-DFW RE Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **WFC Beach Western Commons LLC** | ☐ D _____ ■ E/F __3.249__ ☐ G _____ |
| 2.13 | **ADPT-DFW RE Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **WOLDERT RENTALS, LLC** | ☐ D _____ ■ E/F __3.251__ ☐ G _____ |
| 2.14 | **ADPT-DFW RE Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Putnam Avenue Properties, Inc.** | ☐ D _____ ■ E/F __3.176__ ☐ G _____ |
| 2.15 | **ADPT-DFW RE Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **MBH Mesquite LLC** | ☐ D _____ ■ E/F __3.155__ ☐ G _____ |
| 2.16 | **ADPT-DFW RE Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **First Prairie LLC** | ☐ D _____ ■ E/F __3.49__ ☐ G _____ |
| 2.17 | **ADPT-DFW RE Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **FSED TEXAS LAKEVIEW PARKWAY LLC** | ☐ D _____ ■ E/F __3.53__ ☐ G _____ |
| 2.18 | **ADPT-DFW RE Holdings LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Wenzhold, LP** | ☐ D _____ ■ E/F __3.248__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 **ADPT-DFW RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | FM2181-IH 35 LOT 3 LTD | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.20 **ADPT-DFW RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | K&E Limited Partnership | ☐ D _____ ■ E/F __3.150__ ☐ G _____ |
| 2.21 **ADPT-DFW RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | Snyder Family Trust | ☐ D _____ ■ E/F __3.230__ ☐ G _____ |
| 2.22 **ADPT-DFW RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | HSM CROSSING LLC | ☐ D _____ ■ E/F __3.139__ ☐ G _____ |
| 2.23 **ADPT-DFW RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | CCMR 18 LLC, RLC JENNA 18 LLC, & RLC JUS | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.24 **ADPT-Houston RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | Deerfield Partners L.P. | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.25 **ADPT-Houston RE Holdings LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | Rebound Retail LLC | ☐ D _____ ■ E/F __3.178__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.26  ADPT-Houston RE Holdings LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **FIUSA TEXAS LLC** | ☐ D _____ ■ E/F  **3.50** ☐ G _____ |
| 2.27  ADPT-Houston RE Holdings LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **PASATIEMPO APARTMENTS** | ☐ D _____ ■ E/F  **3.171** ☐ G _____ |
| 2.28  ADPT-Houston RE Holdings LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **HKM California Properties LLC** | ☐ D _____ ■ E/F  **3.137** ☐ G _____ |
| 2.29  ADPT-Houston RE Holdings LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Cypress Village, Cypress TX, LLC** | ☐ D _____ ■ E/F  **3.34** ☐ G _____ |
| 2.30  ADPT-Houston RE Holdings LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **28606 Northwest Freeway Cypress TX, LLC** | ☐ D _____ ■ E/F  **3.1** ☐ G _____ |
| 2.31  ADPT-Houston RE Holdings LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.32  ADPT-Houston RE Holdings, LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Ameriland Enterprises LLC** | ☐ D _____ ■ E/F  **3.6** ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.33 | **AJNH Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.187__ ☐ G _____ |
| 2.34 | **AJNH Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.162__ ☐ G _____ |
| 2.35 | **AJNH Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.36 | **Briar Forest-Eldridge Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.37 | **Briar Forest-Eldridge Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.188__ ☐ G _____ |
| 2.38 | **Briar Forest-Eldridge Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.203__ ☐ G _____ |
| 2.39 | **Briar Forest-Eldridge Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **CIT Finance LLC** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |

Debtor **Adeptus Health LLC**  Case number *(if known)* _____

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.40 | **Cedar Hill Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.41 | **Cedar Hill Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F ___3.202___ ☐ G _____ |
| 2.42 | **Cedar Hill Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F ___3.206___ ☐ G _____ |
| 2.43 | **Cedar Hill Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F ___3.207___ ☐ G _____ |
| 2.44 | **Center Street DP Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F ___3.64___ ☐ G _____ |
| 2.45 | **Center Street DP Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.46 | **Cinco Ranch Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F ___3.69___ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.47 | **Cinco Ranch Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D   **2.1**<br>☐ E/F   _____<br>☐ G   _____ |
| 2.48 | **Conroe Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D   _____<br>■ E/F   **3.57**<br>☐ G   _____ |
| 2.49 | **Conroe Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D   _____<br>■ E/F   **3.104**<br>☐ G   _____ |
| 2.50 | **Conroe Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D   **2.1**<br>☐ E/F   _____<br>☐ G   _____ |
| 2.51 | **Creekside Forest Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D   _____<br>■ E/F   **3.70**<br>☐ G   _____ |
| 2.52 | **Creekside Forest Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D   _____<br>■ E/F   **3.111**<br>☐ G   _____ |
| 2.53 | **Creekside Forest Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **CIT Finance LLC** | ☐ D   _____<br>■ E/F   **3.24**<br>☐ G   _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Creekside Forest Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.55 | **Culebra-Tezel Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.56 | **Custer Bridges Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.73___<br>☐ G _____ |
| 2.57 | **Custer Bridges Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.74___<br>☐ G _____ |
| 2.58 | **Custer Bridges Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.59 | **Desoto Beltline Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **CIT Finance LLC** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.60 | **Desoto Beltline Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **CIT Finance LLC** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.61 | **Desoto Beltline Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CIT Finance LLC** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.62 | **Desoto Beltline Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____ ■ E/F __3.144__ ☐ G _____ |
| 2.63 | **Desoto Beltline Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.64 | **Eagles Nest Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.56__ ☐ G _____ |
| 2.65 | **Eagles Nest Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.66 | **East Pflugerville Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.67 | **ECC Management LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **WELLS FARGO FINANCIAL LEASING INC / Well** | ☐ D _____ ■ E/F __3.247__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.68 | **FCER Management, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D ___2.1___ ☐ E/F ____ ☐ G ____ |
| 2.69 | **FCER Management, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **De Lage Landen Financial Services, Inc.** | ☐ D ____ ■ E/F ___3.40___ ☐ G ____ |
| 2.70 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D ____ ■ E/F ___3.218___ ☐ G ____ |
| 2.71 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D ____ ■ E/F ___3.219___ ☐ G ____ |
| 2.72 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D ____ ■ E/F ___3.220___ ☐ G ____ |
| 2.73 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D ____ ■ E/F ___3.221___ ☐ G ____ |
| 2.74 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D ____ ■ E/F ___3.222___ ☐ G ____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.75 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.223** ☐ G _____ |
| 2.76 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.224** ☐ G _____ |
| 2.77 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.225** ☐ G _____ |
| 2.78 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F **3.55** ☐ G _____ |
| 2.79 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F **3.56** ☐ G _____ |
| 2.80 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F **3.57** ☐ G _____ |
| 2.81 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F **3.58** ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.82 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.83 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.60__ ☐ G _____ |
| 2.84 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.85 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.86 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.63__ ☐ G _____ |
| 2.87 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.64__ ☐ G _____ |
| 2.88 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.89 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____<br>■ E/F __**3.66**__<br>☐ G ____ |
| 2.90 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____<br>■ E/F __**3.67**__<br>☐ G ____ |
| 2.91 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____<br>■ E/F __**3.68**__<br>☐ G ____ |
| 2.92 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____<br>■ E/F __**3.69**__<br>☐ G ____ |
| 2.93 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____<br>■ E/F __**3.70**__<br>☐ G ____ |
| 2.94 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____<br>■ E/F __**3.71**__<br>☐ G ____ |
| 2.95 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____<br>■ E/F __**3.72**__<br>☐ G ____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.96 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.73__ ☐ G ____ |
| 2.97 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.74__ ☐ G ____ |
| 2.98 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.75__ ☐ G ____ |
| 2.99 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.76__ ☐ G ____ |
| 2.100 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.77__ ☐ G ____ |
| 2.101 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.78__ ☐ G ____ |
| 2.102 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.79__ ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.10 3 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D \_\_\_\_\_ <br> ■ E/F \_\_**3.80**\_\_ <br> ☐ G \_\_\_\_ |
| 2.10 4 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D \_\_\_\_\_ <br> ■ E/F \_\_**3.81**\_\_ <br> ☐ G \_\_\_\_ |
| 2.10 5 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D \_\_\_\_\_ <br> ■ E/F \_\_**3.82**\_\_ <br> ☐ G \_\_\_\_ |
| 2.10 6 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D \_\_\_\_\_ <br> ■ E/F \_\_**3.83**\_\_ <br> ☐ G \_\_\_\_ |
| 2.10 7 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D \_\_\_\_\_ <br> ■ E/F \_\_**3.84**\_\_ <br> ☐ G \_\_\_\_ |
| 2.10 8 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D \_\_\_\_\_ <br> ■ E/F \_\_**3.85**\_\_ <br> ☐ G \_\_\_\_ |
| 2.10 9 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D \_\_\_\_\_ <br> ■ E/F \_\_**3.86**\_\_ <br> ☐ G \_\_\_\_ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.87__ ☐ G _____ |
| 2.111 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.88__ ☐ G _____ |
| 2.112 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.113 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.90__ ☐ G _____ |
| 2.114 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.91__ ☐ G _____ |
| 2.115 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.92__ ☐ G _____ |
| 2.116 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.93__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | | Case number *(if known)* | |

<span style="background:black">    </span> **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.117 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.94__ ☐ G _____ |
| 2.118 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.95__ ☐ G _____ |
| 2.119 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.96__ ☐ G _____ |
| 2.120 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.97__ ☐ G _____ |
| 2.121 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.98__ ☐ G _____ |
| 2.122 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.99__ ☐ G _____ |
| 2.123 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.100__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.124 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  **3.101** ☐ G _____ |
| 2.125 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  **3.102** ☐ G _____ |
| 2.126 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  **3.103** ☐ G _____ |
| 2.127 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  **3.104** ☐ G _____ |
| 2.128 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  **3.105** ☐ G _____ |
| 2.129 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  **3.106** ☐ G _____ |
| 2.130 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  **3.107** ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 1 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  3.108 ☐ G _____ |
| 2.13 2 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  3.109 ☐ G _____ |
| 2.13 3 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  3.110 ☐ G _____ |
| 2.13 4 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  3.111 ☐ G _____ |
| 2.13 5 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  3.112 ☐ G _____ |
| 2.13 6 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  3.113 ☐ G _____ |
| 2.13 7 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F  3.114 ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.138 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** |
| 2.139 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** |
| 2.140 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** |
| 2.141 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** |
| 2.142 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** |
| 2.143 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** |
| 2.144 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** |

Codebtor checkboxes and creditor schedule references:

- 2.138: ☐ D _____ ■ E/F **3.115** ☐ G _____
- 2.139: ☐ D _____ ■ E/F **3.116** ☐ G _____
- 2.140: ☐ D _____ ■ E/F **3.117** ☐ G _____
- 2.141: ☐ D _____ ■ E/F **3.118** ☐ G _____
- 2.142: ☐ D _____ ■ E/F **3.119** ☐ G _____
- 2.143: ☐ D _____ ■ E/F **3.120** ☐ G _____
- 2.144: ☐ D _____ ■ E/F **3.121** ☐ G _____

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|--------|------------------------|--------------------------|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|---|------------------------|---|
| 2.14 5 | First Choice ER LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | GE HFS, LLC | ☐ D _____ ■ E/F **3.122** ☐ G _____ |
| 2.14 6 | First Choice ER LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | GE HFS, LLC | ☐ D _____ ■ E/F **3.123** ☐ G _____ |
| 2.14 7 | First Choice ER LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | GE HFS, LLC | ☐ D _____ ■ E/F **3.124** ☐ G _____ |
| 2.14 8 | First Choice ER LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | CIT Finance LLC | ☐ D _____ ■ E/F **3.18** ☐ G _____ |
| 2.14 9 | First Choice ER LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | CIT Finance LLC | ☐ D _____ ■ E/F **3.19** ☐ G _____ |
| 2.15 0 | First Choice ER LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | CIT Finance LLC | ☐ D _____ ■ E/F **3.20** ☐ G _____ |
| 2.15 1 | First Choice ER LLC | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | CIT Finance LLC | ☐ D _____ ■ E/F **3.21** ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.15 2 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CIT Finance LLC** | ☐ D _____ ■ E/F __**3.22**__ ☐ G _____ |
|---|---|---|---|---|

| 2.15 3 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CIT Finance LLC** | ☐ D _____ ■ E/F __**3.23**__ ☐ G _____ |

| 2.15 4 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CIT Finance LLC** | ☐ D _____ ■ E/F __**3.24**__ ☐ G _____ |

| 2.15 5 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CIT Finance LLC** | ☐ D _____ ■ E/F __**3.25**__ ☐ G _____ |

| 2.15 6 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____ ■ E/F __**3.140**__ ☐ G _____ |

| 2.15 7 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____ ■ E/F __**3.141**__ ☐ G _____ |

| 2.15 8 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____ ■ E/F __**3.142**__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.159 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____<br>■ E/F ___3.143___<br>☐ G _____ |
| 2.160 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____<br>■ E/F ___3.144___<br>☐ G _____ |
| 2.161 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____<br>■ E/F ___3.145___<br>☐ G _____ |
| 2.162 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____<br>■ E/F ___3.146___<br>☐ G _____ |
| 2.163 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____<br>■ E/F ___3.147___<br>☐ G _____ |
| 2.164 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Wells Fargo Equipment Finance, Inc.** | ☐ D _____<br>■ E/F ___3.246___<br>☐ G _____ |
| 2.165 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____<br>■ E/F ___3.157___<br>☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.16 6 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.158__ ☐ G _____ |
| 2.16 7 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.159__ ☐ G _____ |
| 2.16 8 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.160__ ☐ G _____ |
| 2.16 9 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.161__ ☐ G _____ |
| 2.17 0 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.162__ ☐ G _____ |
| 2.17 1 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Key Equipment Finance** | ☐ D _____ ■ E/F __3.151__ ☐ G _____ |
| 2.17 2 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **De Lage Landen Financial Services, Inc.** | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.17 3 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **De Lage Landen Financial Services, Inc.** | ☐ D _____ ■ E/F  **3.39** ☐ G _____ |
| 2.17 4 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **U.S. Bank, N.A. d/b/a U.S. Bank Equipmen** | ☐ D _____ ■ E/F  **3.242** ☐ G _____ |
| 2.17 5 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Capital Asset Resources** | ☐ D _____ ■ E/F  **3.12** ☐ G _____ |
| 2.17 6 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Happy State Bank & Trust Co.** | ☐ D _____ ■ E/F  **3.126** ☐ G _____ |
| 2.17 7 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **First National Bank Wichita Falls** | ☐ D _____ ■ E/F  **3.48** ☐ G _____ |
| 2.17 8 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **First National Bank of Wichita Falls** | ☐ D _____ ■ E/F  **3.46** ☐ G _____ |
| 2.17 9 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **First National Bank of Wichita Falls** | ☐ D _____ ■ E/F  **3.47** ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.180 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Cypress Village, Cypress TX, LLC** | ☐ D _____<br>■ E/F ___3.34___<br>☐ G _____ |
| 2.181 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CJC 18-2 LLC / MTL Jamie LLC** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.182 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **28606 Northwest Freeway Cypress TX, LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.183 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SAHM Properties Woodland Hills LLC** | ☐ D _____<br>■ E/F ___3.183___<br>☐ G _____ |
| 2.184 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Wenzhold, LP** | ☐ D _____<br>■ E/F ___3.248___<br>☐ G _____ |
| 2.185 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **FM2181-IH 35 LOT 3 LTD** | ☐ D _____<br>■ E/F ___3.51___<br>☐ G _____ |
| 2.186 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **K&E Limited Partnership** | ☐ D _____<br>■ E/F ___3.150___<br>☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.18 7 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **HSM CROSSING LLC** | ☐ D _____ ■ E/F __3.139__ ☐ G _____ |
| 2.18 8 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CCMR 18 LLC, RLC JENNA 18 LLC, & RLC JUS** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.18 9 | **First Choice ER LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.19 0 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **FIUSA TEXAS LLC** | ☐ D _____ ■ E/F __3.50__ ☐ G _____ |
| 2.19 1 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **WOLDERT RENTALS, LLC** | ☐ D _____ ■ E/F __3.251__ ☐ G _____ |
| 2.19 2 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Putnam Avenue Properties, Inc.** | ☐ D _____ ■ E/F __3.176__ ☐ G _____ |
| 2.19 3 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **MBH Mesquite LLC** | ☐ D _____ ■ E/F __3.155__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.19 4 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **First Prairie LLC** | ☐ D _____ <br> ■ E/F **3.49** <br> ☐ G _____ |
| 2.19 5 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **FSED TEXAS LAKEVIEW PARKWAY LLC** | ☐ D _____ <br> ■ E/F **3.53** <br> ☐ G _____ |
| 2.19 6 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F **3.187** <br> ☐ G _____ |
| 2.19 7 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F **3.188** <br> ☐ G _____ |
| 2.19 8 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F **3.203** <br> ☐ G _____ |
| 2.19 9 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F **3.204** <br> ☐ G _____ |
| 2.20 0 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F **3.205** <br> ☐ G _____ |

Debtor    **Adeptus Health LLC**              Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 1 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____<br>■ E/F ___**3.192**___<br>☐ G _____ |
| 2.20 2 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____<br>■ E/F ___**3.193**___<br>☐ G _____ |
| 2.20 3 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____<br>■ E/F ___**3.194**___<br>☐ G _____ |
| 2.20 4 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____<br>■ E/F ___**3.195**___<br>☐ G _____ |
| 2.20 5 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____<br>■ E/F ___**3.196**___<br>☐ G _____ |
| 2.20 6 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____<br>■ E/F ___**3.197**___<br>☐ G _____ |
| 2.20 7 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____<br>■ E/F ___**3.198**___<br>☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.208 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.199** ☐ G _____ |
| 2.209 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.200** ☐ G _____ |
| 2.210 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.201** ☐ G _____ |
| 2.211 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.202** ☐ G _____ |
| 2.212 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.206** ☐ G _____ |
| 2.213 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.207** ☐ G _____ |
| 2.214 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F **3.208** ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.215 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.209__ ☐ G _____ |
| 2.216 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.210__ ☐ G _____ |
| 2.217 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.211__ ☐ G _____ |
| 2.218 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.212__ ☐ G _____ |
| 2.219 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.213__ ☐ G _____ |
| 2.220 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.214__ ☐ G _____ |
| 2.221 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.215__ ☐ G _____ |

