**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 20-33071 SWE Judge: SCOTT W. EVERETT | |
| Case Name: | ADEPTUS HEALTH LLC | |
| For Period Ending: | 02/01/23 | |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/18/20 (f) |
| 341(a) Meeting Date: | 02/02/21 |
| Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA - CHECKING 0174 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 2. BANK OF AMERICA - DEPOSIT ACCT 8001 | 25,000.00 | 25,000.00 | | 2,552.73 | FA |
| 3. BANK OF AMERICA - CHECKING 1253 | 325,000.00 | 325,000.00 | | 0.00 | FA |
| 4. BANK OF AMERICA - CHECKING 7964 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. BANK OF AMERICA - CHECKING 9143 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. BANK OF AMERICA - CHECKING 8953 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. BANK OF AMERICA - CHECKING 7384 | 0.00 | 0.00 | | 0.00 | FA |
| 8. DEPOSITS/PREPAYMENTS - BANK OF AMERICA | 92,445.51 | 92,445.51 | | 0.00 | FA |
| 9. DEPOSITS/PREPAYMENTS - BANK OF AMERICA | 948,918.61 | 948,918.61 | | 0.00 | FA |
| 10. DEPOSITS/PREPAYMENTS - SILICON VALLEY BANK | 0.00 | 0.00 | | 0.00 | FA |
| 11. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 1,200,572.98 | FA |
| 12. ACCT. RECEIVABLE | 353,996.00 | 353,996.00 | | 0.00 | FA |
| 13. ACCT. RECEIVABLE | 1,600,000.00 | 1,600,000.00 | | 0.00 | FA |
| 14. OFFICE EQUIPMENT OFFICE EQIUPMENT, INCLUDING NALL COMPUTER | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07f

**FORM 1**

Case 20-33071-swe7 Doc 321 Filed 02/01/23 Entered 02/01/23 09:14:28 Desc Main

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Document Page 2 of 7

ASSET CASES

Page: 2

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE - 26 U-DESKS; 17 DESKS; 17 LARGE HUTCH; 1 X-LARGE HUTCH; 14 SMALL WOOD LATERAL FILE 2 DRAWER; 7 SMALL ROUND CONFERENCE TABLE; 1 MEDIUM CONFERENCE TABLE; 104 DESK CHAIRS; 41 SIDE CHAIRS; 2 ONE SEAT LOUGE W/OTTOMAN; 4 STACKABLE CHAIRS; 5 LATERAL FILE CABINET 4 DRAWER; 2 LATERAL FILE CABINET 5 DRAWER; 1 EXECUTIVE BOARD CONFERENCE TABLE; 2 BOOKCASES; 22 LAPTOPS; 24 MONITORS; 6 PRINTERS; 2 MiFi; 1 iPAD; 8 DOCKING STATIONS | | | | | |
| 15. OTHER MACHINERY/FIXTURES/EQUIPMENT SCG CAPITAL CORPORATION - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 16. OTHER MACHINERY/FIXTURES/EQUIPMENT GE HFS, LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 17. OTHER MACHINERY/FIXTURES/EQUIPMENT CIT FINANCE LLC - MISCELLANEOUS LEASE AGREEMENT DATED 01/11/2013; OMNIBUS AMENDMENT TO LEASES 11/14/2017 | 0.00 | 0.00 | | 0.00 | FA |
| 18. OTHER MACHINERY/FIXTURES/EQUIPMENT HUNTINGTON TECHNOLOGY FINANCE, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07f

**FORM 1**

Case 20-33071-swe7   Doc 321   Filed 02/01/23   Entered 02/01/23 09:14:28   Desc Main

