Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
laurie.rea@romclaw.com

CO-COUNSEL FOR THE
CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 CASES |
| | § | |
| ADEPTUS HEALTH LLC, *et al.* | § | CASE NO. 20-33071-swe-7 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Motion to Approve Sale of Certain Assets of the Debtors' Consolidated Estate Free and Clear of Liens, Claims, Interest, and Encumbrances (Remnant Asset Sale)* [Docket No. 377] and the *Motion to Approve Sale of Certain Assets of the Debtors' Consolidated Estate Free and Clear of Liens, Claims, Interest, and Encumbrances (Class Action Sale)* [Docket No. 378] will be held on **November 9, 2023, at 9:30 a.m. (CT)**, before the Honorable Scott Everett at the United States Bankruptcy Court for the Northern District of Texas located at 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted in person and via Webex videoconferencing.

**JUDGE SCOTT W. EVERETT'S WEBEX VIDEO CONFERENCE HEARING LINK**

When it's time, join the Webex meeting here:

**https://us-courts.webex.com/meet/everett**

Dial-in (US/Canada): 1-650-479-3207

Access code: 476 420 189

---

**Join from a video system or application**
Dial **472868837@us-courts.webex.com**

You can also dial 173.243.2.68 and enter your meeting number

**Join using Microsoft Lync or Microsoft Skype for Business**
Dial **472868837.us-courts@lync.webex.com**

Need help? Go to **http://help.webex.com**

---

Instructions on attending hearings before the Honorable Scott W. Everett via Webex are attached and may also be found at the following link:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates

Dated: October 12, 2023.

Respectfully submitted,

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
Rochelle McCullough, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: (817) 347-5260
Facsimile: (817) 347-5269
laurie.rea@romclaw.com

CO-COUNSEL FOR THE
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via ECF Electronic Notice, where available, or via first class mail on the parties listed on the attached service list on October 12, 2023. To save mailing costs, the service list is not included in the served copies. Counsel will provide copies on request. On the same date, the undersigned caused a copy of this Motion to be emailed to:

Counsel for the UST at: Meredyth.Kippes@usdoj.gov

Counsel for Deerfield at: peter.siddiqui@katten.com

Representative of CAC at:
andrew@classactioncapital.com
max@classactioncapital.com
thomas@classactioncapital.com

Representative of SLFAQ, LLC at: denise@slfaqllc.com

/s/ Laurie Dahl Rea
Laurie Dahl Rea