Debtor **Adeptus Health LLC**                 Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                 Column 2: **Creditor**

| | Codebtor | Address | Creditor | |
|---|---|---|---|---|
| 2.22 2 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.216__ ☐ G _____ |
| 2.22 3 | **First Choice ER, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.217__ ☐ G _____ |
| 2.22 4 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.208__ ☐ G _____ |
| 2.22 5 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.209__ ☐ G _____ |
| 2.22 6 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.210__ ☐ G _____ |
| 2.22 7 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.211__ ☐ G _____ |
| 2.22 8 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.212__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

▪ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.229 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ▪ E/F __3.213__ ☐ G _____ |
| 2.230 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ▪ E/F __3.214__ ☐ G _____ |
| 2.231 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ▪ E/F __3.215__ ☐ G _____ |
| 2.232 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ▪ E/F __3.216__ ☐ G _____ |
| 2.233 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ▪ E/F __3.219__ ☐ G _____ |
| 2.234 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ▪ E/F __3.220__ ☐ G _____ |
| 2.235 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ▪ E/F __3.221__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.236 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.222__ ☐ G _____ |
| 2.237 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.223__ ☐ G _____ |
| 2.238 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.224__ ☐ G _____ |
| 2.239 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.225__ ☐ G _____ |
| 2.240 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.241 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.120__ ☐ G _____ |
| 2.242 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.121__ ☐ G _____ |

Debtor    **Adeptus Health LLC**                                                Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.24 3 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.122__ ☐ G _____ |
| 2.24 4 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.123__ ☐ G _____ |
| 2.24 5 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.124__ ☐ G _____ |
| 2.24 6 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.158__ ☐ G _____ |
| 2.24 7 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.159__ ☐ G _____ |
| 2.24 8 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.160__ ☐ G _____ |
| 2.24 9 | **First Texas Hospital Carrollton LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

<span style="background:black">   </span> **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.250 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D   2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.251 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Ameriland Enterprises LLC** | ☐ D _____ <br> ■ E/F   3.6 <br> ☐ G _____ |
| 2.252 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **FIUSA TEXAS LLC** | ☐ D _____ <br> ■ E/F   3.50 <br> ☐ G _____ |
| 2.253 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F   3.205 <br> ☐ G _____ |
| 2.254 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F   3.192 <br> ☐ G _____ |
| 2.255 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F   3.193 <br> ☐ G _____ |
| 2.256 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ <br> ■ E/F   3.58 <br> ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.25<br>7 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.59___<br>☐ G _____ |
| 2.25<br>8 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.60___<br>☐ G _____ |
| 2.25<br>9 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.61___<br>☐ G _____ |
| 2.26<br>0 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.62___<br>☐ G _____ |
| 2.26<br>1 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.63___<br>☐ G _____ |
| 2.26<br>2 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.66___<br>☐ G _____ |
| 2.26<br>3 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____<br>■ E/F ___3.67___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __**Adeptus Health LLC**_____ Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.264 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.112__ ☐ G _____ |
| 2.265 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CIT Finance LLC** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.266 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CIT Finance LLC** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.267 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____ ■ E/F __3.141__ ☐ G _____ |
| 2.268 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____ ■ E/F __3.142__ ☐ G _____ |
| 2.269 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____ ■ E/F __3.143__ ☐ G _____ |
| 2.270 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.157__ ☐ G _____ |

Debtor   **Adeptus Health LLC**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.27 1 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Mitsubishi UFJ Lease & Finance (U.S.A.)** | ☐ D _____ ■ E/F __3.161__ ☐ G _____ |
| 2.27 2 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Olympus America, Inc.** | ☐ D _____ ■ E/F __3.167__ ☐ G _____ |
| 2.27 3 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Olympus America, Inc.** | ☐ D _____ ■ E/F __3.168__ ☐ G _____ |
| 2.27 4 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Olympus America, Inc.** | ☐ D _____ ■ E/F __3.169__ ☐ G _____ |
| 2.27 5 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **U.S. Bank, N.A.** | ☐ D _____ ■ E/F __3.241__ ☐ G _____ |
| 2.27 6 | **FM Crossing Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.27 7 | **FM Crossing Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor __Adeptus Health LLC__                                    Case number *(if known)* _____

████ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.278 | **Friendswood Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CJC 18-2 LLC / MTL Jamie LLC** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.279 | **Friendswood Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.280 | **Frisco DNT Eldorado Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.75__ ☐ G _____ |
| 2.281 | **Frisco DNT Eldorado Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.282 | **Frisco Preston Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.283 | **Frisco Preston Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.217__ ☐ G _____ |
| 2.284 | **FTH Houston Partners LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.28 5 | **Garland Shiloh Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.79__ ☐ G _____ |
| 2.28 6 | **Garland Shiloh Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.80__ ☐ G _____ |
| 2.28 7 | **Garland Shiloh Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.28 8 | **Garland Shiloh Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.28 9 | **Gleannloch Farms Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.194__ ☐ G _____ |
| 2.29 0 | **Gleannloch Farms Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.29 1 | **Haslet Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.97__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.29 2 | **Haslet Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.98__ ☐ G _____ |
| 2.29 3 | **Haslet Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.99__ ☐ G _____ |
| 2.29 4 | **Haslet Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.29 5 | **Helotes Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.109__ ☐ G _____ |
| 2.29 6 | **Helotes Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.110__ ☐ G _____ |
| 2.29 7 | **Helotes Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.29 8 | **Hickory Creek Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Huntington Technology Finance, Inc.** | ☐ D _____ ■ E/F __3.140__ ☐ G _____ |

Debtor    **Adeptus Health LLC**           Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.299 | **Hickory Creek Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **FM2181-IH 35 LOT 3 LTD** | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.300 | **Hickory Creek Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.301 | **Highland Village Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.71__ ☐ G _____ |
| 2.302 | **Highland Village Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.105__ ☐ G _____ |
| 2.303 | **Highland Village Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.106__ ☐ G _____ |
| 2.304 | **Highland Village Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.305 | **Hilliard Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.306 | **Houston 9520 Jones Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **PASATIEMPO APARTMENTS** | ☐ D _____<br>▮ E/F __3.171__<br>☐ G _____ |
| 2.307 | **Houston 9520 Jones Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____<br>▮ E/F __3.195__<br>☐ G _____ |
| 2.308 | **Houston 9520 Jones Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____<br>▮ E/F __3.145__<br>☐ G _____ |
| 2.309 | **Houston 9520 Jones Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____<br>▮ E/F __3.146__<br>☐ G _____ |
| 2.310 | **Houston 9520 Jones Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Huntington Technology Finance, Inc.** | ☐ D _____<br>▮ E/F __3.147__<br>☐ G _____ |
| 2.311 | **Houston 9520 Jones Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.312 | **Katy ER Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.313 | **Katy ER Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.196__ ☐ G _____ |
| 2.314 | **Katy ER Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.197__ ☐ G _____ |
| 2.315 | **Katy ER Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F __3.198__ ☐ G _____ |
| 2.316 | **Kingwood Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.103__ ☐ G _____ |
| 2.317 | **Kingwood Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.318 | **Kuykendahl Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.319 | **Kuykendahl Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.32 0 | **La Porte Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___  ☐ E/F _____  ☐ G _____ |
| 2.32 1 | **Lake Highlands Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **CCMR 18 LLC, RLC JENNA 18 LLC, & RLC JUS** | ☐ D _____  ■ E/F ___3.15___  ☐ G _____ |
| 2.32 2 | **Lake Highlands Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___  ☐ E/F _____  ☐ G _____ |
| 2.32 3 | **Lakewood Forest Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Cypress Village, Cypress TX, LLC** | ☐ D _____  ■ E/F ___3.34___  ☐ G _____ |
| 2.32 4 | **Lewisville Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____  ■ E/F ___3.85___  ☐ G _____ |
| 2.32 5 | **Little Elm FM 423 Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____  ■ E/F ___3.83___  ☐ G _____ |
| 2.32 6 | **Little Road Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___  ☐ E/F _____  ☐ G _____ |

---

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.32 7 | **Little Road Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Putnam Avenue Properties, Inc.** | ☐ D _____ ☑ E/F __3.176__ ☐ G _____ |
| 2.32 8 | **Little Road Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ ☑ E/F __3.218__ ☐ G _____ |
| 2.32 9 | **Little Road Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ☑ E/F __3.115__ ☐ G _____ |
| 2.33 0 | **Little Road Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ☑ E/F __3.116__ ☐ G _____ |
| 2.33 1 | **Little Road Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ☑ E/F __3.117__ ☐ G _____ |
| 2.33 2 | **Mansfield Walnut Creek** | **Medical Center LLC 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ☑ E/F __3.82__ ☐ G _____ |
| 2.33 3 | **Mansfield Walnut Creek** | **Medical Center LLC 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Snyder Family Trust** | ☐ D _____ ☑ E/F __3.230__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.33 4 | **Matlock Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.88__ ☐ G _____ |
| 2.33 5 | **Matlock Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.33 6 | **Matlock Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **K&E Limited Partnership** | ☐ D _____ ■ E/F __3.150__ ☐ G _____ |
| 2.33 7 | **Matlock Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.33 8 | **McKinney 5000 El Dorado** | **Medical Center LLC 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.100__ ☐ G _____ |
| 2.33 9 | **McKinney 5000 El Dorado** | **Medical Center LLC 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **CIT Finance LLC** | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.34 0 | **McKinney 5000 El Dorado** | **Medical Center LLC 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor  **Adeptus Health LLC**                              Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.34 1 | **Medical Center of Spring** | **Rayford Richards LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **FIUSA TEXAS LLC** | ☐ D ____ ■ E/F __3.50__ ☐ G ____ |
| 2.34 2 | **Medical Center of Spring** | **Rayford Richards LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.34 3 | **Mesquite Town East Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **WOLDERT RENTALS, LLC** | ☐ D ____ ■ E/F __3.251__ ☐ G ____ |
| 2.34 4 | **Mesquite Town East Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.34 5 | **National Medical Professionals** | **Specialists LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.34 6 | **National Medical Professionals of** | **Arizona LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.34 7 | **National Medical Professionals of** | **Greater Texas LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

Debtor    **Adeptus Health LLC**                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.34 8 | **National Medical Professionals of** | **Houston LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.34 9 | **National Medical Professionals of** | **Texas LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.35 0 | **North Dallas Tollway Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.84__ ☐ G _____ |
| 2.35 1 | **North Dallas Tollway Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Wenzhold, LP** | ☐ D _____ ■ E/F __3.248__ ☐ G _____ |
| 2.35 2 | **Northwest Harris County** | **Medical Center LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.35 3 | **Northwest Harris County** | **Medical Center LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.107__ ☐ G _____ |
| 2.35 4 | **Northwest Harris County** | **Medical Center LLC** 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.108__ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.35 5 | **Northwest Harris County** | **Medical Center LLC**<br>**220 East Las Colinas Boulevard**<br>**Suite 1000**<br>**Irving, TX 75039** | **28606 Northwest Freeway Cypress TX, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.35 6 | **Northwest Harris County** | **Medical Center LLC**<br>**220 East Las Colinas Boulevard**<br>**Suite 1000**<br>**Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 7 | **NRH Medical Center LLC** | **220 East Las Colinas Boulevard**<br>**Suite 1000**<br>**Irving, TX 75039** | **HSM CROSSING LLC** | ☐ D _____<br>■ E/F __3.139__<br>☐ G _____ |
| 2.35 8 | **NRH Medical Center LLC** | **220 East Las Colinas Boulevard**<br>**Suite 1000**<br>**Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 9 | **OpFree Licensing LP** | **220 East Las Colinas Boulevard**<br>**Suite 1000**<br>**Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.36 0 | **OpFree RE Investments, Ltd.** | **220 East Las Colinas Boulevard**<br>**Suite 1000**<br>**Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.36 1 | **Pearland Sunrise Medical Center LLC** | **220 East Las Colinas Boulevard**<br>**Suite 1000**<br>**Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.362 | **Pearland Sunrise Medical Center, LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Rebound Retail LLC** | ☐ D _____ ■ E/F ___3.178___ ☐ G _____ |
| 2.363 | **Pearland Sunrise Medical Center, LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SCG Capital Corporation** | ☐ D _____ ■ E/F ___3.199___ ☐ G _____ |
| 2.364 | **Pflugerville Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.365 | **Potranco Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.366 | **Potranco Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Xite Realty, LLC** | ☐ D _____ ■ E/F ___3.252___ ☐ G _____ |
| 2.367 | **Potranco Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F ___3.94___ ☐ G _____ |
| 2.368 | **Potranco Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F ___3.95___ ☐ G _____ |

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.369 | **Potranco Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ <br> ■ E/F __3.96__ <br> ☐ G _____ |
| 2.370 | **Rosenberg Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ <br> ■ E/F __3.72__ <br> ☐ G _____ |
| 2.371 | **Rosenberg Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ <br> ■ E/F __3.101__ <br> ☐ G _____ |
| 2.372 | **Rosenberg Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ <br> ■ E/F __3.102__ <br> ☐ G _____ |
| 2.373 | **Rosenberg Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.374 | **Samuel Farm Medical Center, LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **MBH Mesquite LLC** | ☐ D _____ <br> ■ E/F __3.155__ <br> ☐ G _____ |
| 2.375 | **Samuel Farm Medical Center, LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ <br> ■ E/F __3.118__ <br> ☐ G _____ |

Debtor **Adeptus Health LLC**

Case number *(if known)* _____

██████ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.37 6 | **Samuel Farm Medical Center, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ <br> ■ E/F ___3.119___ <br> ☐ G _____ |
| 2.37 7 | **Samuel Farm Medical Center, LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.37 8 | **San Antonio Nacogdoches** | **Medical Center LLC 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **GE HFS, LLC** | ☐ D _____ <br> ■ E/F ___3.86___ <br> ☐ G _____ |
| 2.37 9 | **San Antonio Nacogdoches** | **Medical Center LLC 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.38 0 | **Sienna Plantation Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Deerfield Partners L.P.** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.38 1 | **Sienna Plantation Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F ___3.200___ <br> ☐ G _____ |
| 2.38 2 | **Sienna Plantation Medical Center LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **SCG Capital Corporation** | ☐ D _____ <br> ■ E/F ___3.201___ <br> ☐ G _____ |

Debtor __Adeptus Health LLC_____ Case number *(if known)* _____

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 3 | **SSH Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **SAHM Properties Woodland Hills LLC** | ☐ D _____ ■ E/F __3.183__ ☐ G _____ |
| 2.38 4 | **Sterling Ridge Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **HKM California Properties LLC** | ☐ D _____ ■ E/F __3.137__ ☐ G _____ |
| 2.38 5 | **Sterling Ridge Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.38 6 | **Summerwood Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.90__ ☐ G _____ |
| 2.38 7 | **Summerwood Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.91__ ☐ G _____ |
| 2.38 8 | **Summerwood Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.92__ ☐ G _____ |
| 2.38 9 | **Summerwood Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D _____ ■ E/F __3.93__ ☐ G _____ |

Debtor __Adeptus Health LLC__   Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.390 | **Summerwood Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.391 | **WC Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.87__ ☐ G ____ |
| 2.392 | **WC Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.393 | **WCB Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **WFC Beach Western Commons LLC** | ☐ D ____ ■ E/F __3.249__ ☐ G ____ |
| 2.394 | **WCB Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **GE HFS, LLC** | ☐ D ____ ■ E/F __3.113__ ☐ G ____ |
| 2.395 | **WCB Medical Center LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Deerfield Partners L.P.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.396 | **ECC Management LLC** | 220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039 | **Scimage** | ☐ D ____ ☐ E/F ____ ■ G __2.23__ |

Debtor    **Adeptus Health LLC**                                       Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.39 7 | **First Texas Hospital CY-Fair LLC** | **220 East Las Colinas Boulevard Suite 1000 Irving, TX 75039** | **Morrison Law Firm** | ☐ D _____ ☐ E/F _____ ■ G  **2.14** |