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Document   Page 3 of 7

Page:      3

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 19. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>WELLS FARGO EQUIPMENT FINANCE, INC. - MISCELLANEOUS<br>LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT<br>DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 20. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>MITSUBISHI UFJ LEASE & FINANCE (U.S.A.) INC. -<br>MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER<br>LEASE AGREEMENT DATED 01/11/2013 WITH SCG CAPITAL<br>CORP. COLLATERALLY ASSIGNED TO MITSUBISHI UFJ LEASE<br>& FINANCE (USA) INC | 0.00 | 0.00 | | 0.00 | FA |
| 21. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>KEY EQUIPMENT FINANCE - MISCELLANEOUS LEASED<br>MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED<br>01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 22. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>DE LAGE LANDEN FINANCIAL SERVICES, INC. -<br>MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 23. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>OLYMPUS AMERICA, INC. - MISCELLANEOUS LEASED<br>MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT NO.<br>0016700 DATED SEPTEMBER 8, 2016 | 0.00 | 0.00 | | 0.00 | FA |
| 24. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>HITACHI CAPITAL AMERICA CORP. F/K/A CREEKDRIDGE<br>CAPITAL LLC - MISCELLANEOUS LEASED MEDICAL<br>EQUIPMENT - CORPORATE MASTER AGREEMENT | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

Case 20-33071-swe7  Doc 321  Filed 02/01/23  Entered 02/01/23 09:14:28  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 4 of 7
ASSET CASES

Page:  4

| | | |
|---|---|---|
| Case No: | 20-33071  SWE  Judge: SCOTT W. EVERETT | Trustee Name:  DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | ADEPTUS HEALTH LLC | Date Filed (f) or Converted (c):  12/18/20 (f) |
| | | 341(a) Meeting Date:  02/02/21 |
| | | Claims Bar Date:  05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| #205306CMA-01 DATED 10/23/14 (OMNICELL) | | | | | |
| 25. OTHER MACHINERY/FIXTURES/EQUIPMENT  U.S. BANK, N.A. D/B/A U.S. BANK EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 26. OTHER MACHINERY/FIXTURES/EQUIPMENT  CAPITAL ASSET RESOURCES - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 96442 | 0.00 | 0.00 | | 0.00 | FA |
| 27. OTHER MACHINERY/FIXTURES/EQUIPMENT  HAPPY STATE BANK & TRUST CO. F/K/A CENTENNIAL BANK - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 1006521 (CAPITAL ASSET RESOURCES) | 0.00 | 0.00 | | 0.00 | FA |
| 28. OTHER MACHINERY/FIXTURES/EQUIPMENT  FIRST NATIONAL BANK OF WICHITA FALLS - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 65428 (CAPITAL ASSET RESOURCES) | 0.00 | 0.00 | | 0.00 | FA |
| 29. OTHER MACHINERY/FIXTURES/EQUIPMENT  K&E LIMITED PARTNERSHIP - MEDICAL FACILITY BUILDING - 8020 MATLOCK RD., ARLINGTON, TX  76002 | 0.00 | 0.00 | | 0.00 | FA |
| 30. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE  2710 WESTERN CENTER BLVD., FORT WORTH, TX 76131-1337, | 1,111,000.00 | 1,111,000.00 | | 0.00 | FA |

**FORM 1**

Case 20-33071-swe7  Doc 321  Filed 02/01/23  Entered 02/01/23 09:14:28  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 5 of 7
ASSET CASES

Page: 5

| | | |
|---|---|---|
| Case No: | 20-33071  SWE  Judge: SCOTT W. EVERETT | |
| Case Name: | ADEPTUS HEALTH LLC | |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/18/20 (f) |
| 341(a) Meeting Date: | 02/02/21 |
| Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| LOT 1R2, BLOCK 1, WESTERN CENTER ADDITION TO THE CITY OF FORT WORTH, TARRANT COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN CABINET A, SLIDE 12025, PLAT RECORDS OF TARRANT COUNTY, TEXAS.  NET BOOK VALUE $2,643,000.00 | | | | | |
| 31. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE HKM CALIFORNIA PROPERTIES LLC - MEDICAL FACILITY BUILDING - 10815 KUYKENDAHL RD., THE WOODLANDS, TX 77382 | 0.00 | 0.00 | | 0.00 | FA |
| 32. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE CJC 18-2 LLC/MTL JAMIE LLC/MTL JENNIFER LLC - MEDICAL FACILITY BUILDING - 225 E. PARKWOOD AVENUE, FRIENDSWOOD, TX  77546-5145 | 0.00 | 0.00 | | 0.00 | FA |
| 33. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE 28606 NORTHWEST FREEWAY, CYPRESS, TX, LLC - MEDICAL FACILITY BUILDING 28606 NORTHWEST FREEWAY, CYPRESS, TX  77433 | 0.00 | 0.00 | | 0.00 | FA |
| 34. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE SAHM PROPERTIES WOODLAND HILLS LLC - MEDICAL FACILITY BUILDING - 3016 MARINA BAY DRIVE, LEAGUE CITY, TX 77573 | 0.00 | 0.00 | | 0.00 | FA |
| 35. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE HSM CROSSING LLC - MEDICAL FACILITY BUILDING - 6035 PRECINCT LINE RD., NORTH RICHLAND HILLS, TX  76180-5410 | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07f