---

**Fill in this information to identify the case:**

Debtor name    **Adeptus Health LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$62,533,647.76** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$172,749,057.15** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$229,684,411.13** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Other Revenues and Sublease Income** | **$15,401,179.05** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | **Other Revenues and Sublease Income** | **$32,193,794.39** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | **Other Revenues and Sublease Income** | **$7,714,282.44** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

| Debtor | Adeptus Health LLC | Case number *(if known)* |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Deerfield Partners L.P.<br>Attn: David J. Clark<br>780 Third Avenue<br>37th Floor<br>New York, NY 10017 | 11/25/2020<br>12/09/2020 | $1,332,500.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Deerfield Private Design Fund IV, L.P.<br>Attn: David J. Clark<br>780 Third Avenue<br>37th Floor<br>New York, NY 10017 | 11/25/2020<br>11/30/2020<br>12/09/2020 | $2,968,824.51 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | ALVAREZ & MARSAL HEALTHCARE<br>IND. GROUP<br>600 MADISON AVE<br>8TH FLOOR<br>NEW YORK, NY 10022 | 10/01/2020<br>11/02/2020<br>11/18/2020 | $1,713,423.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.4. | AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265-0448 | 09/25/2020<br>10/29/2020<br>11/25/2020<br>12/11/2020 | $114,612.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | BLUE & CO LLC<br>2712 SOLUTION CENTER<br>CHICAGO, IL 60677-2007 | 09/11/2020<br>09/18/2020<br>12/02/2020 | $19,301.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. | COMPUTER PROGRAMS AND<br>SYSTEMS INC<br>TRUBRIDGE LLC / EVIDENT LLC<br>6600 WALL ST<br>MOBILE, AL 36695 | 09/21/2020<br>10/28/2020<br>11/20/2020 | $259,308.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | CONCUR TECHNOLOGIES INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 09/11/2020<br>10/19/2020<br>11/13/2020 | $18,300.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | DARRELL Y CALDERON  RNC<br>MEDICAL PLLC<br>4402 MOUNTWOOD ST<br>HOUSTON, TX 77018 | 09/11/2020<br>09/25/2020 | $7,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

| Debtor | Adeptus Health LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | EQUIPMENT PLACEMENT SERVICES INC<br>107 FM 3059<br>STREETMAN, TX 75859 | 09/11/2020<br>10/02/2020<br>10/08/2020<br>10/19/2020<br>10/30/2020 | $22,945.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | FRIEDMAN & FEIGER LLP<br>5301 SPRING VALLEY RD<br>STE 200<br>DALLAS, TX 75254 | 09/25/2020<br>10/30/2020<br>11/13/2020<br>12/02/2020 | $15,385.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.11. | HILL AND KNOWLTON STRATEGIES, LLC.<br>825 3RD AVENUE<br>NEW YORK, NY 10022 | 10/19/2020<br>10/30/2020 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | ICIMS, INC.<br>90 MATAWAN ROAD<br>5TH FLOOR<br>MATAWAN, NJ 07747 | 9/18/2020 | $37,204.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | INTEGRATED SUPPORT SOLUTIONS INC (ISSI)<br>5950 CANOGA AVE<br>STE 420<br>WOODLAND HILLS, CA 91367 | 10/19/2020<br>10/30/2020<br>10/30/2020<br>11/20/2020 | $51,922.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | IRON MOUNTAIN DATA CENTERS LLC<br>PO BOX 601002<br>PASADENA, CA 91189-1002 | 10/02/2020<br>10/19/2020<br>10/30/2020<br>11/24/2020<br>11/13/2020 | $248,739.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | Katten Muchin Rosenman LLP<br>ATTN: Mark D. Wood<br>ATTN: Kristopher J. Ring<br>525 West Monroe Street<br>Chicago, IL 60661-3693 | 10/02/2020<br>10/23/2020 | $23,537.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.16. | LIBBY SPARKS WILLIS STARNES PLLC<br>5950 BERKSHIRE LN<br>STE 200<br>DALLAS, TX 75225 | 09/18/2020<br>11/06/2020<br>11/13/2020 | $14,780.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.17. | MARSH USA INC<br>PO BOX 846015<br>DALLAS, TX 75284-6015 | 09/17/2020<br>10/08/2020<br>10/19/2020<br>10/23/2020 | $3,220,593.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Adeptus Health LLC**                                Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.18. | **MARSHALL L GARRETT MD PA**<br>**17819 COUNTRY HLS**<br>**TOMBALL, TX 77377** | 09/25/2020<br>10/19/2020<br>10/23/2020<br>10/30/2020 | **$110,270.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.19. | **MAY, POTENZA, BARAN & GILLESPIE,**<br>**P.C**<br>**201 NORTH CENTRAL AVENUE**<br>**#2200**<br>**PHOENIX, AZ 85004-0022** | 10/19/2020<br>11/13/2020<br>12/11/2020 | **$9,395.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.20. | **MD EMR CONSULTING INC**<br>**3205 MINERAL CREEK CT**<br>**LEAGUE CITY, TX 77573** | 10/23/2020 | **$7,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **MP2 Energy Texas LLC**<br>**21 Waterway Ave.**<br>**Suite 450**<br>**The Woodlands, TX 77380** | 09/11/2020<br>09/18/2020<br>10/02/2020<br>10/08/2020<br>10/19/2020<br>10/23/2020<br>10/30/2020<br>11/13/2020 | **$86,437.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **NORTON ROSE FULBRIGHT US LLP**<br>Attn: Louis R. Strubeck, Jr.<br>**2200 Ross Avenue**<br>**Suite 3600**<br>**Dallas, TX 75201-7932** | 09/17/2020<br>10/29/2020<br>11/20/2020<br>12/09/2020 | **$463,891.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.23. | **PARAGON HOSPITALISTS LLC**<br>**10200 SIX PINES DR**<br>**#543**<br>**SHENANDOAH, TX 77380** | 09/11/2020<br>11/20/2020 | **$52,499.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.24. | **PROTIVITI INC**<br>**2613 CAMINO RAMON**<br>**SAN RAMON, CA 94583** | 09/11/2020<br>10/08/2020<br>10/23/2020 | **$49,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.25. | **SCIMAGE, INC**<br>**4916 EL CAMINO REAL**<br>**LOS ALTOS, CA 94022** | 09/18/2020<br>10/19/2020<br>09/18/2020<br>09/25/2020<br>09/18/2020<br>10/05/2020<br>10/19/2020<br>10/23/2020<br>11/06/2020 | **$163,319.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Adeptus Health LLC**                       Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.26. **SECURITY RECONNAISSANCE TEAM INC**<br>**2809 REGAL RD**<br>**STE 103**<br>**PLANO, TX 75075** | 09/18/2020 | $12,123.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **SUPREME ROOFING LP**<br>**PO BOX 610461**<br>**DALLAS, TX 75261-0461** | 9/18/2020<br>10/02/2020 | $9,120.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **SUTHERLAND HEALTHCARE SOLUTIONS INC**<br>**PO BOX 8500**<br>**PHILADELPHIA, PA 19178-8226** | 09/11/2020<br>10/02/2020<br>10/23/2020<br>10/02/2020<br>10/23/2020<br>10/02/2020 | $103,332.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **THE MEDICAL PROTECTIVE COMPANY**<br>**5814 REED RD**<br>**FORT WAYNE, IN 46835** | 09/18/2020<br>10/08/2020<br>11/13/2020 | $26,482.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **TOM RHOADES LLC**<br>**4306 VALLEY RIDGE**<br>**DALLAS, TX 75220** | 10/02/2020<br>10/08/2020<br>11/06/2020<br>12/02/2020<br>12/11/2020 | $42,171.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.31. **T-SYSTEM, INC**<br>**PO BOX 122537**<br>**DEPT 2537**<br>**DALLAS, TX 75312-2537** | 09/11/2020<br>09/18/2020<br>10/08/2020<br>10/19/2020<br>10/23/2020<br>11/06/2020 | $259,159.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **VVC HOLDING CORP**<br>**VIRENCE HEALTH TECHNO**<br>**PO BOX 840952**<br>**DALLAS, TX 75284-0952** | 10/30/2020<br>12/02/2020 | $12,600.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **WEAVER JOHNSTON & NELSON PLLC**<br>**10440 N. Central Expressway**<br>**Suite 1400**<br>**Dallas, TX 75231** | 09/25/2020<br>10/08/2020<br>10/23/2020<br>11/20/2020<br>12/02/2020 | $36,547.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **Parma Mandalay Tower, LLC**<br>**ATTN: Property Manager C/O Parmenter**<br>**220 East Las Colinas Blvd. Suite 150**<br>**Irving, TX 75039** | 09/03/2020<br>10/01/2020<br>12/11/2020 | $2,997,247.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Adeptus Health LLC**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.35. **Meritain Health**<br>**300 Corporate Parkway**<br>**Amherst, NY 14226** | 09/11/2020<br>10/09/2020<br>11/13/2020<br>11/24/2020<br>12/01/2020<br>12/08/2020<br><br>11/24/2020<br>12/01/2020 | $102,049.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **TEG Holdings, Inc.**<br>**d/b/a The Encompass Group**<br>**405 STATE HIGHWAY 121 BYPASS**<br>**SUITE D120**<br>**LEWISVILLE, TX 75067** | 09/08/2020<br>10/07/2020<br>11/09/2020<br>12/07/2020 | $325,053.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **Cascade Capital**<br>**1670 Corporate Circle**<br>**Suite 202**<br>**Petaluma, CA 94954** | 11/20/2020<br>12/03/2020 | $28,094.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.38. **PIPELINE EAST DALLAS**<br>**9440 Poppy Dr**<br>**Dallas, TX 75218** | 12/09/2020 | $20,825.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **TO FORMER JV PARTNER - SHARE OF VENDOR TERM FEE** |
| 3.39. **KIRKLAND & ELLIS LLP**<br>**300 N LASALLE DR**<br>**Chicago, IL 60654** | 12/11/2020 | $45,953.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,625. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Deerfield Partners L.P.**<br>**Attn: David J. Clark**<br>**780 Third Avenue**<br>**37th Floor**<br>**New York, NY 10017**<br>**Secured Creditor and Equity Holder** | 06/12/2020 | $61,100,000.00 | **Assignment of interest in and rights to receive payments per purchase and sale agreement between Adeptus Health Colorado Holdings as seller and University of Colorado Health as purchaser to Deerfield Private Design Fund IV** |

Debtor   **Adeptus Health LLC**                                            Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.   **Alvarez & Marsal Healthcare**<br>**Industry Group LLC**<br>**Attn: Martin McGahan**<br>**600 Madison Avenue, 7th Floor**<br>**New York, NY 10022**<br>**Consulting/Interim Management** | **12/30/2019**<br>**01/31/2020**<br>**02/26/2020**<br>**04/14/2020**<br>**04/21/2020**<br>**05/07/2020**<br>**05/22/2020**<br>**06/23/2020**<br>**07/20/2020**<br>**08/20/2020** | **$1,225,000.00** | **Consulting - Interim**<br>**President/CEO Fees** |
| 4.3.   **Alvarez & Marsal Healthcare**<br>**Industry Group LLC**<br>**Attn: Martin McGahan**<br>**600 Madison Avenue, 7th Floor**<br>**New York, NY 10022**<br>**Consulting/Interim Management** | **12/30/2019**<br>**01/31/2020**<br>**02/26/2020**<br>**04/14/2020**<br>**04/21/2020**<br>**05/07/2020**<br>**05/22/2020**<br>**06/23/2020**<br>**07/20/2020**<br>**08/20/2020** | **$2,613,418.00** | **Consulting - PMO Fees** |
| 4.4.   **Alvarez & Marsal Healthcare**<br>**Industry Group LLC**<br>**Attn: Martin McGahan**<br>**600 Madison Avenue, 7th Floor**<br>**New York, NY 10022**<br>**Consulting/Interim Management** | **12/30/2019**<br>**01/31/2020**<br>**02/26/2020**<br>**04/14/2020**<br>**04/21/2020**<br>**05/07/2020**<br>**05/22/2020**<br>**06/23/2020**<br>**07/20/2020**<br>**08/20/2020** | **$3,991,061.94** | **Consulting - Revenue Cycle**<br>**Management Fees** |
| 4.5.   **Alvarez & Marsal Healthcare**<br>**Industry Group LLC**<br>**Attn: Martin McGahan**<br>**600 Madison Avenue, 7th Floor**<br>**New York, NY 10022**<br>**Consulting/Interim Management** | **04/21/2020**<br>**05/07/2020**<br>**05/22/2020**<br>**06/23/2020**<br>**07/20/2020** | **$552,447.10** | **Consulting - City Hospital (JV)**<br>**Interim CFO Fees** |
| 4.6.   **DEERFIELD DISCOVERY AND**<br>**DEVELOPMENT LLC**<br>**780 THIRD AVE**<br>**37TH FL**<br>**NEW YORK, NY 10017**<br>**Affiliate of Secured Creditor and Equity**<br>**Holder** | **04/09/2020**<br>**04/16/2020**<br>**05/22/2020**<br>**07/02/2020**<br>**07/10/2020** | **$243,119.39** | **Medical Supplies/PPE** |
| 4.7.   **LEANNE ZUMWALT**<br>**7425 E GAINEY RANCH RD**<br>**#19**<br>**SCOTTSDALE, AZ 85258**<br>**Member - Board of Directors** | **12/20/2019**<br>**02/14/2020** | **$21,487.89** | **BOARD OF DIRECTORS -**<br>**compensation and expenses** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Adeptus Health LLC**                                   Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8. **NORTON ROSE FULBRIGHT US LLP** **2200 Ross Avenue** **Suite 3600** **Dallas, TX 75201-7932** **Corporate Legal and Bankruptcy Counsel** | 05/18/2020 12/20/2019 12/27/2019 02/20/2020 06/02/2020 06/23/2020 07/13/2020 07/29/2020 08/18/2020 | $1,883,136.00 | **Corporate Legal Counsel Services and Bankruptcy Legal Counsel Services** |
| 4.9. **Deerfield Private Design Fund IV, L.P.** **Attn: David J. Clark** **780 Third Avenue** **37th Floor** **New York, NY 10017** **Secured Creditor and Equity Holder** | 06/12/2020 | $13,900,000.00 | **Assignment of interest in and rights to receive payments per Membership Agreement between Adeptus Health Phoenix Holdings LLC as seller and Dignity Health as purchaser, as well as the Dignity Health Promissory Note made by Dignity Health for Adeptus Phoenix and a Loan agreement between AGH Phoenix and Adeptus Phoenix** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Deerfield Private Design Fund IV, L.P.** **Attn: David J. Clark** **780 Third Avenue** **37th Floor** **New York, NY 10017** | **Assignment of interest in and rights to receive payments per purchase and sale agreement between Adeptus Health Colorado Holdings as seller and University of Colorado Health as purchaser to Deerfield Private Design Fund IV** | 06/12/2020 | $61,100,000.00 |
| **Deerfield Private Design Fund IV, L.P.** **Attn: David J. Clark** **780 Third Avenue** **37th Floor** **New York, NY 10017** | **Assignment of interest in and rights to receive payments per Membership Agreement between Adeptus Health Phoenix Holdings LLC as seller and Dignity Health as purchaser, as well as the Dignity Health Promissory Note made by Dignity Health for Adeptus Phoenix and a Loan agreement between AGH Phoenix and Adeptus Phoenix** | 06/12/2020 | $13,900,000.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">**Part 3:**</span>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | Adeptus Health LLC | | Case number *(if known)* | |

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **SAHM Properties v. SSH Medical Center LLC, D/B/A First Choice Emergency Room & First Choice ER, LLC**<br>**Cause No. DC-20-08425** | **Breach of commercial lease** | **212nd District Court of Galveston County**<br>**722 Moody Avenue**<br>**Galveston, TX 77550** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Cypress Village. Cypress, TX, LLC v. Lakewood Forest Medical Center, LLC**<br>**Cause No. 1151159** | **Civil-Breach of a commercial lease** | **County Court at Law, No. 2 of Harris Co.**<br>**Harris County Civil Courthouse**<br>**201 Caroline Street**<br>**Suite 740**<br>**Houston, TX 77002-1900** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Cypress Village. Cypress, TX, LLC v. Lakewood Forest Medical Center, LLC**<br>**Cause No. 202052859** | **Civil-Breach of a commercial lease** | **80th Judicial Court of Harris Co., TX**<br>**Harris County Civil Courthouse**<br>**201 Caroline Street**<br>**9th Floor**<br>**Houston, TX 77002** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Xite Realty LLC v. Potranco Medical Center, LLC**<br>**Cause No. DC-20-08425** | **Civil-Breach of a realty broker's commission agreement.** | **191st District Court of Dallas Co., TX**<br>**George L. Allen Sr. Courts Building**<br>**600 Commerce Street**<br>**7th Floor New Tower**<br>**Dallas, TX 75202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Ameriland Interprise, LLC v. ADPT-Houston RE Holdings LLC & First Texas Hospital Cyfair, LLC**<br>**Cause No. 202048599** | **Civil-Breach of a commercial lease** | **66th District Court of Harris Co, TX**<br>**Harris County Civil Courthouse**<br>**201 Caroline Street**<br>**9th Floor**<br>**Houston, TX 77002** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **First Texas Hospital Carrollton, LLC, et al v. Jordan Fowler, et al**<br>**Cause No. DC-20-04238-B** | **Civil-Failure to make payments and take assignments of equipment.** | **44th District Court of Dallas Co, TX**<br>**George L. Allen Sr. Courts Building**<br>**600 Commerce Street**<br>**5th Floor New Tower**<br>**Dallas, TX 75202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **7068 - CCMR 18, LLC v Lake Highlands Medical Center et al**<br>**Cause No. DC-19-17806** | **Civil-Breach of a commercial lease** | **95th District Court of Dallas Co., TX**<br>**George L. Allen, Sr. Courts Bulding**<br>**600 Commerce Street**<br>**6th Floor New Tower**<br>**Dallas, TX 75202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Adeptus Health LLC**  Case number *(if known)*

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8.  **7238 - Synder Family Trust v. Adeptus, et al**<br>**Cause No. 2020-001241-3** | **Civil-Breach of a commercial lease** | **County Court at Law No. 3 Tarrant Co. TX**<br>**1895 Tarrant County Courthouse**<br>**100 W. Weatherford Street**<br>**Room 290A**<br>**Fort Worth, TX 76196-0249** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9.  **7239 - K&E Lmt Partnership v. Matlock, et al**<br>**Cause No. 348-315808-20** | **Civil-Breach of a commercial lease** | **348th Judicial Dist. Tarrant Co., TX**<br>**Tom Vandergriff Civil Courthouse**<br>**100 N. Calhoun Street**<br>**3rd Floor**<br>**Fort Worth, TX 76196** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10.  **7449 - HSM Crossing v. First Choice ER, et al**<br>**Cause No. 141-318000-20** | **Civil-Breach of a commercial lease** | **141st Judicial Dist. Tarrant Co., TX**<br>**Tom Vandergriff Civil Courthouse**<br>**100 N. Calhoun Street**<br>**3rd Floor**<br>**Fort Worth, TX 76196** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11.  **HKM California Properties , LLC v. Adeptus Health LLC, First Choice ER LLC, ADPT Houston RE Holdings LLC, Sterling Ridge Medical Center, LLC**<br>**Case no. 20-11-13555** | **Civil-Breach of a commercial lease** | **284th Judicial Dist. Crt. Montgomery Co.**<br>**301 North Main Street**<br>**Suite 201**<br>**Conroe, TX 77301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12.  **HKM California Properties , LLC v. Adeptus Health LLC, First Choice ER LLC, ADPT Houston RE Holdings LLC, Sterling Ridge Medical Center, LLC**<br>**Case no. 20-11-13555** | **Civil-Recovery of delinquent payments to the Dallas County Hospital District Local Provider Participation Fund** | **14th Judicial District Dallas Co., TX**<br>**George L. Allen, Sr. Courts Building**<br>**600 Commerce Street**<br>**5th Floor New Tower**<br>**Dallas, TX 75202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13.  **Cekosh v. Bade et al.**<br>**N/A** | **Civil-Medical Malpractice** | **N/A** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14.  **Mays v. First Choice, et al.**<br>**N/A** | **Civil-Medical Malpractice** | **N/A** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15.  **Charles S**<br>**N/A** | **Civil-Medical Malpractice** | **N/A** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16.  **Celedon**<br>**N/A** | **Civil-Medical Malpractice** | **N/A** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor __Adeptus Health LLC_____ Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.17. | **Budnick**<br>**N/A** | **Civil-Improper termination of employment contract** | **N/A** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Olson**<br>**N/A** | **Civil-Breach of FMLA** | **N/A** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Scarborough**<br>**N/A** | **Civil-NMP physician failed to accept proposed settlement agreement and filed AHLA arbitration** | **N/A** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Diner**<br>**N/A** | **Civil-NMP physician failed to accept proposed settlement agreement and is demanding payment for shifts that were scheduled but not worked** | **N/A** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **McAdams**<br>**N/A** | **Civil-Improper termination of employment contract. Mediation was held on September 23, 2020. Did not come to a settlement.** | **N/A** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor    **Adeptus Health LLC**             Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Project Cure**<br>**10377 E. Geddes Avenue**<br>**Centennial, CO 80112** | **Miscellaneous supplies and minimal furniture** | **Aug. 2020** | **Unknown** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Healing Streams Ministries**<br>**13237 Kluge Rd**<br>**Cypress, TX 77429** | **Miscellaneous supplies and minimal furniture** | **Aug. 2020** | **Unknown** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damaged medical equipment due to fire** | **N/A -Unable to obtain value - claim was denied** | **1/6/2020** | **Unknown** |
| **Damage due to water leak** | **N/A - Unable to obtain value - claim was denied** | **7/5/2020** | **Unknown** |
| **Damage due to water leak** | **N/A -Uunable to obtain value - claim was denied** | **8/18/2020** | **Unknown** |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**[1]
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