FORM 1

Case 20-33071-swe7 Doc 321 Filed 02/01/23 Entered 02/01/23 09:14:28 Desc Main
Document Page 6 of 7

Page: 6

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 36. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE CCMR 18 LLC, RLC JENNA 18 LLC & RLC JUSTIN 18 LLC - MEDICAL FACILITY BUILDING - 10705 E. NORTHWEST HWY, DALLAS, TX 75238 | 0.00 | 0.00 | | 0.00 | FA |
| 37. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE REBOUND RETAIL LLC - MEDICAL FACILITY BUILDING 2752 SUNRISE BLVD., PEARLAND, TX 77584 | 0.00 | 0.00 | | 0.00 | FA |
| 38. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE PASATIEMPO APARTMENTS - MEDICAL FACILITY BUILDING, 9530 JONES ROAD, HOUSTON, TX 77065 | 0.00 | 0.00 | | 0.00 | FA |
| 39. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE PARMA MANDALAY TOWER, LLC - OFFICE BUILDING - 220 EAST LAS COLINAS BLVD., SUITE 1000, IRVING, TX 75039 | 0.00 | 0.00 | | 0.00 | FA |
| 40. PAYCOM - EARLY TERM REFUND (u) *02/19/2021 - PER TELEPHONE CONVERSATION WITH KAREN COPE, FORMER ACCOUNTING EMPLOYEE, SWITCHED PAYROLL PROVIDERS EARLY IN 2020 AND THERE WAS A TERMINATION FEE. PAYCOM HELPED WITH THE TERMINATION FEE AND SENT PERIODIC PAYMENTS. | 0.00 | 420,771.92 | | 420,771.92 | FA |
| 41. RETAINER REFUND FROM WEAVER JOHNSTON NELSON (u) | 0.00 | 7,735.00 | | 7,735.00 | FA |
| 42. State of Texas Unclaimed Funds (u) | 0.00 | 39,755.64 | | 39,755.64 | FA |
| 43. MISC. REFUNDS (u) | 0.00 | 1,024.18 | | 7,468.07 | FA |

LFORM1

Ver: 22.07f

**FORM 1**

Case 20-33071-swe7 Doc 321 Filed 02/01/23 Entered 02/01/23 09:14:28 Desc Main

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Document Page 7 of 7

ASSET CASES

Page: 7

| Case No: | 20-33071 SWE Judge: SCOTT W. EVERETT | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | 341(a) Meeting Date: | 02/02/21 |
| | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 44. COMPTROLLER REFUND AND ASSIGNMENT (u) | 0.00 | 1,262,297.90 | | 1,262,297.90 | FA |
| 45. DEPOSIT REFUND FROM MP2 ENERGY (u) | 0.00 | 201,995.73 | | 201,995.73 | FA |
| 46. BANK OF AMERICA - FIRST CHOICE ACCT 6981 (u) FINAL BALANCE IN ACCOUNT TO CLOSE | 0.00 | 184.03 | | 184.03 | FA |
| 47. RETURN OF FUNDS FROM ALVAREZ&MARSAL HOLDINGS, LLC (u) | 0.00 | 3,723.65 | | 3,723.65 | FA |
| 48. ESCROW FUNDS - FIRST CHOICE ER (u) | 0.00 | 29,306.64 | | 29,306.64 | FA |
| 49. ADEPTUS LITIGATION TRUST FUNDS (u) | 0.00 | 2,489,773.42 | | 2,489,773.42 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,799,108.12 | $11,255,676.23 | | $5,666,137.71 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS WORKING THROUGH THE ESTATE REMAINDER OF CLASS ACTION SUITS. CLAIMS REVIEW IN PROCESS AND OBJECTIONS TO BE FILED, IF NECESSARY. ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22      Current Projected Date of Final Report (TFR): 02/01/24

LFORM1

Ver: 22.07f