[1] While Norton Rose Fulbright (NRF) and Alvarez & Marsal (Alvarez) both have provided legal and advisory services related to bankruptcy within the last year, prior to November, 2020, most of the services provided by these professionals were **not** specifically related to bankruptcy matters and instead involved a wide range of services, including operational, ERISA and employment, litigation and related dispute resolution, contractual and lease disputes, COVID-19 subsidies and corporate and other transactional matters. Since NRF and Alvarez have provided bankruptcy related services to the Debtor, in an abundance of caution and in order to insure full and complete disclosure, all payments to these professionals during the year preceding the filing of the bankruptcy petition by the debtor, are listed in response to this section.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **Adeptus Health LLC**        Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **12/30/2019** | **$415,855.75** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **12/30/2019** | **$35,000.00** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **12/30/2019** | **$462,921.78** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **12/30/2019** | **$35,000.00** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Adeptus Health LLC**                                           Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **1/31/2020** | **$105,000.00** |
| | **Email or website address www.alvarezandmarsal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.6. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **1/31/2020** | **$105,000.00** |
| | **Email or website address www.alvarezandmarsal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.7. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **1/31/2020** | **$330,696.28** |
| | **Email or website address www.alvarezandmarsal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.8. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **1/31/2020** | **$446,526.54** |
| | **Email or website address www.alvarezandmarsal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor   **Adeptus Health LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.9. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 2/26/2020 | $421,396.76 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.10. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 2/26/2020 | $119,753.38 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.11. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 2/26/2020 | $107,731.55 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.12. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 2/26/2020 | $327,758.13 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **Adeptus Health LLC**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.13. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/14/2020** | **$112,983.02** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.14. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/14/2020** | **$106,242.14** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.15. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/14/2020** | **$324,303.65** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.16. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/14/2020** | **$450,987.34** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Adeptus Health LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.17 . | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/21/2020** | **$419,871.23** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.18 . | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/21/2020** | **$113,299.82** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.19 . | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/21/2020** | **$105,022.61** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.20 . | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/21/2020** | **$334,548.57** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __Adeptus Health LLC__                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.21. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/21/2020** | **$60,825.82** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.22. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **4/21/2020** | **$126,384.19** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.23. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **5/7/2020** | **$431,509.83** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.24. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **5/7/2020** | **$105,835.93** |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **Adeptus Health LLC**                                         Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.25. **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 5/7/2020 | $105,000.00 |
| **Email or website address www.alvarezandmarsal.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.26. **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 5/7/2020 | $301,617.40 |
| **Email or website address www.alvarezandmarsal.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.27. **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 5/7/2020 | $120,515.35 |
| **Email or website address www.alvarezandmarsal.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.28. **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 5/22/2020 | $319,901.40 |
| **Email or website address www.alvarezandmarsal.com** | | | |
| **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor __Adeptus Health LLC_____ Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.29. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 5/22/2020 | $40,000.00 |
| | Email or website address www.alvarezandmarsal.com Who made the payment, if not debtor? | | | |
| 11.30. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 5/22/2020 | $152,201.32 |
| | Email or website address www.alvarezandmarsal.com Who made the payment, if not debtor? | | | |
| 11.31. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 5/22/2020 | $120,045.14 |
| | Email or website address www.alvarezandmarsal.com Who made the payment, if not debtor? | | | |
| 11.32. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 6/23/2020 | $319,088.06 |
| | Email or website address www.alvarezandmarsal.com Who made the payment, if not debtor? | | | |

Debtor  **Adeptus Health LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.33. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 6/23/2020 | $40,021.37 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.34. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 6/23/2020 | $152,081.07 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.35. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 6/23/2020 | $120,052.06 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.36. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 7/20/2020 | $319,184.58 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor __Adeptus Health LLC__                              Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.37. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 7/20/2020 | $40,000.00 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.38. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 7/20/2020 | $152,137.26 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.39. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 7/20/2020 | $65,450.36 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.40. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | 8/20/2020 | $116,080.84 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor __Adeptus Health LLC__                                   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.41. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC** 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022 | | 8/20/2020 | $294,096.51 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.42. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC** 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022 | | 10/1/2020 | $294,119.00 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.43. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC** 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022 | | 10/1/2020 | $116,089.63 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.44. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC** 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022 | | 11/2/2020 | $392,399.54 |
| | Email or website address www.alvarezandmarsal.com | | | |
| | Who made the payment, if not debtor? | | | |

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **23**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor __Adeptus Health LLC__        Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.45. | **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC 600 MADISON AVE 8th FLOOR NEW YORK, NY 10022** | | **11/18/2020** | **$910,815.19** |
| | Email or website address **www.alvarezandmarsal.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.46. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **12/20/2019** | **$64,552.90** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.47. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **12/27/2019** | **$39,097.47** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.48. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **12/27/2019** | **$2,123.25** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |

| Debtor | Adeptus Health LLC | Case number *(if known)* | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.49. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **12/27/2019** | **$13,105.00** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.50. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **12/27/2019** | **$1,170.00** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.51. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$2,070.00** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.52. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$42,628.85** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor  **Adeptus Health LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.53. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$960.00** |
| | **Email or website address www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.54. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$784.44** |
| | **Email or website address www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.55. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$23,969.60** |
| | **Email or website address www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.56. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$495.75** |
| | **Email or website address www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Adeptus Health LLC**        Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.57. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$152.50** |
| | **Email or website address www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.58. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$20,234.60** |
| | **Email or website address www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.59. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$180.00** |
| | **Email or website address www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.60. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$8,383.50** |
| | **Email or website address www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Adeptus Health LLC**             Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.61. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$540.00** |
| | Email or website address www.nortonrosefulbright.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.62. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **2/20/2020** | **$405.00** |
| | Email or website address www.nortonrosefulbright.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.63. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **5/18/2020** | **$209,519.40** |
| | Email or website address www.nortonrosefulbright.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.64. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **5/18/2020** | **$500,000.00** |
| | Email or website address www.nortonrosefulbright.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor __Adeptus Health LLC_____ Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.65. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **5/18/2020** | **$391,939.17** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.66. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **6/2/2020** | **$161,835.50** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.67. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **6/23/2020** | **$118,401.00** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.68. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **7/13/2020** | **$16,795.30** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Adeptus Health LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.69. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **7/13/2020** | **$113,945.92** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.70. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **7/29/2020** | **$89,844.00** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.71. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **8/18/2020** | **$24,522.35** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.72. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **8/18/2020** | **$805.00** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Adeptus Health LLC**                                        Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.73. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **8/18/2020** | **$34,675.50** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.74. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **9/17/2020** | **$22,533.15** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.75. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **9/17/2020** | **$68,482.50** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.76. | **NORTON ROSE FULBRIGHT US LLP 1301 MCKINNEY STE 5100 HOUSTON, TX 77010** | | **10/29/2020** | **$107,440.90** |
| | Email or website address **www.nortonrosefulbright.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **Adeptus Health LLC**                                                    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.77. **NORTON ROSE FULBRIGHT US LLP** **1301 MCKINNEY** **STE 5100** **HOUSTON, TX 77010** | | **11/20/2020** | **$114,713.00** |
| **Email or website address** **www.nortonrosefulbright.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.78. **EPIQ BANKRUPTCY SOLUTIONS LLC** **777 THIRD AVE** **12TH FLOOR** **NEW YORK, NY 10017** | | **4/3/2020** | **$13,659.78** |
| **Email or website address** **www.epiqglobal.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Cascade Capital LLC** **1670 Corporate Circle** **Suite 202** **Petaluma, CA 94954** | **All remaining Accounts Receivable, including Active AR and Bad Debt - FSED AR. Purchase Price: $132,000; $8,655,201.91 Gross.** | **9/28/2020** | **$132,000.00** |
| **Relationship to debtor** **Asset Purchaser** | | | |
| 13.2. **Dignity** **9130 E Elliot Rd** **Mesa, AZ 85212** | **Accounts Receivable related to Arizona JV Operations** | **9/21/2020** | **$1,045,454.00** |
| **Relationship to debtor** **Former JV Partner** | | | |

Debtor    **Adeptus Health LLC**        Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>. | **Altus Community Healthcare LP**<br>**1535 West Loop S**<br>**Suite 410**<br>**Houston, TX 77027** | **Equipment, Furniture, Supplies - First Texas Hospital CyFair** | **11/06/2020** | **$215,000.00** |
| | **Relationship to debtor**<br>**No Relationship; Sourced Buyer** | | | |
| 13.4<br>. | **Laporte RapidCare ER LLC**<br>**1220 W Fairmont Pkwy**<br>**La Porte, TX 77571** | **Equipment, Furniture, Supplies - First Texas Hospital CyFair** | **09/10/2020** | **$32,500.00** |
| | **Relationship to debtor**<br>**No Relationship; Sourced Buyer** | | | |
| 13.5<br>. | **HOPE EMERGENCY ROOM PLLC**<br>**2111 E DENMAN AVE**<br>**Lufkin, TX 75901** | **Equipment, Furniture, Supplies - First Texas Hospital CyFair** | **Aug. 2020** | **$1,500.00** |
| | **Relationship to debtor**<br>**No Relationship; Sourced Buyer** | | | |
| 13.6<br>. | **Post Oak ER PLLC**<br>**5018 San Felipe St**<br>**Houston, TX 77056** | **Equipment, Furniture, Supplies - First Texas Hospital CyFair** | **09/29/2020** | **$35,000.00** |
| | **Relationship to debtor**<br>**No Relationship; Sourced Buyer** | | | |
| 13.7<br>. | **Community ER**<br>**837 Cypress Creek Parkway**<br>**Houston, TX 77090** | **Equipment, Furniture, Supplies - First Texas Hospital CyFair** | **Aug. 2020** | **$22,500.00** |
| | **Relationship to debtor**<br>**No Relationship; Sourced Buyer** | | | |
| 13.8<br>. | **Atascocita Emergency Center LLC**<br>**c/o Round Table Medical Consultants, LLC**<br>**11490 Westheimer Road**<br>**Suite 1000**<br>**Houston, TX 77077** | **Equipment, Furniture, Supplies - First Texas Hospital CyFair** | **08/31/2020** | **$27,000.00** |
| | **Relationship to debtor**<br>**No Relationship; Sourced Buyer** | | | |

Debtor  **Adeptus Health LLC**                                                    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.9. | **Ethicus Hospital DFW, LLC<br>c/o PSN Services, LLC<br>Attn: Jordan Fowler<br>1707 Market Place Blvd., Ste 300<br>Irving, TX 75063** | **Equipment, Furniture, Supplies - First Texas Hospital Carrollton**<br><br>**Value: 0, with assumption of select liabilities per APA** | **8/19/2019** | **$0.00** |
| | **Relationship to debtor<br>No Relationship; Sourced Buyer** | | | |
| 13.10. | **Plains ER Management Austin, Ltd.<br>ATTN: Dan Akers<br>1551 W. Central Avenue<br>Temple, TX 76504** | **Assets, Operations, and select Assumed Liabilities for East Riverside Medical Center LLC per APA (First Choice ER)** | **10/02/2019** | **$477,055.17** |
| | **Relationship to debtor<br>No Relationship; Sourced Buyer** | | | |
| 13.11. | **PIPELINE HEALTH SYSTEM HOLDINGS, LLC<br>9440 Poppy Drive<br>Dallas, TX 75218** | **Equipment, Furniture, Supplies, and Accounts Receivable from Dallas JV operations** | **07/07/2020** | **$0.00** |
| | **Relationship to debtor<br>Former JV Partner** | | | |
| 13.12. | **Prestige Emergency Room – Potranco, LLC<br>738 W Loop 1604 N.<br>San Antonio, TX 78251** | **Equipment, Furniture, Supplies - POTRANCO MEDICAL CENTER LLC** | **11/21/2019** | **$12,000.00** |
| | **Relationship to debtor<br>No Relationship; Sourced Buyer** | | | |
| 13.13. | **Luke Padwick, MD<br>13435 US Hwy. 183 N.<br>#311<br>Austin, TX 78750** | **Equipment, Furniture, Supplies - First Choice ER** | **08/24/2019** | **$204,400.00** |
| | **Relationship to debtor<br>No Relationship; Sourced Buyer** | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

Debtor **Adeptus Health LLC** _____ Case number *(if known)* _____

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. **2941 S. Lake Vista Drive**<br>**Ste 200**<br>**Lewisville, TX 75067-3801** | **Dec-12 to Jan-18** |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Austin Arboretum Facility**<br>**AJNH Medical Center LLC**<br>**10407 Jollyville Road**<br>**Austin, TX 78759** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:*<br><br><br>☑ Electronically<br>☑ Paper |
| 15.2. **Alvin Facility**<br>**2860 South Gordon Street**<br>**Alvin, TX 77511** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:*<br><br><br>☑ Electronically<br>☑ Paper |
| 15.3. **Austin - Brodie Lane Facility**<br>**9312 Brodie Lane**<br>**Austin, TX 78748** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:*<br><br><br>☑ Electronically<br>☑ Paper |
| 15.4. **Round Rock Facility**<br>**2105 E. Palm Valley Blvd**<br>**Round Rock, TX 78665** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been** | How are records kept?<br>*Check all that apply:* |

Debtor    **Adeptus Health LLC**                                              Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years) | |
| | | ☑ Electronically<br>☑ Paper |
| 15.5. **Converse Facility**<br>**7898 Kitty Hawk Rd**<br>**Converse, TX 78109** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.6. **Barker Cypress Facility**<br>**9740 Barker Cypress Road**<br>**Suite 108**<br>**Cypress, TX 77433** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.7. **Northwest San Antonio Facility**<br>**5530 Tezel Road**<br>**San Antonio, TX 78250-4194** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.8. **San Antonio - De Zavala Rd. Facility**<br>**12805 W. Interstate 10**<br>**San Antonio, TX 78249** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.9. **Pflugerville - FM 685 Facility**<br>**1501 FM 685 Parkway**<br>**Pflugerville, TX 78660** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? |

Debtor   **Adeptus Health LLC**                                          Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care<br>*Check all that apply:* |
|---|---|---|
| | **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | ☑ Electronically<br>☑ Paper |
| 15.10.  **Austin - Riverside Facility**<br>**2020 E. Riverside Drive**<br>**Austin, TX 78741** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.11.  **Spring - Kuykendahl Facility**<br>**21301 Kuykendahl**<br>**Spring, TX 77379** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.12.  **Spring Rayford Facility**<br>**621 Rayford Road**<br>**Spring, TX 77386** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.13.  **The Woodlands/Flintridge Facility**<br>**10815 Kuykendahl Rd**<br>**Spring, TX 77382** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.14.  **Atascocita Facility** | **Healthcare Services** | **0** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

Debtor __Adeptus Health LLC_____  Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **5324 Atascocita Road Humble, TX 77346** | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?** *Check all that apply:* |
| | | ☑ Electronically ☑ Paper |
| 15.15. **Summerwood Facility 12665 W. Lake Houston Pkwy Houston, TX 77044** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?** *Check all that apply:* |
| | | ☑ Electronically ☑ Paper |
| 15.16. **Rosenberg Facility 24003 Southwest Fwy Rosenberg, TX 77471** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?** *Check all that apply:* |
| | | ☑ Electronically ☑ Paper |
| 15.17. **Houston - Jones Rd. Facility 9530 Jones Road Houston, TX 77065** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?** *Check all that apply:* |
| | | ☑ Electronically ☑ Paper |
| 15.18. **Kingwood Facility 2158 Northpark Drive Kingwood, TX 77339** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?** *Check all that apply:* |
| | | ☑ Electronically ☑ Paper |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Adeptus Health LLC**                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.19. **Cypress-Fairfield Facility 28606 Northwest Freeway Cypress, TX 77433** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept? *Check all that apply:* ☑ Electronically ☑ Paper |
| 15.20. **Katy - Mason Rd. Facility 1510 S. Mason Road Katy, TX 77450** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept? *Check all that apply:* ☑ Electronically ☑ Paper |
| 15.21. **Deer Park Facility 3701 Center Street Deer Park, TX 77536** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept? *Check all that apply:* ☑ Electronically ☑ Paper |
| 15.22. **The Woodlands - Creekside Facility 26306 Kuykendahl Road Tomball, TX 77375** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept? *Check all that apply:* ☑ Electronically ☑ Paper |
| 15.23. **The Woodlands - Creekside Facility 9922 Louetta Road Houston, TX 77070** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron** | How are records kept? *Check all that apply:* |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Adeptus Health LLC**                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | **Mountain (prepaid for 10 years)** | |
| | | ☑ Electronically ☑ Paper |
| 15.24. **First Texas Hospital - CyFair Facility**<br>**8929 Spring Cypress Road**<br>**Spring, TX 77379** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:* |
| | | ☑ Electronically ☑ Paper |
| 15.25. **Briar Forest Facility**<br>**1717 Eldridge Pkwy**<br>**Houston, TX 77077** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:* |
| | | ☑ Electronically ☑ Paper |
| 15.26. **Missouri City - Lakes Facility**<br>**4885 Hwy 6**<br>**Missouri City, TX 77459** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:* |
| | | ☑ Electronically ☑ Paper |
| 15.27. **Katy - Cinco RanchFacility**<br>**9422 Spring Green Blvd**<br>**Katy, TX 77494** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:* |
| | | ☑ Electronically ☑ Paper |
| 15.28. **Pearland - Silverlake Facility**<br>**2752 Sunrise Blvd**<br>**Pearland, TX 77584** | **Healthcare Services** | **0** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our** | **How are records kept?**<br>*Check all that apply:* |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Adeptus Health LLC**      Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years) | ☑ Electronically<br>☑ Paper |
| 15.29<br>.   **Richmond Facility**<br>**8111 W. Grand Parkway S.**<br>**Richmond, TX 77407** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.30<br>.   **Sienna Plantation Facility**<br>**8927 Highway 6**<br>**Missouri City, TX 77459** | **Healthcare Services** | **o** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years) Healthcare Services** | **How are records kept?**<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.31<br>.   **Houston - Fallbrook Facility**<br>**13338 Tomball Pkwy**<br>**Houston, TX 77086** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.32<br>.   **Katy - Spring Green Facility**<br>**1713 Spring Green Blvd**<br>**Katy, TX 77494** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.33<br>.   **Cypress - Grant Rd. Facility**<br>**13105 Louetta Rd** | **Healthcare Services** | **0** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Adeptus Health LLC**                                      Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **Cypress, TX 77429** | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | *Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.34. **Cypress Ranch Facility**<br>**20440 West Road**<br>**Cypress, TX 77433** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | *Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.35. **Conroe Facility**<br>**3840 West Davis Street**<br>**Conroe, TX 77304** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | *Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.36. **Friendswood Facility**<br>**225 E. Parkwood Avenue**<br>**Friendswood, TX 77546-5145** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | *Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.37. **San Antonio-Helotes Facility**<br>**12285 Bandera Road**<br>**Helotes, TX 78023** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | **Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | *Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Adeptus Health LLC**                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.38. **Hilliard Facility**<br>**1775 Hilliard-Rome Road**<br>**Hilliard, OH 43026** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.39. **La Porte Facility**<br>**1220 W. Fairmont Pkwy**<br>**La Porte, TX 77571** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.40. **San Antonio-Richland Hills Facility**<br>**9211 Potranco Road**<br>**San Antonio, TX 78251** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.41. **NMP of Arizona Facility**<br>**220 E. Las Colinas Blvd.**<br>**Suite 1000**<br>**Irving, TX 75039** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.42. **NMP of Colorado Facility**<br>**220 E. Las Colinas Blvd.**<br>**Suite 1000**<br>**Irving, TX 75039** | **Healthcare Services** | **0** |
| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron** | How are records kept?<br>*Check all that apply:* |

Debtor    **Adeptus Health LLC**                                     Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | **Mountain (prepaid for 10 years)** | |
| | | ☑ Electronically<br>☑ Paper |
| 15.43. **NMP Emergency Physicians Facility**<br>220 E. Las Colinas Blvd.<br>Suite 1000<br>Irving, TX 75039 | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.44. **NMP of Greater Texas**<br>220 E. Las Colinas Blvd.<br>Suite 1000<br>Irving, TX 75039 | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.45. **NMP of Houston**<br>220 E. Las Colinas Blvd.<br>Suite 1000<br>Irving, TX 75039 | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.46. **NMP of Louisiana Facility**<br>220 E. Las Colinas Blvd.<br>Suite 1000<br>Irving, TX 75039 | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.47. **NMP of Texas Facility**<br>220 E. Las Colinas Blvd.<br>Suite 1000<br>Irving, TX 75039 | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our** | How are records kept?<br>*Check all that apply:* |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Adeptus Health LLC**                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years) | |
| | | ☑ Electronically<br>☑ Paper |
| 15.48. **Pearland-Broadway Facility**<br>**2906 Broadway Street**<br>**Pearland, TX 77581** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years) Healthcare Services** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.49. **Pflugerville-FM 1825 Facility**<br>**15100 FM1825**<br>**Pflugerville, TX 78660** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.50. **San Antonio-Potranco**<br>**Facility**<br>**738 W. Loop 1604 N.**<br>**San Antonio, TX 78251** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.51. **Northeast San Antonio**<br>**Facility**<br>**738 W. Loop 1604 N.**<br>**San Antonio, TX 78251** | **Healthcare Services** | **0** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | How are records kept?<br>*Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |
| 15.52. **South Shore Harbour-relo**<br>**Facility** | **Healthcare Services** | **0** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Adeptus Health LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| | **3016 Marina Bay Drive**<br>**League City, TX 77573** | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.53<br>. | **League City-Victory Lakes Facility**<br>**1535 W FM 646**<br>**League City, TX 77573** | **Healthcare Services**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **0**<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.54<br>. | **San Antonio-Stone Oak Facility**<br>**23511 Hardy Oak Blvd.**<br>**San Antonio, TX 78258** | **Healthcare Services**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **0**<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.55<br>. | **First Texas Hospital-CyFair Facility**<br>**9922 Louetta Road**<br>**Houston, TX 77070** | **Healthcare Services**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **0**<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |
| 15.56<br>. | **Spring-Gleannloch Facility**<br>**8929 Spring Cypress Road**<br>**Spring, TX 77379** | **Healthcare Services**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Most records will be stored electronically via our Tsystems and Evident systems which have been archived via AWS (payments are month to month); any relevant phyical information has been stored with Iron Mountain (prepaid for 10 years)** | **0**<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Adeptus Health LLC**                                              Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **FCER 401k Plan** | EIN: **113798239** |

Has the plan been terminated?
☐ No
☑ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-7087** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/3/2020** | **$0.00** |
| 18.2. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-7155** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.3. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3744** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.4. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-8453** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Adeptus Health LLC**                                          Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.5. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-2135** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.6. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5507** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.7. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-0385** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.8. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3463** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.9. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-0663** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.10. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-0692** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.11. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-6971** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.12. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5470** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.13. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5829** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Adeptus Health LLC**                          Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.14. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-4030** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.15. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-6122** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.16. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-7113** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/03/2020** | **$0.00** |
| 18.17. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-7113** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **020/7/2020** | **$0.00** |
| 18.18. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-7168** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.19. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-7184** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.20. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-7197** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.21. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3728** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.22. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3656** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    **Adeptus Health LLC**          Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.23. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3387** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.24. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-8466** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.25. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-9581** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.26. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-9594** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.27. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5452** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.28. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5170** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.29. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5497** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.30. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5510** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.31. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-8387** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __Adeptus Health LLC_____     Case number _(if known)_ _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.32. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3489** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.33. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-6968** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.34. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-7207** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.35. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3643** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.36. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3643** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.37. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-0173** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.38. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3358** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.39. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3361** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |
| 18.40. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-3374** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/07/2020** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Adeptus Health LLC**                                        Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.41. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5864** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |
| 18.42. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5877** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |
| 18.43. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-8440** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |
| 18.44. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5478** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |
| 18.45. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-5481** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |
| 18.46. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-9911** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |
| 18.47. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-6823** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |
| 18.48. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-6836** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |
| 18.49. | **Bank of America Merrill Lynch**<br>**901 Main Street**<br>**Dallas, TX 75201** | **XXXX-2341** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2020 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Adeptus Health LLC**                                Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.50. | **Bank of America Merrill Lynch** <br> **901 Main Street** <br> **Dallas, TX 75201** | **XXXX-2354** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **02/07/2020** | **$0.00** |
| 18.51. | **Bank of America Merrill Lynch** <br> **901 Main Street** <br> **Dallas, TX 75201** | **XXXX-0650** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **02/07/2020** | **$0.00** |
| 18.52. | **Bank of America Merrill Lynch** <br> **901 Main Street** <br> **Dallas, TX 75201** | **XXXX-6939** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **02/07/2020** | **$0.00** |
| 18.53. | **Bank of America Merrill Lynch** <br> **901 Main Street** <br> **Dallas, TX 75201** | **XXXX-6942** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **02/07/2020** | **$0.00** |
| 18.54. | **Bank of America Merrill Lynch** <br> **901 Main Street** <br> **Dallas, TX 75201** | **XXXX-5483** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **02/07/2020** | **$0.00** |
| 18.55. | **Bank of America Merrill Lynch** <br> **901 Main Street** <br> **Dallas, TX 75201** | **XXXX-6424** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **02/07/2020** | **$0.00** |
| 18.56. | **Bank of America Merrill Lynch** <br> **901 Main Street** <br> **Dallas, TX 75201** | **XXXX-4056** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **02/07/2020** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor     **Adeptus Health LLC**                                    Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Richardson Warehouse 850 N. Dorothy Drive Suite 510 Richardson, TX 75081** | **N/A** | **2 x Mindray vital signs monitors; estimated value is approximately $6,000** | ☐ No ☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor    **Adeptus Health LLC**                      Case number *(if known)*

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|---|
| 25.1. | **SRC Hospital Investment I, LLC**<br>**898 Pacific Coast Highway**<br>**Suite 500**<br>**El Segundo, CA 90245** | **Joint Venture to build out emergency services and provide business support to operations. Adeptus sold its non-controlling interest on 7/7/2020** | EIN: | **82-3756399** |
| | | | From-To | **1/28/2019 to 7/7/2020** |
| 25.2. | **FTH DFW Partners LLC**<br>**220 E. Las Colinas Blvd**<br>**Suite 1000**<br>**Irving, TX 75039** | **Joint Venture to build out emergency services and provide business support to operations. Aeptus purchased controlling interest on 1/28/2019; Entity not dissolved, formal operations ceased.** | EIN: | **47-3426036** |
| | | | From-To | **5/11/2016 to Present** |
| 25.3. | **AGH Phoenix LLC**<br>**Dignity Health**<br>**185 Berry Street**<br>**Suite 300, Lobby 2**<br>**San Francisco, CA 94107-1739** | **Joint Venture to build out emergency services and provide business support to operations. Adeptus sold its non-controlling interest on 6/8/2018** | EIN: | **47-1584330** |
| | | | From-To | **10/22/2014 to 6/8/2018** |
| 25.4. | **UCHealth Partners LLC**<br>**University of Colorado Health**<br>**12401 E. 17th Avenue**<br>**Mail Stop F-417, Suite 1034**<br>**Aurora, CO 80045** | **Joint Venture to build out emergency services and provide business support to operations. Adeptus sold its non-controlling interest on 12/1/2017** | EIN: | **47-3381640** |
| | | | From-To | **4/21/2015 to 12/1/2017** |
| 25.5. | **Ochsner Health Partners, LLC**<br>**N/A** | **Joint Venture to build out emergency services and provide business support to operations. Dissolved Q4 2016** | EIN: | **81-1116852** |
| | | | From-To | **9/1/2015 to Q4 2016** |
| 25.6. | **Mount Carmel EHN, LLC**<br>**N/A** | **Joint Venture to build out emergency services and provide business support to operations. Dissolved 12/19/2017** | EIN: | **36-4836987** |
| | | | From-To | **2/1/2016 to 12/19/2017** |

26. **Books, records, and financial statements**

     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **PriceWaterhouseCoopers LLP**<br>**1000 Louisiana Street**<br>**Suite 5800**<br>**Houston, TX 77002-5021** | **TBD** |

     26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

     ☐ None

Debtor    **Adeptus Health LLC**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **RSM US LLP**<br>**13155 Noel Road**<br>**Suite 2200**<br>**Dallas, TX 75240** | **10/1/2017 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Adeptus**<br>**Attn: Christina Smith**<br>**220 E Las Colinas Blvd**<br>**Suite 1000**<br>**Irving, TX 75039** | |
| 26c.2.    **Adeptus**<br>**Attn: Karen Cope**<br>**220 E Las Colinas Blvd**<br>**Suite 1000**<br>**Irving, TX 75039** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Parmenter** |
| 26d.2.    **Brad Stevens**<br>**CIT** |
| 26d.3.    **Greg Phillips**<br>**GE** |
| 26d.4.    **Huntington**<br>**Cheryl Carroll**<br>**2285 Franklin Road**<br>**Suite 100**<br>**Bloomfield Hills, MI 48302** |
| 26d.5.    **SCG / Mitsubishi**<br>**Attn: John Strabo**<br>**3100 Clarendon Blvd.**<br>**Suite 200**<br>**Arlington, VA 22201** |
| 26d.6.    **Webster**<br>**Attn: Mike Gusto** |
| 26d.7.    **Wells Fargo**<br>**5595 Trillium Blvd**<br>**MAC N8544-010**<br>**Hoffman Estates, IL 60192** |
| 26d.8.    **TIAA**<br>**William Wellford** |

Debtor  **Adeptus Health LLC** _____   Case number *(if known)* _____

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leanne Zumwalt | 1111 Bayhill Drive<br>San Bruno, CA 94066 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Grossman | 780 Third Avenue<br>37th Floor<br>New York, NY 10017 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bryan Sendrowski | 780 Third Avenue<br>37th Floor<br>New York, NY 10017 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven C. Bussey | 780 Third Avenue<br>37th Floor<br>New York, NY 10017 | President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Martinez, Ricardo | 220 E Las Colinas Blvd<br>Suite 1000<br>Irving, TX 75039 | CEO & Stockholder of NMP | 6/20/2016 - Sep-20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Engle, Harold | 220 E Las Colinas Blvd<br>Suite 1000<br>Irving, TX 75039 | Interim CEO of CyFair | 7/13/2016 to Sep-20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Greg Scott | Winfield Management<br>55 Madison Avenue<br>4th Floor<br>Morristown, NJ 07960 | Board Member | 2017 to Feb-20 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Adeptus Health LLC | Case number *(if known)* | |
|---|---|---|---|

loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 17, 2020**

**/s/ Steven C. Bussey**                                                **Steven C. Bussey**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re __Adeptus Health LLC_____
                                         Debtor(s)

Case No. _____
Chapter __7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__December 18, 2020_____
_Date_

__/s/ Louis R. Strubeck, Jr._____
**Louis R. Strubeck, Jr.**
_Signature of Attorney_
**Norton Rose Fulbright US LLP**
**2200 Ross Avenue**
**Suite 3600**
**Dallas, TX 75201-7932**
**(214) 855-8000   Fax: (214) 855-8200**
**louis.strubeck@nortonrosefulbright.com**
_Name of law firm_

---

BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                        §
                                              §
    **Adeptus Health LLC**        §        Case No.:
                                              §
                                              §
                                              §
                         Debtor(s)            §
                                              §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

    ■   is the first mail matrix in this case.

    ☐   adds entities not listed on previously filed mailing list(s).

    ☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

    ☐   deletes name(s) and address(es) on previously filed mailing list(s).

    In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **December 18, 2020**         **/s/ Steven C. Bussey**
                                     **Steven C. Bussey/Chief Executive Officer**
                                     Signer/Title

Date:   **December 18, 2020**         **/s/ Louis R. Strubeck, Jr.**
                                     Signature of Attorney
                                     **Louis R. Strubeck, Jr.**
                                     **Norton Rose Fulbright US LLP**
                                     **2200 Ross Avenue**
                                     **Suite 3600**
                                     **Dallas, TX 75201-7932**
                                     **(214) 855-8000   Fax: (214) 855-8200**

                                    **32-0432716**
                                    Debtor's Social Security/Tax ID No.

                                    Joint Debtor's Social Security/Tax ID No.

28606 Northwest Freeway Cypress TX, LLC
ATTN: E-WEI TAO
6360 98th St., Unit F7
Rego Park, NY 11374


ABACIST GROUP LLC
PO BOX 671162
DALLAS, TX 75367


ABBOTT LABORATORIES INC
100 ABBOT PARK RD
ABBOTT PARK, IL 60064


ABBOTT POINT OF CARE INC
100 ABBOTT PARK ROAD
ABBOTT PARK, IL 60064


ACIST MEDICAL SYSTEMS, INC.
7905 FULLER RD
EDEN PRAIRIE, MN 55344


AD VALOREM APPRAISALS INC
822 W PASADENA BLVD
DEER PARK, TX 77536-5749


ADAPTHEALTH LLC
220 W GERMANTOWN PIKE STE 250
PLYMOUTH MEETING, PA 19462


ADAPTIVE INSIGHTS LLC
PO BOX 399115
SAN FRANCISCO, CA 94139-9115


ADDISON PROF'L FINANCIAL SEARCH LLC
7076 SOLUTIONS CENTER
CHICAGO, IL 60677-7000

Adeptus Health Colorado Holdings LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Adeptus Health Management LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Adeptus Health Phoenix Holdings LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Adeptus Health Ventures LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ADMINISTRATIVE FIDUCIARY SERVICES INC
10777 NORTHWEST FRWY
STE 450
HOUSTON, TX 77092


ADPT Columbus Holdings LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ADPT DFW Holdings LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ADPT New Orleans Management LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ADPT Operating, LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

ADPT-AZ RE Holdings LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ADPT-CO RE Holdings LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ADPT-Columbus RE Holdings LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ADPT-Houston RE Holdings LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


AGARWAL, NEAL
11318 Williamsburg Drive
Houston, TX 77024


AIR PERFORMANCE SERVICE INC - DALLAS
10510 MARKISON RD
DALLAS, TX 75238


AIRGAS, INC.
PO BOX 734671
DALLAS, TX 75373-4671


AIRSCAN TECHNOLOGIES INC
PO BOX 1539
SPRINGTOWN, TX 76082


AJNH Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

ALDINE INDEPENDENT SCHOOL DISTRICT
PO BOX 203989
HOUSTON, TX 77216-3989


ALLIED ELECTRICAL CONTRACTORS OF HOUSTON
301 GREENS LANDING DR
HOUSTON, TX 77038


ALSCO INC
1340 East Berry St
Fort Worth, TX 76119


ALTUS GROUP US INC
640 W SOUTHLAKE BLVD
SOUTHLAKE, TX 76091


Alvarez & Marsal Healthcare Ind. Group
600 Madison Avenue, 7th Floor
New York, NY 10022


AMCOL SYSTEMS INC
PO BOX 21625
COLUMBIA, SC 29221


AMERICAN ASSOCIATION OF BIOANALYSTS
5615 KIRBY DR
STE 870
HOUSTON, TX 77005


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448


Ameriland Enterprises LLC
ATTN: Tam Nguyen
9021 W. LITTLE YORK RD
Houston, TX 77040

ANIKA THERAPEUTICS INC
32 WIGGINS AVE
BEDFORD, MA 01730

APPLIED MEDICAL DISTRIBUTION CORP
PO BOX 3511
CAROL STREAM, IL 60132-3511

APS BUILDING SERVICES INC
ATTN: AIR PERFORMANCE SERVICE OF HOUSTON
11050 W LITTLE YORK RD BLDG P
HOUSTON, TX 77041

ARCH SPECIALTY INSURANCE COMPANY
300 PLAZA THREE, 3RD FLOOR
JERSEY CITY, NJ 07311-1107

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29085
PHOENIX, AZ 85038-9085

ARTERIOCYTE MEDICAL SYSTEMS INC
ATTN: ISTO BIOLOGICS
45 SOUTH ST, STE 3C
HOPKINTON, MA 01748

ARTHREX, INC
PO BOX 403511
ATLANTA, GA 30384-3511

AT&T
PO BOX 105068
Atlanta, GA 30348-5068

ATASCOCITA EAGLE NEST LLC
C/O CASCADE MANAGEMENT
10333 RICHMOND AVE STE 150
HOUSTON, TX 77042

ATMOS ENERGY
PO BOX 790311
ST. LOUIS, MO 63179-0311


AXION HEALTH, INC
11001 W 120TH AVE STE 315
BROOMFIELD, CO 80021


BAKER TILLY VIRCHOW KRAUSE LLP
PO BOX 7398
MADISON, WI 53707


BANK DIRECT CAPITAL FINANCE
PO BOX 660448
DALLAS, TX 75266-0448


BAXTER HEALTHCARE CORPORATION
ONE BAXTER PARKWAY
DEERFIELD, IL 60015


BEACONMEDAES LLC
1059 PARAGON WAY
ROCK HILL, SC 29730


BECKMAN COULTER, INC
ATTN: DEPT. CH10164
250 South Craemer Blvd.
Brea, CA 92821


BELLA DESIGN GROUP, LLC
709 109TH STREET
ARLINGTON, TX 76011


BEXAR COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 2903
SAN ANTONIO, TX 78299-2903

BLACKWELL BLACKBURN HERRING & SINGER
7557 RAMBLER ROAD
SUITE 1450
DALLAS, TX 75231


BMC GROUP VDR LLC
PO BOX 748225
LOS ANGELES, CA 90070


BOBBY J LUNA
4330 HALL PARK DR
SAN ANTONIO, TX 78218


BOSTON SCIENTIFIC CORPORATION
PO BOX 951653
DALLAS, TX 75395-1653


BOUND TREE MEDICAL LLC
PO BOX 8023
DUBLIN, OH 43016-2023


BOWERS, ARANYANEE
12228 S. Shadow Cove Drive
Houston, TX 77082


BOX, INC
900 JEFFERSON AVENUE
REDWOOD CITY, CA 94063


BRAZORIA CO MUD #17
PO BOX 1368
FRIENDSWOOD, TX 77549-1368


Briar Forest-Eldridge Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

BRIDGEPOSE DIGITAL LLC
3341 REGENT BLVD
STE 130-292
IRVING, TX 75063


BROUGHTON PHARMACEUTICALS, LLC
413 WEST MONTGMERY CROSSROAD
SUITE 204
SAVANNAH, GA 31406


BUXTON COMPANY
2651 S POLARIS DR
FORT WORTH, TX 76137


BUXTON COMPANY
 2651 S POLARIS DR
FORT WORTH, TX 76137


CALDERON, DARRELL
4402 Mountwood Street
Houston, TX 77018


CALEY REYNOLDS TRANSPARENT MED IMAGING
31215 DORADO CIRCLE
TOMBALL, TX 77375


Capital Asset Resources
ATTN: Sparkle Valencia
516 Silicon Drive
Southlake, TX 76092


CAPITOL SERVICES INC
PO BOX 1831
AUSTIN, TX 78767


Cardinal Health Pharmacy Services LLC
1330 Enclave Pkwy.
Houston, TX 77077

```
CAREFUSION 303 INC  CAREFUSION SOLUTIONS
25082 NETWORK PLACE
Chicago, IL 60673-1250


CARROLLTON-FARMERS BRANCH ISD
PO BOX 208227
DALLAS, TX 75320-8227


Cascade Capital, LLC
1670 Corporate Circle
Suite 202
Petaluma, CA 94954


CASLER FOLIAGE
PO BOX 223822
DALLAS, TX 75222


CBRE, Inc.
ATTN: Daniel D. Taylor
8080 Park Ln, Ste 800
Dallas, TX 75231


CCH INCORPORATED
2700 LAKE COOK ROAD
RIVERWOODS, IL 60015


CCMR 18 LLC, RLC JENNA 18 LLC, & RLC JUS
Attn: Barry J. Haskell
362 Kingsland Avenue
Brooklyn, NY 11222


Cedar Hill Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Center Street DP Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039
```

CENTERPOINT ENERGY
PO BOX 4981
HOUSTON, TX 77210-4981


CENTIGRADE SERVICES INC
11411 BEDFORD ST
HOUSTON, TX 77031-2105


CENTRAL STATES LOGISTICS INC
ATTN: DILIGENT DELIVERY SYSTEMS
9200 DERRINGTON RD STE 100
HOUSTON, TX 77064


CENTURION SERVICE ACQUISITIONS, INC
3325 MOUNT PROSPECT ROAD
FRANKLIN PARK, IL 60131


CENTURYLINK
P.O BOX 52187
PHOENIX, AZ 85072-2187


CEQUEL CORPORATION
Attn: SUDDENLINK COMMUNICATIONS
PO BOX 660365
DALLAS, TX 75266-0365


CH INTERMEDIATE HOLDINGS LLC  COREPOINT
100 HIGH STREET
SUITE 1560
BOSTON, MA 02110


CHAMBER OF COMMERCE OF THE USA
1615 H STREET NW
WASHINGTON, DC 20062


CHAMPION MEDICAL TECHNOLOGIES INC
765 ELA RD SUITE 200
LAKE ZURICH, IL 60047

CHANDLER SIGNS HOLDINGS LLC
14201 SOVEREIGN ROAD #101
FORT WORTH, TX 76155


CHANGE HEALTHCARE LLC
5995 WINDWARD PARKWAY
ALPHARETTA, GA 30005


CHIEN, LAWRENCE
6708 Glenhurst Drive
Dallas, TX 75254


CHR & ASSOCIATES INC
13114 MOSELLE FOREST
HELOTES, TX 78023-3768


Cinco Ranch Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


CINCO SOUTHWEST MUD #2
ATTN: MIKE ARTERBURN, TAX A/C
11500 NW FREEWAY STE 150
HOUSTON, TX 77092


CIT Finance LLC
Attn: Brad Stevens
10201 Centurion Parkway N.
Jacksonville, FL 32256


CITY OF ALVIN
216 WEST SEALY
ALVIN, TX 77511


CITY OF ARLINGTON
ATTN: ALARM OFFICE
PO BOX 1065
ARLINGTON, TX 76004-1065

CITY OF AUSTIN
PO BOX 2267
AUSTIN, TX 78783-2267

CITY OF CEDAR HILL
285 UPTOWN BLVD.
CEDAR HILL, TX 75104

CITY OF COLUMBUS
90 W. BROAD STREET
COLUMBUS, OH 43215

CITY OF DEER PARK
710 EAST SAN AUGUSTINE
DEER PARK, TX 77536

CITY OF DEER PARK TAX OFFICE
P.O. BOX 700
DEER PARK, TX 77536

CITY OF DESOTO
PO BOX 550
DESOTO, TX 75123-0550

CITY OF FRIENDSWOOD - UTILITY
910 S FRIENDWOOD DRIVE
FRIENDSWOOD, TX 77546

CITY OF GARLAND
PO BOX 462010
GARLAND, TX 75046-2010

CITY OF GRAND PRAIRIE
317 W COLLEGE ST
GRAND PRAIRIE, TX 75050

```
CITY OF HOUSTON - ARA
PO BOX 203887
HOUSTON, TX 77246-3887


CITY OF LEAGUE CITY
300 WEST WALKER
LEAGUE CITY, TX 77573


CITY OF MANSFIELD
1200 E. BROAD STREET
MANSFIELD, TX 76063


CITY OF MCKINNEY
PO BOX 8000
MCKINNEY, TX 75070-8000


CITY OF NORTH RICHLAND HILLS
PO BOX 820609
NORTH RICHLAND HILLS, TX 76182


CITY OF PEARLAND
PO BOX 2068
PEARLAND, TX 77588


CITY OF PFLUGERVILLE
100 E. MAIN STREET SUITE 100
PLUGERVILLE, TX 78660


CITY OF ROSENBERG
PO BOX 631
ROSENBERG, TX 77471-0631


CITY OF ROWLETT
PO BOX 660054
DALLAS, TX 75266-0054
```

CITY OF SAN ANTONIO
PO BOX 839966
SAN ANTONIO, TX 78283-3966

CITY PUBLIC SERVICE BOARD
PO BOX 2678
SAN ANTONIO, TX 78289

CJC 18-2 LLC / MTL Jamie LLC
MTL Jennifer LLC; Attn: Barry J. Haskell
362 Kingsland Avenue
Brooklyn, NY 11222

CLARIVATE ANALYTICS (COMPUMARK) INC
30 THOMSON PLACE
BOSTON, MA 02210

CLEAR CREEK ISD TAX OFFICE
PO BOX 799
League City, TX 77574

CLIA LABORATORY PROGRAM
PO BOX 3056
PORTLAND, OR 97208-3056

CLINICAL PATHOLOGY, INC
PO BOX 141669
AUSTIN, TX 78714

CMBC INVESTMENTS LLC BUSINESS ESSENTIALS
PO BOX 37
GRAPEVINE, TX 76099

COGENT COMMUNICATIONS, INC
PO BOX 791087
BALTIMORE, MD 21279-1087

COLA, INC
9881 BROKEN LAND PKWY
SUITE 200
COLUMBIA, MD 21046


COLLEGE OF AMERICAN PATHOLOGISTS
325 WAUKEGAN RD
NORTHFIELD, IL 60093


COLLIN COUNTY TAX ASSESSOR COLLECTOR
920 East Park Blvd. Suite 100
COLLIN COUNTY
Plano, TX 75074


COLORMARK LC
1840 HUTTON DRIVE
BLDG 208
CARROLLTON, TX 75006


COLUMBIA GAS OF OHIO
PO BOX 742510
CINCINNATI, OH 45274-2510


COMCAST
P.O. BOX 37601
Philadelphia, PA 19101-0601


COMMUNICATIONS UNLIMITED, LLP
PO BOX 551501
DALLAS, TX 75355-1501


COMMUNITY SELF STORAGE LP
4155 LOUETTA ROAD
SPRING, TX 77388


COMPASS GROUP USA INC
ATTN: CANTEEN VENDING SERVICES
2400 YORKMONT RD
CHARLOTTE, NC 28217

COMPSYCH CORPORATION
455 N CITYFRONT PLAZA DR
NBC TOWER 13TH FLOOR
CHICAGO, IL 60611-5322


COMPUTER PROGRAMS AND SYSTEMS INC
TRUBRIDGE LLC / EVIDENT LLC
6600 WALL ST
Mobile, AL 36695


Conroe Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


CONSOLIDATED COMMUNICATIONS
PO BOX 66523
SAINT LOUIS, MO 63166-6523


CONSOLIDATED WASTE LLC
ATNN: LIQUID WASTE SOLUTIONS
650 W BOUGH LN STE 150-204
HOUSTON, TX 77024-4399


CONSTELLATION NEWENERGY INC
10 S DEARBORN ST - 51ST FLOOR
CHICAGO, IL 60603


CONTRACTSAFE LLC
23823 MALIBU RD STE 50-197
MALIBU, CA 90265


CONVERGINT TECHNOLOGIES, LLC
2304 TARPLEY ROAD. SUITE 124
CARROLLTON, TX 75006


COOK GROUP INCORPORATED- COOK MEDICAL
PO BOX 1608
BLOOMINGTON, IN 47402

CORDELL LEE MANCE  NAUTICAL CLEAN
2709 S PINE HILL DR
PEARLAND, TX 77581


CorepointHealth LLC dba Lyniate
3010 Gaylord Pkwy.
Frisco, TX 75034


CORIN USA LTD
12750 Citrus Park Lane
Suite 120
Tampa, FL 33625


CORNERSTONE ONDEMAND INC
ATTN: DEPT CH19590
1601 Cloverfield Blvd. Suite 600S
Santa Monica, CA 90404


CORNERSTONES M.U.D
11111  KATY FREEWAY #725
HOUSTON, TX 77079-2197


CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808


COSERV
PO BOX 650785
DALLAS, TX 75265-0785


Creekside Forest Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


CRESA GLOBAL INC
150 N UPPER WAKER DRIVE
SUITE  2900
CHIGACO, IL 60606

Cresa Global Inc.
5005 Lyndon B. Johnson Frwy
Suite 800
Dallas, TX 75244


CRESTING WAVE LLC
266 HARRISTOWN RD STE 208
GLEN ROCK, NJ 07452


CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349


CT SERVICE 24-7
21622 RIO COMAL
SAN ANTONIO, TX 78259


Culebra-Tezel Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


CUMMINS SOUTHERN PLAINS LLC
PO BOX 90027
ARLINGTON, TX 76004-3027


Custer Bridges Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


CUSTOMIZED SECURITY
PO BOX 3105
MCKINNEY, TX 75070


CY-FAIR BONE & JOINT LLP
11800 FM 1960 W
HOUSTON, TX 77065

Cypress Village, Cypress TX, LLC
C/O US Property Trust; ATTN: Matt Kaiser
10250 Constellation Blvd.
Suite 2850
Los Angeles, CA 90067


CYPRESS-FAIRBANKS ISD
10494 JONES RD.
SUITE 106
Houston, TX 77065


DALLAS CNTY UTILITY & RECLAMATION DIST.
PO BOX 140035
IRVING, TX 75014


DALLAS COUNTY HOSPITAL DISTRICT
d/b/a Parkland Health and Hospital Sys
5201 Harry Hines Blvd
Dallas, TX 75235


DALLAS COUNTY TAX OFFICE
JOHN R. AMES, CTA
PO BOX 139066
Dallas, TX 75313-9066


DAVOL INC - DIVISION OF CRBARD
PO BOX 75767
CHARLOTTE, NC 28275


De Lage Landen Financial Services, Inc.
Attn: Alan I. Cohen
1111 Old Eagle School Road
Wayne, PA 19087


Deerfield Partners L.P.
Attn Deerfield Private Design Fund IV LP
780 Third Avenue
37th Floor
New York, NY 10017


DELL FINANCIAL SERVICES, LLC
ATTN: PAYMENT PROCESSING
PO BOX 6549
CAROL STREAM, IL 60197-6549

```
DELL MARKETING, LP
C/O DELL USA LP
PO BOX 676021
DALLAS, TX 75267-6021


DELTA DENTAL INSURANCE CO
PO BOX 7564
SAN FRANCISCO, CA 94120-7564


DEMBNY PHARMACY CONSULTANTS LLC
8301 LAKEVIEW PKWY
SUITE 111-178
ROWLETT, TX 75088


DENTON CNTY TAX ASSESSOR
PO BOX 90223
Denton, TX 76202


Desoto Beltline Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


DILLON DWAN PALMER
1305 SPRINGVIEW DR
ALLEN, TX 75002


DINER, BARRY
4407 Meyerwood Drive
Houston, TX 77096


DIRECT DIFFERENCE INC
PO BOX 3709
RANCHO SANTE FE, CA 92067


DIRECTV
Buiness Service Center
P.O. Box 410347
Charlotte, NC 28241
```

```
Diversified Medical Records Services
JW LLC
1333 SHORE DISTRICT DR, APT. 1306
Austin, TX 78741


DLA PIPER LLP US
P.O. BOX 64029
BALTIMORE, MD 21264-4029


DOCUSIGN INC
ATTN: DEPT 3428
PO BOX 123428
DALLAS, TX 75312-3428


DOOR SERVICES CORP - TX ACCESS CONTROLS
6000 GARDENDALE DR.
HOUSTON, TX 77092


DORNOCH MEDICAL SYSTEMS INC
PO BOX 646
MISSION, KS 66201


DOXIMITY INC
500 3RD ST, STE 510
SAN FRANCISCO, CA 94107


DVM INSURANCE AGENCY NATIONWIDE
ATTN: FILE 50939
1800 East Imperial Hwy, Suite 145
BREA, CA 92821


DYNAMIC INFUSION THERAPY INC
5156 VILLAGE CREEK DR STE 102
PLANO, TX 75093


E4H - ENVIRONMENTS FOR HEALTH LLC
1250 COPELAND RD STE 500
ARLINGTON, TX 76011
```

Eagles Nest Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


East Pflugerville Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ECC Management LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ECOCLEAN LLC
19402 CHESTNUTFIELD
HOUSTON, TX 77094


EDVIN PEREZ  EDWIN LANDSCAPING
7534 S SANTA FE DR
HOUSTON, TX 77061


ELITE BIOMEDICAL SERVICES INC
37 WOODBRANCH DR
NEW CANEY, TX 77357


ELSEVIER INC.
PO BOX 7247-6683
PHILADELPHIA, PA 19170


EMERGENCY DEPARTMENT PRACTICE MANAGEMENT
8400 WESTPARK DR 2ND FLOOR
MCLEAN, VA 22102


EN-TOUCH SYSTEMS, INC AND SUBSIDIARIES
11011 RICHMOND AVE
SUITE 400
HOUSTON, TX 77042

ENAVATE MANAGED SERVICES INC
7887 E BELLEVIEW AVE STE 600
ENGLEWOOD, CO 80111


ENCISION INC
PO BOX 5935
DRAWER 2477
TROY, MI 48007-5935


ENTERGY
PO BOX 8104
BATON ROUGE, LA 70891-8104


EPIQ SYSTEMS ACQUISITIONS INC
DBA EPIQ BANKRUPTCY SOLUTIONS LLC
PO Box 1202355, DEPT 0255
DALLAS, TX 75312-0255


ER EXPRESS, LLC
5665 NEW NORTHSIDE DRIVE
SUITE 540
Atlanta, GA 30328


ESOLUTIONS INC
PO BOX 414378
WS #165
KANSAS CITY, MO 64141


ETHICON INC
C/O JOHNSON & JOHNSON
PO BOX 406663
ATLANTA, GA 30384


ETHICUS HOSPITAL DFW LLC
ATTN: SAGECREST HOSP'L OF CARROLLTON
1401 E TRINITY MILLS RD
CARROLLTON, TX 75007


ETS ENVIRONMENTAL TESTING SERIVCES INC
10908 METRONOME DR
HOUSTON, TX 77043

EWT HOLDINGS III CORP
Attn: EVOQUA WATER TECHNOLOGIES LLC
181 THORN HILL RD
WARRENDALE, PA 15086


EXPONENT TECHNOLOGIES INC
4970 LANDMARK PL
DALLAS, TX 75254


FAULKEY GULLY MUD
P.O. BOX 12169
SPRING, TX 77391


FCER Management, LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461


FIDELITY SECURITY INS. / EYEMED
ATTN: FSL/EYEMED PREMIUMS
PO BOX 632530
CINCINNATI, OH 45263-2530


FIRE SAFE PROTECTION SERVICES LP
1815 SHERWOOD FOREST
HOUSTON, TX 77043


First Choice ER LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


FIRST NATIONAL BANK
PO BOX 94905
WICHITA FALLS, TX 76308

```
First National Bank Wichita Falls
Attn: Stephen Farmer
P.O. Box 94905
Wichita Falls, TX 76308


First Prairie LLC
Attn: Jason Keen
1211 S. White Chapel Blvd.
Southlake, TX 76092


First Texas Hospital Carrollton LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


First Texas Hospital CY-Fair LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


FISHER SCIENTIFIC COMPANY LLC
300 INDUSTRY DRIVE
PITTSBURGH, PA 15275


FIUSA TEXAS LLC
C/o Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131


FM Crossing Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


FM2181-IH 35 LOT 3 LTD
c/o Weitzman; ATTN: Matt Luedtke
3102 MAPLE AVENUE, SUITE 500
Dallas, TX 75201


FORT BEND COUNTY MUD #167
ATTN: MIKE ARTERBURN, TAX A/C
11500 NW FREEWAY STE 150
HOUSTON, TX 77092
```

FORT BEND COUNTY TAX ASSESSOR-COLLECTOR
ATTN: PAYMENT PROCESSING DEPT
P.O. BOX 1028
SUGARLAND, TX 77487-1028


FORT WORTH WATER DEPT
PO BOX 870
FORT WORTH, TX 76101-0870


FRANKLIN COUNTY TREASURER
ATTN: CHERYL BROOKS SULLIVAN
373 S HIGH ST, 17TH FLOOR
CINCINNATI, OH 43215-6306


FRIENDSWOOD ISD & GCCDD
Tax-Assessor Collector
P. O. Box 31
Friendswood, TX 77549


Friendswood Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Frisco DNT Eldorado Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Frisco Preston Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


FRONTIER COMMUNICATIONS OF THE SOUTHWEST
401 MERRITT 7
NORWALK, CT 06851


FSED TEXAS LAKEVIEW PARKWAY LLC
C/O Deerfield Management; Attn: Bryan S.
780 Third Avenue, 37th floor
New York, NY 10017

FTH Houston Partners LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


GALVESTON COUNTY TAX OFFICE
Tax Assessor Collector
722 MOODY
Galveston, TX 77550


GARLAND INDEPENDENT SCHOOL DISTRICT
PO BOX 461407
GARLAND, TX 75046-1407


Garland Shiloh Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


GE HFS, LLC
Attn: Richard D. Straka
9900 Innovation Drive, RP-2100
Wauwatosa, WI 53226


GENRG POWER SOLUTIONS
d/b/a GENERATORS OF HOUSTON
6106 MILWEE ST
HOUSTON, TX 77092


GF CAMPUS COMMONS LLC
FLT ACQUIPORT-CAMPUS LLC
2082 MICHELSON DR, 4th Floor
IRVINE, CA 92612


GH MECHANICAL AND SERVICES LLC
1615 POYDRAS ST STE 2120
NEW ORLEANS, LA 70112


GI SUPPLY INC
PO BOX 45730
BALTIMORE, MD 21297-5730

Gleannloch Farms Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


GOOD HONEST WORK PARTNERS LLC
5600 W LOVERS LANE STE 116-193
DALLAS, TX 75209


GRANDE COMMUNICATIONS
PO BOX 679367
Dallas, TX 75267-9367


GRAPEVINE-COLLEYVILLE TAX OFFICE
PO BOX 547
GRAPEVINE, TX 76099-0547


GREAT AM. GROUP ADVISORY & VAL. SERVICES
21255 BURBANK BLVD STE 400
WOODLAND HILLS, CA 91367


GREATAMERICA FINANCIAL SERVICES CORP.
PO BOX 660831
DALLAS, TX 75266-0831


GRIFOLS DIAGNOSTIC SOLUTIONS INC
ATTN: B OF A LOCKBOX SERVICES
PO BOX 59705
LOS ANGELES, CA 90074-9705


GUARANTEED RETURNS
100 COLIN DRIVE
HOLBROOK, NY 11741


GULF COAST REGIONAL BLOOD CENTER
1400 LA CONCHA
HOUSTON, TX 77054

HANIF MEDICAL SERVICES PLLC
15710 AZALEA SHORES DR
HOUSTON, TX 77070

Happy State Bank & Trust Co.
f/k/a/ Centennial Bank; Attn: S. Marcum
701 South Taylor Street
Amarillo, TX 79101

HARRIS CO IMPROV DIST 4
PO BOX 73109
HOUSTON, TX 77273

HARRIS COUNTY ALARM DETAIL
9418 JENSEN DR #A
HOUSTON, TX 77093

HARRIS COUNTY ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
PO BOX 3547
HOUSTON, TX 77253-3547

HARRIS COUNTY HOSPITAL DISTRICT LPPF
PO BOX 66769
HOUSTON, TX 77266

HARRIS COUNTY MUD #165 - TAX
11111 KATY FWY, STE #725
HOUSTON, TX 77079-2197

HARRIS COUNTY MUD #278
PO BOX 1368
FRIENDSWOOD, TX 77549-1368

HARRIS COUNTY MUD #342
PO BOX 9
SPRING, TX 77383

```
HARRIS COUNTY MUD #358 - TAX
11111 KATY FREEWAY
SUITE 725
HOUSTON, TX 77079


HARRIS COUNTY MUD #358 - UTILITY
PO BOX 684000
HOUSTON, TX 77268-4000


HARRIS COUNTY MUD #468
3200 SOUTHWEST FWY
STE 2600
HOUSTON, TX 77027-7537


HARRIS COUNTY MUD #468 - TAX
ATTN: ESTHER BUENTELLO FLORES, RTA
PO BOX 4545
HOUSTON, TX 77210-4545


HARRIS COUNTY WCID #155
11111 KATY FREEWAY
SUITE 725
HOUSTON, TX 77079


HARRIS COUNTY WCID 114
3401 LOUSIANA ST
SUITE 400
HOUSTON, TX 77002


HARRIS-MONTGOMERY COUNTIES MUD  NO. 386
822 W PASADENA BLVD
DEER PARK, TX 77536-5749


Haslet Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


HD SUPPLY FACILITIES MAINTENANCE LTD
PO BOX 509058
SAN DIEGO, CA 92150-9058
```

Helotes Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


HENRY SCHEIN, INC
DEPT CH 10241
Palatine, IL 60055-0241


Hickory Creek Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Highland Village Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


HILL AND KNOWLTON STRATEGIES, LLC.
PO BOX 101264
Atlanta, GA 30392-1264


HILL-ROM COMPANY, INC
PO BOX 643592
PITTSBURGH, PA 15264-3592


Hilliard Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Hitachi Capital America Corp.
Hitachi Capital America Vendor Services
7808 Creekridge Circle
Minneapolis, MN 55439


HKM California Properties LLC
ATTN: Rob Whittey
9650 McCarran Blvd
Reno, NV 89523

HOMESITE INSURANCE COMPANY
PO BOX 912470
DENVER, CO 80291-2470


HOT SHOT FINALMILE LLC
PO BOX 33700
SAN ANTONIO, TX 78265


Houston 9520 Jones Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


HSM CROSSING LLC
ATTN: Eunice Doehring
5151 Belt Line Rd., Suite 900
Dallas, TX 75254


HUMBLE ISD
ATTN: JANICE P HIMPELE
PO BOX 4020
HOUSTON, TX 77210


Huntington Technology Finance, Inc.
Attn: Cheryl Carrol & Peter Leto
2285 Franklin Road, Suite 100
Bloomfield Hills, MI 48302


HURT, JACKNOW, MOORE ET AL
ATTN: CLINICAL PATHOLOGY ASSOCIATES
3445 EXECUTIVE CENTER DR
AUSTIN, TX 78731


HVAC MECHANICAL SERVICES OF TEXAS, LTD
PO BOX 4591
HOUSTON, TX 77210-4591


HYBRENT INC
626C ADMIRAL DR #231
ANNAPOLIS, MD 21401

ICARE USA, INC
P.O. BOX 2325
KANSAS CITY, KS 66110-2325


ICONTRACTS INC
1011 ROUTE 22 WEST
SUITE 104
BRIDGEWATER, NJ 08807


INFINITE EQUITY INC
3663 FOLSOM ST
SAN FRANCISCO, CA 94110


INITIAL BUILDING MAINTENANCE SRVC INC
ATTN: INTERNATIONAL BUILDING
PO BOX 59975
DALLAS, TX 75229


INTEGRATED SUPPORT SOLUTIONS INC (ISSI)
5950 CANOGA AVE
STE 420
Woodland Hills, CA 91367


INTERNAL REVENUE SERVICE
4050 ALPHA ROAD
RM 170
FARMERS BRANCH, TX 75244


Iron Mountain
ATTN: Michael Zurcher
12121 N. Stemmons Freeway
Dallas, TX 75234


IRVING ISD
2621 W AIRPORT FWY
PO BOX 152021
IRVING, TX 75015-2021


JF FILTRATION INC
ATTN: JOE W FLY COMPANY
4820 MEMPHIS ST
DALLAS, TX 75207

JMEG LLC
13995 DIPLOMAT DR #400
FARMERS BRANCH, TX 75234


JOHN REED CLAY JR
Attn: CRESTLINE SOLUTIONS
2505 BLUFFVIEW DRIVE
AUSTIN, TX 78704


JOINT COMMISSION
PO BOX 734505
CHICAGO, IL 60673-4505


JUSTIFACTS CREDENTIAL VERIFICATION
5250 LOGAN FERRY RD
MURRYSVILLE, PA 15668


K&E Limited Partnership
c/o Highland Ventures; ATTN: DAVID NALL
2500 Lehigh Avenue
Glenview, IL 60026


KAPIOS LLC  KAPIOS HEALTH
2865 N REYNOLDS RD STE 220D
TOLEDO, OH 43615


Katten Muchin Rosenman LLP
ATTN: Mark D. Wood
ATTN: Kristopher J. Ring
525 West Monroe Street
Chicago, IL 60661-3693


Katy ER Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


KENDREW INVESTMENTS LLC
3595 INLAND EMPIRE BLVD STE 1200
ONTARIO, CA 91764

KEVIN RAY MOORE TEXAS LANDSCAPE SERVICES
4540 SEVENTEEN LAKES CT
ROANOKE, TX 76262


Key Equipment Finance
ATTN: Shannon Gettman
11030 Circle Point Road, 2nd Floor
Westminster, CO 80020


KEYBANK NATIONAL ASSOCIATION
PO BOX 74713
CLEVELAND, OH 44194


Kingwood Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


KIRKLAND & ELLIS LLP
300 N LASALLE DR
CHICAGO, IL 60654


KLEIN ISD
7200 SPRING CYPRESS ROAD
KLEIN, TX 77379


Kuykendahl Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


LA PORTE ISD
Attn: GCCISD TAX SERVICES
PO BOX 2805
BAYTOWN, TX 77522


La Porte Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

LABORATORY CORPORATION OF AMERICA
PO BOX 12140
BURLINGTON, NC 27216


Lake Highlands Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Lakewood Forest Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


LESLIE ALLEN - THINKHIRE
27611 NEW FRONT ST
HILLIARD, FL 32046


LETSOS COMPANY
8435 WESTGLEN DR
HOUSTON, TX 77063


LEVEL (3) COMMUNICATIONS
PO BOX 910182
DENVER, CO 80291-0182


Lewisville Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


LGC PLUMBING, INC
2612 NATIONAL CIRCLE #100
GARLAND, TX 75041


LIFELINE PHARMACEUTICALS, LLC
1301 NW 84TH AVENUE, SUITE # 101
MIAMI, FL 33126

LINCOLN FINANCIAL LIFE INSURANCE COMPANY
PO BOX 0821
CAROL STREAM, IL 60132-0821


Little Elm FM 423 Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


Little Road Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


LONGACRE, STEVEN
1177 CR 1750
Chico, TX 76431


LUCERNEX, INC
PO BOX 123636
DEPT 3636
DALLAS, TX 75312-3636


MACEO CARTER INVESTMENTS LLC
ATTN: STERLING STAFFING SOLUTIONS
PO BOX 823473
PHILADELPHIA, PA 19182-3473


MAGRO, FRANK
11 Ponds Side Drive
Fremont, OH 43420


MAILROOM FINANCE  INC
ATTN: NEOFUNDS BY NEOPOST
PO BOX 30193
TAMPA, FL 33630-3193


MANATT, PHELPS & PHILLIPS LLP
2049 CENTURY PARK EAST, STE 1700
LOS ANGELES, CA 90067

MANN LAW FIRM PLLC
3104 EDLOE STREET
SUITE 201
HOUSTON, TX 77027


Mansfield Walnut Creek
Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


MARSHALL SHREDDING COMPANY
PO BOX 91139
SAN ANTONIO, TX 78209


MARWOOD GROUP ADVISORY LLC
733 3RD AVE, 11TH FLOOR
NEW YORK, NY 10017


Matlock Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


MBH Mesquite LLC
Attn: Mike Buscher
364 Wyatt Way NE
Bainbridge Island, WA 98110-1842


MC DEAN INC
1765 GREENSBORO STATION PL
TYSONS, VA 22102


MCKESSON MEDICAL-SURGICAL INC
9954 MAYLAND DRIVE
SUITE 4000
RICHMOND, VA 23233


McKinney 5000 El Dorado
Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

MEDCO MANUFACTURING LLC
8319 THORA RD #A1
SPRING, TX 77379


MEDGAS BY DESIGN LLC
24200 SOUTHWEST FREEWAY
STE 402-261
ROSENBERG, TX 77471


MEDI-DOSE INCORPORATED
ATTN: CUSTOMER #55 - 0440089
LOCK BOX 427
JAMISON, PA 18929-0427


Medical Center of Spring
Rayford Richards LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


MEDICAL RESOURCE MANAGEMENT INC
2916 S 132ND ST #123
OMAHA, NE 68144


MEDLINE INDUSTRIES, INC.
ONE MEDLINE PLACE
MUNDELEIN, IL 60060


MEDSHARPS LLC
PO BOX 91139
SAN ANTONIO, TX 78209


MEDTEK.NET INC
21600 OXNARD ST
STE 1750
WOODLAND HILLS, CA 91367


MEMORIAL HERMANN HOSPITAL SYSTEM
ATTN: PATIENT BUSINESS SERVICES
P.O. BOX 4370
HOUSTON, TX 77210-4370

```
MERRY X-RAY, INC.
4444 VIEWRIDGE AVE STE A
SAN DIEGO, CA 92123


MESQUITE TAX FUND
P.O. BOX 850267
MESQUITE, TX 75185-0267


Mesquite Town East Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


METHODIST HEALTHCARE SYSTEMS OF SAN ANT.
Attn: METHODIST HOSPITAL
PO BOX 406180
ATLANTA, GA 30384-6180


MGES, INC
8725 KNIGHT ROAD
HOUSTON, TX 77054


MICRO PRECISION CALIBRATION INC
22835 INDUSTRIAL PLACE
GRASS VALLEY, CA 95949


MINT MEDICAL PHYSICIAN STAFFING LP
10777 WESTHEIMER RD
SUITE 925
HOUSTON, TX 77042


MIRION TECHNOLOGIES (GDS) INC
PO BOX 101301
PASADENA, CA 91189-0005


Mitsubishi UFJ Lease & Finance (U.S.A.)
Attn: Daniel Canine and Chris Legris
12340 El Camino Real, Suite 350
San Diego, CA 92130
```

```
MONTGOMERY COUNTY MUD #60
PO BOX 7829
THE WOODLANDS, TX 77387-7829


MONTGOMERY COUNTY TAX
TAX ASSESSOR-COLLECTOR
400 N SAN JACINTO ST
Conroe, TX 77301-2823


Morrison Law Firm
120 E. Corsicana Street
Athens, TX 75751


MP2 Energy Texas LLC
21 Waterway Ave.
Suite 450
The Woodlands, TX 77380


MPT OPERATING PARTNERSHIP LP
1000 URBAN CENTER DRIVE, SUITE 501
BIRMINGHAM, AL 35242


MR BACKFLOR LLC
Attn: 1-A FIRE & DOMESTIC TESTING
117 S HAMPSHIRE
SAGINAW, TX 76179


MSDSONLINE INC
350 N. ORLEANS
STE 950
CHICAGO, IL 60654


National Medical Professionals
Specialists LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


National Medical Professionals of
Arizona LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039
```

National Medical Professionals of
Greater Texas LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

National Medical Professionals of
Houston LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

National Medical Professionals of
Texas LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

NAVEX GLOBAL, INC.
5500 MEADOWS RD STE 500
LAKE OSWEGO, OR 97035

North Dallas Tollway Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

NORTH MEDICAL SERVICES PLLC
3757 SUNSET BLVD
HOUSTON, TX 77005

Northwest Harris County
Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

NORTHWEST PARK MUD
PO BOX 4824
HOUSTON, TX 77210

Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX 75201-7932

NOVA ASSOCIATES INC
10777 NORTHWEST FREEWAY
STE 440
HOUSTON, TX 77092


NOVA BIOMEDICAL CORPORATION
200 PROSPECT STREET
WALTHAM, MA 02453


NRH Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


NTHRIVE  INC
PO BOX 733492
DALLAS, TX 75373-3492


Nthrive Revenue Systems LLC
5543 Legacy Drive
Plano, TX 75024


NUANCE COMMUNICATIONS, INC
PO BOX 2561
Carol Stream, IL 60132-2561


OFFICE OF THE US TRUSTEE
US TRUSTEE PAYMENT CENTER
PO BOX 530202
Atlanta, GA 30353-0202


Olympus America, Inc.
Financial Services Department
3500 Corporate Parkway
Center Valley, PA 18034-0610


ONEOK, INC  TEXAS GAS SERVICE COMPANY
P.O. BOX 219913
KANSAS CITY, MO 64121-9913

```
ONETOUCHPOINT - GINNY'S
PO BOX 143924
AUSTIN, TX 78714-3924


ONSOLVE INTERMEDIATE HOLDING COMPANY
780 W GRANADA BLVD
ORMOND BEACH, FL 32714


OpFree Licensing LP
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


OpFree RE Investments, Ltd.
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


OPTUM360 LLC
9900 BREN ROAD EAST
MN008-T390
MINNETONKA, MN 55343


ORANGE TREE EMPLOYMENT SCREENIG
7275 OHMS LANE
EDINA, MN 55439


PAMELA BURNES WHITE - AMERICAN ADVERT.
4601 LANGLAND STE 106
DALLAS, TX 75244


PARABLE ASSOCIATES LLC
79 SAGAMORE AVE
OCEANPORT, NJ 07757


PARAGON HOSPITALISTS LLC
10200 SIX PINES DR #543
SHENANDOAH, TX 77380
```

Parma Mandalay Tower, LLC
c/o Parmenter ATTN: Property Manager
220 East Las Colinas Boulevard
Suite 150
Irving, TX 75039


PASATIEMPO APARTMENTS
ATTN: Gillian Biggs
303 Paradise Dr
Belvedere Tiburon, CA 94920


PAYCOM PAYROLL, LLC d/b/a PAYCOM
7501 W. Memorial Road
Oklahoma City, OK 73142


PC LEGAL TOOLS INC  TRACKER CORP
567 SUTTER ST, FLOOR #3
SAN FRANCISCO, CA 94102-1101


Pearland Sunrise Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


PegEx, Inc.
5520 Nobel Drive, Suite 125
Fitchburg, WI 53711


PENNER SCHRAUDENBACH,  MD PA
13 PLEASANT SHADOWS DR
SPRING, TX 77389


PENSKE TRUCK LEASING CO, LP
PO BOX 827380
PHILADELPHIA, PA 19182-7380


PERSONNEL PLANNERS INC
913 W VAN BUREN
#3A
CHICAGO, IL 60607

Pflugerville Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7887


PJD LAW FIRM PLLC
1701 RIVER RUN STE 703
FORT WORTH, TX 76107


PLAINS ER MANAGEMENT LTD
ATTN: EXPRESS ER AUSTIN
PO BOX 2839
GEORGETOWN, TX 78627


PLJ INFORMATION INC - NOTHING BUT NET
P.O. BOX 60963
PHOENIX, AZ 85082


PO Holding LLC
4321 20th Ave
S. Fargo, ND 58103


Potranco Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


PRESIDIO HOLDINGS INC
12120 SUNSET HILLS RD STE 202
RESTON, VA 20190


PRESS GANEY
ATTN: Mike Williams,SVP Operations
5723 Meletio Lane
Dallas, TX 75230

PRESS GANEY ASSO., INC.
404 Columbia Place
South Bend, IN 46601


PRICEWATERHOUSECOOPERS LLP
 2121 N Pearl St
Dallas, TX 75201


PROFESSIONAL OFFICE SERVICES INC
PO BOX 450
WATERLOO, IA 50704


Putnam Avenue Properties, Inc.
C/o Bulduc Law
67 Holly Hill Lane, Suite 200
Greenwich, CT 06830


QUADIENT INC
ATTN: DEPT 3689
3030 LBJ Freeway 1250
DALLAS, TX 75234


QUALITY TECHNOLOGY SERVICES HOLDING, LLC
12851 FOSTER STREET
OVERLAND PARK, KS 66213


QUENCH USA INC
PO BOX 781393
PHILADELPHIA, PA 19178-1393


QUEST DIAGNOSTICS CLINICAL LABORATORIES
500 Plaza Drive
Secaucus, NJ 07094


R IRVIN MORGAN M.D. PATHOLOGY ASSOCIATES
PO BOX 1888
GREENVILLE, TX 75403-1888

Rebound Retail LLC
c/o CC Management, LTD ATTN: Josh Gordon
2501 Central Parkway, Suite B10
Houston, TX 77092


RECEIVABLE MANAGEMENT INC
107 W RANDOL MILL RD
ARLINGTON, TX 76011


REGENCY CENTERS, LP
Attn: SOUTHPARK CINCO RANCH, LLC
PO BOX 676481
DALLAS, TX 75267-6481


REPUBLIC HEALTH RESOURCES LLC
ATTN: WELLS FARGO NA
PO BOX 202056
DALLAS, TX 75320-2056


REPUBLIC WASTE
PO BOX 78829
PHOENIX, AZ 85062-8829


RESOURCE CORP. OF AM. & RECOVERY OF TX
1120 MARINA BAY DR
CLEAR LAKE SHORES, TX 77565


RICHARDSON ISD TAX OFFICE
420 S GREENVILLE AVE
Richardson, TX 75081


RO'VIN GARRETT, PCC(BRAZORIA COUNTY)
ATTN: BRAZORIA COUNTY TAX ASSESSOR
PO BOX 1586
LAKE JACKSON, TX 77566


ROLAND'S PLUMBING SERVICE INC
330 W BROADVIEW DR
SAN ANTONIO, TX 78228

```
RONALD J MANTEL
75172 PETERS DR
ROMEO, MI 48065


Rosenberg Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ROSHAL IMAGING SERVICES INC
440 Cobia Drive
Suite 1302
Katy, TX 77494


RSM US LLP
13155 Noel Road
Suite 2200
Dallas, TX 75240


SADEH, CHRISTOPHER
5519 Willow Wood Lane
Dallas, TX 75252


SAHM Properties Woodland Hills LLC
ATTN: Douglas Sahm & Anne Sahm
P.O. Box 1516
Rancho Santa Fe, CA 92067


salesforce.com, inc.
ATTN: VP, Worldwide Sales Operations
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105


Samuel Farm Medical Center, LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


SAN ANTONIO EMERGENCY NURSES ASSOCIATION
26038 MISSION BLUFF
FAIR OAKS RANCH, TX 78015
```

San Antonio Nacogdoches
Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

SAN ANTONIO WATER SYSTEM
2800 U.S. HWY 281 NORTH
SAN ANTONIO, TX 78298-2449

SANOFI PASTEUR INC
12458 COLLECTIONS CENTER DR
CHICAGO, IL 60693

SCARBOROUGH, JON
119 McKinzie Lane
Weatherford, TX 76087

SCG Capital Corporation
Attn: John Strabo
3100 Clarendon Blvd. Suite 200
Arlington, VA 22201

Scimage
4916 El Camino Real
Los Altos, CA 94022

SCOTT DOUGLASS & MCCONNICO LLP
303 COLORADO ST STE 2400
AUSTIN, TX 78701

SCRIBEAMERICA LLC
PO BOX 417756
BOSTON, MA 02241-7756

SE TEXAS REGIONAL ADVISORY COUNCIL
1111 N LOOP WEST STE 160
HOUSTON, TX 77008

SEAN GORMAN MD PC
4496 SOUTH KINGS RANCH RD
GOLD CANYON, AZ 85118


SECURITY 101 DALLAS
8708 N. ROYAL LANE
IRVING, TX 75063


SECURITY RECONNAISSANCE TEAM INC
2809 REGAL RD
STE 103
PLANO, TX 75075


SERACARE LIFE SCIENCES INC
LCG CLINICAL DIAG; DEPT CH16362
37 Birch Street
Milford, MA 01757


SEYFARTH SHAW LLP
131 S DEARBORN STE 2400
CHICAGO, IL 60603


SHIFT ADMINISTRATORS LLC
2818 CANTERBURY ROAD
COLUMBIA, SC 29204


SI ENERGY, LP
3 LAKEWAY CENTRE CT
SUITE 110
LAKEWAY, TX 78734


SIEMENS HEALTHCARE DIAGNOSTICS INC.
PO BOX 121102
DALLAS, TX 75312-1102


SIENNA PLANTATION L.I.D.
ATTN: ESTHER BUENTELLO FLORES, RTA
PO BOX 4545
HOUSTON, TX 77210-4545

SIENNA PLANTATION MANAGEMENT DISTRICT
5635 NW CENTRAL DR STE 104E
HOUSTON, TX 77092


Sienna Plantation Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


SIENNA PLANTATION PROPERTY OWNERS ASSOC.
PO BOX 52333
PHOENIX, AZ 85072-2333


SILER-FISHER, ANGELA
2211 Bolsover Street
Houston, TX 77005


SILICON VALLEY BANK
3003 TASMAN DR
SANTA CLARA, CA 95054


SIMPLIFY COMPLIANCE LLC  HCPRO
PO BOX 5094
BRENTWOOD, TN 37024-5094


SINIKKA GREEN MD, A PROFESSIONAL ASSOC.
1301 W 10TH ST
AUSTIN, TX 78703


SLATTERY PETERSEN PLLC
2828 N. Central Avenue
Suite 1111
Phoenix, AZ 85004


SMITH & NEPHEW INC
PO BOX 60333
CHARLOTTE, NC 28260-0333

Snyder Family Trust
ATTN: Maxine Snyder & Jim Makens
7280 Romero Dr.
La Jolla, CA 92037


SOLARWINDS INC
3711 S MOPAC EXPRESSWAY BLDG TWO
AUSTIN, TX 78746


SOUTHERN MONTGOMERY MUD
25212 INTERSTATE 45
SPRING, TX 77386


SOUTHWEST OFFICE SYSTEMS
13960 TRINITY BLVD
Euless, TX 76040


SPBS, INC
4431 LONG PRAIRIE ROAD
SUITE 100
FLOWER MOUND, TX 75028


SPECTRUM PROMOTIONAL PRODUCTS
9212 E 37TH STREET NORTH
WICHITA, KS 67226


SPROUT SOCIAL INC
DEPT CH 17275
PALATINE, IL 60055-8386


SSH Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


ST LUKE'S HOSPITAL AT THE VINTAGE
PO BOX 4241
HOUSTON, TX 77210-4241

```
ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P.
Attn: NORTH AUSTIN MED
6000 NORTHWEST PKWY STE 124
SAN ANTONIO, TX 78249


STATE OF DE DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902-5509


STERIS CORPORATION
5960 HEISLEY ROAD
Mentor, OH 44060


Sterling Ridge Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


STRYKER SALES CORPORATION
PO BOX 93308
CHICAGO, IL 60673-3308


Summerwood Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


SUMMIT SOFTWARE TECHNOLOGIES LLC
PO BOX 15897
FORT WAYNE, IN 46885


Sutherland Healthcare Solutions, Inc
2 Brighton Rd.
Suite 300
Clifton, NJ 07012-1645


SYSMEX AMERICA INC
577 APTAKISIC RD
LINCOLNSHIRE, IL 60060
```

SYSTEMSACCOUNTANTS INC
620 N. LASALLE DR.
Chicago, IL 60654


T-System, Inc.
4020 Mc Ewen Rd.
Dallas, TX 75244


TAB SERVICE COMPANY
310 SOUTH RACINE AVE
6TH FLOOR SOUTH
CHICAGO, IL 60607


TARRANT COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 961018
Fort Worth, TX 76161


TAXSAVER PLAN FLEXIBLE BENEFIT PLAN
PO BOX 609002
DALLAS, TX 75360


TAYLOR CORPORATION
ATTN: STANDARD REGISTER INC
600 ALBANY STREET
DAYTON, OH 45417


TERMINIX
6770 N SUNRISE BLVD, STE 200
GLENDALE, AZ 85305


TEXAS DEPT OF STATE HEALTH SERVICES
PO BOX 149347
AUSTIN, TX 78714-9347


Texas Comptroller of Public Accounts
Capitol Station
P.O. Box 13528
Austin, TX 78711-3528

TEXAS ICE MACHINE CO, INC
3935 MAIN ST
DALLAS, TX 75226


TEXAS STATE BOARD OF PHARMACY
333 GUADALUPE STREET, STE. 3-600
AUSTIN, TX 78701


TEXMASTER EXPRESS INC
ATTN: MAZON ASSOCIATES INC
PO BOX 166858
IRVING, TX 75016-6858


The BrekGroup, Inc
4812 New Broad St.
Orlando, FL 32814


THE RICHARDS GROUP, INC
2801 NORTH CENTRAL EXPRESSWAY
SUITE 100
DALLAS, TX 75204


The U.S. Depart. of HHS
200 Independence Avenue, S.W.
Washington, DC 20201


THE WOODLANDS HOLDING CO. INC - LAND DEV
13355 NOEL RD 22ND FLOOR
DALLAS, TX 75240


THOMPSON MEDIATION & ARB. SERVICES LLC
1807 ROYAL CRESCENT
SAN ANTONIO, TX 78231-2423


THYSSENKRUPP ELEVATOR CORPORATION
PO BOX 3796
CAROL STREAM, IL 60132-3796

TIME WARNER CABLE ENTERPRISES LLC
 PO BOX 60074
City of Industry, CA 91716-0074


TOMBALL ISD - TAX
PO BOX 276
TOMBALL, TX 77377-0276


TOTZ, KENNETH
10830 Long Shadow Lane
Houston, TX 77024


TP MECHANICAL CONTRACTORS INC
1500 KEMPER MEADOW DR
CINCINNATI, OH 45240


TRAVIS COUNTY TAX OFFICE
P.O. BOX 149328
AUSTIN, TX 78714-9328


TRI-ANIM HEALTH SERVICES, INC.
25197 NETWORK PLACE
CHICAGO, IL 60673-1251


TRI-IMAGING SOLUTIONS LLC
10 FANT INDUSTRIAL DR
MADISON, TN 37115


TRIBRIDGE HOLDINGS LLC
7887 BELLEVIEW AVE STE 600
ENGLEWOOD, CO 80111


TRINITY PHYSICS CONSULTING
14655 NW FRWY
SUITE 132
HOUSTON, TX 77040-4051

```
U.S. Bank, N.A.
Attn: Jeffrey Lothert and Glenda Werkman
1310 Madrid Street
Marshall, MN 56258


U.S. Cntrs. for Medicare & Medicaid Serv
7500 Security Boulevard
Baltimore, MD 21244


UNITY SEARCH LLC
5420 LBJ FREEWAY SUITE 1950
DALLAS, TX 75240


UNUM LIFE INSURANCE
PO BOX 403748
ATLANTA, GA 30384-3748


US MED-EQUIP INC
PO BOX 41321
HOUSTON, TX 77241


VAPOTHERM INC
PO Box 74008627
Chicago, IL 60674-7400


VASTMED, LLC
815 S GREAT SOUTHWEST PKWY
GRAND PRAIRIE, TX 75051


VERATHON INC
20001 NORTH CREEK PARKWAY
BOTHELL, WA 98011


VERITYSTREAM
5250 VIRGINIA WAY STE 400
BRENTWOOD, TN 37027
```

VERIZON COMMUNICATIONS
PO BOX 920041
DALLAS, TX 75392-0041


VIKING ENTERPRISES INC
ATTN: CITY AMBULANCE SERVICE
PO BOX 691067
HOUSTON, TX 77269


VINTAGE LITHOTRIPSY LLC
PO BOX 96024
LAS VEGAS, NV 89195


VVC HOLDING CORP
VIRENCE HEALTH TECHNO
PO BOX 840952
DALLAS, TX 75284-0952


W.W. GRAINGER INC
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045-5201


WASTE CORPORATION OF TEXAS
PO BOX 4524
HOUSTON, TX 77210-4524


WASTE MANAGEMENT
PO BOX 660345
DALLAS, TX 75266


WC Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039


WCB Medical Center LLC
220 East Las Colinas Boulevard
Suite 1000
Irving, TX 75039

WEAVER JOHNSTON & NELSON PLLC
10440 N. Central Expressway
Suite 1400
Dallas, TX 75231


WEBSTER CAPITAL FINANCE INC
344 MAIN ST
KENSINGTON, CT 06037


Wells Fargo Equipment Finance, Inc.
Attn: Sue Lydon
5595 Trillium Blvd.
Hoffman Estates, IL 60192


WELLS FARGO FINANCIAL LEASING INC / Well
WELLS FARGO VENDOR FINANCIAL SERVICES
P.O. Box 310590
Des Moines, IA 50331


Wenzhold, LP
ATTN: Marilyn Acheson
4501 Sunbelt Drive, Suite B
Addison, TX 75001


WEST HARRIS COUNTY MUD #9
3401 LOUISINA SUITE 400
HOUSTON, TX 77002


WFC Beach Western Commons LLC
c/o Westwood Financial; Attn: Mark Wohls
5500 Greenville Ave, Suite 602
Dallas, TX 75206


WILSON, DAMALIA
216 Longford Court
Keller, TX 76248


WOLDERT RENTALS, LLC
c/o Potter Minton; Attn: Patrick Bell
110 North College, 500 Plaza Tower
Tyler, TX 75702

WOODLANDS JOINT POWER AGENCY
ATTN: MUNICIPAL UTILITY DISTRICT 60
PO BOX 7580
SPRING, TX 77387-7580


WORKPLACE SAFETY SCREENINGS
1717 TURNING BASIN DR STE 148
HOUSTON, TX 77029


Xite Realty, LLC
11149 Research Blvd.
Suite 280
Austin, TX 78759


YELP INC.
P.O. BOX 204393
Dallas, TX 75320


YPS GROUP, INC
6001 W PARMER LN. SUITE 370
PMB 135
AUSTIN, TX 78727

# United States Bankruptcy Court
## Northern District of Texas

In re __Adeptus Health LLC__ _____    Case No. _____

                                        Debtor(s)         Chapter    **7** _____

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■    I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.


Date:  __December 18, 2020__ _____    __/s/ Steven C. Bussey__ _____

                                        **Steven C. Bussey,** Chief Executive
                                        Officer


### PART II:  DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.


Date:  __December 18, 2020__ _____    __/s/ Louis R. Strubeck, Jr.__ _____

                                        **Louis R. Strubeck, Jr.,** Attorney for Debtor
                                        **2200 Ross Avenue**
                                        **Suite 3600**
                                        **Dallas, TX 75201-7932**
                                        **(214) 855-8000 Fax:(214) 855-8200**