**Adeptus Health LLC et al.**
**Limited Service List (updated as of 10/3/2023)**
**#758.00010**

~~Adeptus Health LLC, etal.~~
~~220 E. Las Colinas Blvd., Suite 1000~~
~~Irving, TX 75039~~

Daniel J. Sherman
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498

28606 Northwest Freeway Cypress TX, LLC
Attn: E-WEI TAO
6360 98th St., Unit F7
Rego Park, NY 11374

Ameriland Enterprises LLC
Attn: Tam Nguyen
9021 w Little York Rd.
Houston, TX 77040

CCMR 18 LLC, RLC JENNA 18 LLC, & RLC JUS
Attn: Barry J. Haskell
362 Kingsland Ave.
Brooklyn NY 11222

CJC 18-2 LLC / MTL Jamie LLC
MTL Jennifer LLC
Attn: Barry J. Haskell
362 Kingsland Ave.
Brooklyn, NY 11222

Cypress-Fairbanks ISD
10494 Jones Rd., Suite 106
Houston, TX 77065

Cypress Village, Cypress TX, LLC
c/o US Property Trust
Attn: Matt Kaiser
10250 Constellation Blvd., Suite 2850
Los Angeles, CA 90067

~~Dallas County Hospital District~~
~~d/b/a Parkland Health and Hospital Sys~~
~~5201 Harry Hines Blvd.~~
~~Dallas, TX 75235~~

~~Deerfield Partners LP~~
~~Attn: Deerfield Private~~
~~Design Fund IV LP~~
~~780 Third Ave., 37th Floor~~
~~New York, NY 10017~~

Diner, Barry
4407 Meyerwood Dr.
Houston, TX 77096

~~First Prairie LLC~~
~~Attn: Jason Keen~~
~~1211 S White Capel Blvd.~~
~~Southlake, TX 76092~~

FIUSA TEXAS LLC
c/o Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131

FM2181-IH 35 Lot 3 Ltd.
Attn: Kim S. Fredenburg
3102 Maple Ave., Suite 500
Dallas, TX 75201

Henry Schein, Inc.
1001 Nolen Dr.
Grapevine, TX 76051

Hitachi Capital America Cop.
Attn: Ian M. Rubenstrunk
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

HKM California Properties LLC
c/o Yetter Coleman, LLP
811 Main Street, Suite 4100
Houston, TX 77002

HSM Crossing LLC
Attn: Eunice Doehring
5151 Belt Line Rd., Suite 900
Dallas, TX 75254

Integrated Support Solutions Inc.e
5950 Canoga Ave., Suite 420
Woodland Hills, CA 91367

Internal Revenue Service
4050 Alpha Rd., RM 170
Farmers Branch, TX 75244

K&E Limited Partnership
c/o David Nall
Highland Ventures
2500 Lehigh Ave.
Glenview, IL 60026

~~MBH Mesquite LLC~~
~~Attn: Mike Buscher~~
~~364 Wyatt Way NE~~
~~Bainbridge Island, WA 98110-1842~~

~~Office of the US Trustee~~
~~US Trustee Payment Center~~
~~PO Box 530202~~
~~Atlanta, GA 30353-0202~~

~~Pasatiempo Apartments~~
~~Attn: Gillian Biggs~~
~~33 Paradise Dr.~~
~~Belvedere Tiburon, CA 94920~~

Rebound Retail LLC
c/o CC Management, Ltd.
Attn: Josh Gordon
2501 Central Pkwy, Suite B10
Houston, TX 77092

RSM US LLP
13155 Noel Rd., Suite 2200
Dallas, TX 75240

~~SAHM Properties Woodland Hills LLC~~
~~Attn: Douglas Sahm & Anne Sahm~~
~~PO Box 1516~~
~~Rancho Santa Fe, CA 92067~~

SCG Capital Corporation
Attn: John Strabo
3100 Clarendon Blvd., Suite 200
Arlington, VA 22201

Snyder Family Trust
Attn: Maxine Snyder & Jim Makens
7280 Romero Dr.
La Jolla, Ca 92037

Texas Comptroller of Public Accounts
Capitol Station
PO Box 13528
Austin, TX 78711-3528

Totz, Kenneth
10830 Long Shadow Lane
Houston, TX 77024

Wenzhold, LP
Attn: Marilyn Acheson
4501 Sunbelt Dr., Suite B
Addison, TX 75001

Forshey & Prostok, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102

Mark Wood, Kristopher Ring, Michaela C. Crocker, Peter Siddiqui & Allison E. Yager
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Robert Simon
Whitaker Chalk Swindle & Schwartz
301 Commerce Street, Suite 3500
Fort Worth, TX 76102

Continental Casualty Company & affiliates (CNA) c/o LOCKE LORD LLP
Stephen J. Humeniuk
600 Colorado St., Unit 2100
Austin, TX 78701-4890

~~Michael B. Kind~~
~~111 South Wacker Drive~~
~~Chicago, IL 60606~~

**NOTICE OF APPEARANCES BY PARTIES NOT ALREADY LISTED:**

Kristian W. Gluck
Norton Rose Fulbright US, LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

Eboney D. Cobb & Linda D. Reece
Perdue Brandon Fielder et al.
500 E. Border St, Suite 640
Arlington, TX 76010

~~Jerry L. Carlton~~
~~Palter Sims Martinez PLLC~~
~~8115 Preston Road, Suite 600~~
~~Dallas, TX 75225~~

Camisha Lashun Simmons
Simmons Legal PLLC
6060 N. Central Expressway, Suite 500
Dallas, TX 75206

John P. Dillman & Sherrel Knighton
Linebarger, Goggan, Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Kenneth C. Johnston & Ekaterina G. Long
Johnston Clem Gifford PLLC
1717 Main Street, Suite 3000
Dallas, TX 75201-7207

Owen M. Sonik
Perdue Brandon Fielder Collins & Mott
1235 N. Loop W., Suite 600
Houston, TX 77008

James N. Floyd
The Floyd Firm
P.O. Box 101021
Fort Worth, TX 87185

Sarah M. Cox
Spector & Cox, PLLC
12770 Coit Rd., Ste. 850
Dallas, TX 75251-1364

Law Offices of Jennine Hovell-Cox
P.O. Box 16276
Sugar Land, TX 77496-6276

Frank F. McGinn Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Mark Castillo
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202

Craig E. Power & Maria M. Bartlett
COKINOS | YOUNG
Four Houston Center 1221
Lamar Street, 16th Floor
Houston, Texas 77010

**PROOF OF CLAIMS FROM MAIN CASE AND ASSOCIATED CASES BY PARTIES NOT ALREADY LISTED:**

MSDSONLINE, INC.
350 N. Orleans, Suite 950
Chicago, IL 60654

Allied Electrical Contractors of Houston
301 Greens Landing Dr.
Houston, TX 77038

Tom Rhoades LLC
4306 Valley Ridge
Dallas, TX 75220-7522

Southwest Office Systems, LLC
PO BOX 612248
2117 Kings Forrest Lane
DALLAS, TX 75261-7526

Qwest Corporation dba CenturyLink QC
Centurylink, Inc
1025 El Dorado Blvd. (Attn: Legal-BKY)
Broomfield, CO 80021

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL 60197-5072

OUTFRONT Media LLC
Iannitelli Marcolini, P.C.
5353 North 16th Street, Suite 315
PHOENIX, AZ 85016

Aon Corporation d/b/a Hewitt Associates, LLC
4 Overlook Point
Lincolnshire, IL 60069

~~Epiq Corporate Restructuring, LLC~~
~~501 Kansas Avenue~~
~~Kansas City, KS 66105~~

~~Sutherland Healthcare Solutions Inc.~~
~~c/o Phillips Lytle LLP; Attn: Nickolas Karavolas~~
~~340 Madison Avenue, 17th Floor~~
~~New York, NY 10173~~

HKM California Properties LLC
ATTN: Rob Whittey
9650 McCarran Blvd
Reno, NV 89523

Vickrey & Associates, Inc.
1240 Country Pkwy.
San Antonio, TX 78216-7821

Meritain Health, Inc. and its Affiliates
McGuire Woods, LLP
Attn: Aaron McCollough
77 West Wacker Drive, Suite 4100
Chicago, IL 60601

Language Line Services, Inc.
1 Lower Ragsdale Drive, Bldg.2
Monterrey, CA 93940

Cory Todd Peterson
14050 Fillmore Drive
Thornton, CO 80602

Lawrence Chien
6708 Glenhurst Dr.
Dallas, TX 75254

iCIMS, Inc.
iCIMS Accounting
101 Crawfords Corner Rd., Suite 3-100
Holmdel, NJ 07733

COLLIN COUNTY TAX ASSESSOR/COLLECTOR
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

Woldert Rentals, LLC
c/o Potter Minton
Attn: Patrick Bell
110 North College, 500 Plaza Tower
Tyler, TX 75702

Aetna, Inc.
McGuire Woods, LLP
Attn: Aaron McCollough
77 West Wacker Drive, Suite 4100
Chicago, IL 60601

~~Texas Health and Human Services Commission~~
~~HHSC-Complex Litigation~~
~~701 West 51st Street, MC W252~~
~~Austin, TX 78751~~

VVC Holding Corp
Bel AR Collections
PO Box 26299
Belfast, ME 04915

iCIMS, Inc.
Brian Raynor – Locke Lord, LLP
111 South Wacker Drive
Chicago, IL 60606

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

Harris-Montgomery Counties MUD No. 386
822 W. Pasadena Blvd.
Deer Park, TX 77536

Harris County MUD #165 – Tax Cornerstones MUD
11111 Katy Freeway, Suite 725
Houston, TX 77079-2197

Harris County MUD #278
Brazoria Conty MUD #17
PO Box 1368
Friendswood, TX 77549-1368

Humble ISD
Attn: Janice P. Himpele
PO Box 4020
Houston, TX 77210

~~CPS Energy~~
~~Attn: Bankruptcy Section~~
~~500 McCullough Ave., Mail Drop CT1201~~
~~San Antonio, TX 78205~~

Centurylink Communications, LLC &
Level 3 Communications, LLC
c/o Lumen Technologies Group
Attn: Legal – BKY
1025 Eldorado Blvd.
Broomfield, CO 80021

City of Arlington
c/o City Attorney's Office
PO Box 90231
Arlington, TX 76004

Aldine Independent School District
PO Box 203989
Houston, TX 77216

~~Hill and Knowlton Strategies, LLC~~
~~3 Columbus Circle, Fl. 18~~
~~NYC, NY 10019-8750~~

Huntington Technology Finance, Inc.
Attn: Cheryl Carrol & Peter Leto
2285 Franklin Rd., Suite 100
Bloomfield Hills, MI 48302

Airgas USA
110 West 7th Street, Suite 1300
Tulsa, OK 74119

Pitney Bowes
27 Waterview Dr., 3rd Floor
Shelton, CT 06484

City of Mesquite and Mesquite ISD
c/o Law Office of Gary A. Grimes, PC
120 West Main St., Suite 201
Mesquite, TX 75149

Justifacts CVS, Inc.
5250 Logan Ferry Rd.
Murrysville, PA 15668

Xite Realty, LLC
11149 Research Blvd., Suite 280
Austin, TX 78759

Cardinal Health Pharmacy Services, LLC,
Cardinal Health 110, LLC & Cardinal Health 200, LLC
Attn: Erin Gapinski Senior Counsel
7000 Cardinal Place
Dublin, OH 43017

TIAA Commercial Finance
c/o Kutak Rock LLP
Attn: Lisa M. Peters, Esq.
1650 Farnam Street
Omaha, NE 68102

Initial Building Maintenance Services, Inc.
PO Box 59975
Dallas, TX 75229

ER Hospice Care
4407 Meyerwood Dr.
Houston, TX 77096-7709

Mitsubishi UFJ Lease & Finance (USA)
Attn: Daniel Canine & Chris Legris
12340 El Camino Real, Suite 350
San Diego, CA 92130

City of Friendswood
910 South Friendswood Drive
Friendswood, TX 77546-4856

3MEBS Property Company, LLC
d/b/a StreetLevel Investments
Attn: Nicholas Pittari
5950 Berkshire Lane, Suite 700
Dallas, TX 75225

Ronald L. Taylor, Jeffrey S. Vender, Gregory Scott & Frank R. Williams
c/o Baker Botts LLP
2001 Ross Avenue, Suite 900
Dallas, TX 75202

Christopher Sadeh
5519 Willow Wood Lane
Dallas, TX 75252

Arch Specialty Insurance Company
Attn: Francine Petrosino, Legal Assistant
210 Hudson Street, Suite 300
Jersey City, NJ 07311

Stryker Medical
Daniel Mason Anderson
c/o Miller Canfield
277 S. Rose Street, Suite 5000
Kalamazoo, MI 49007

AGH Laveen, LLC, AGH Mesa, LLC d/b/a Dignity Health Arizona General Hospital
2950 N. Harwood, Suite 2100
Dallas, TX 75201

Omnicell, Inc.
590 East Middlefield Road
Mountain View, CA 94043

Centers for Medicare & Medicaid Srvs (CMS) USDHHS
Daniel R. Wolfe Jr
1301 Young Street, Room 1138
Dallas, TX 75202

Utility Tax Service, LLC
11500 NW Freeway, Suite 150
Houston, TX 77092

Time Warner Cable Enterprises LLC
PO Box 60074
City if Industry, CA 91716-90074

Northwest Park Municipal Utility District
C/O Utility Tax Service, LLC, Tax Assess
11500 NW Freeway, Suite 150
Houston, TX 77092

Texas Health & Human Services Commission
4601 West Guadalupe Street, 8th Floor
MC 1100
Austin, TX 78751

John Mark Stern
Comptroller of Public Accounts
Bankruptcy & Collections Division MC008
PO Box 12548
Austin, TX 78711-2548

CenterPoint Energy
PO Box 1700
Houston, TX 77251-1700

Ronald J. Mantel
75172 Peters Dr.
Romeo, MI 48065

Harris County WCID 114
3401 Louisiana Street, Suite 400
Houston, TX 77002

VastMed LLC
815 S. Great Southwest Pkwy
Grand Prairie, TX 75051

UnitedHealthcare Insurance Company
c/o CDM/Bankruptcy
185 Asylum Street -03B
Hartford, CT 06103

Change Healthcare Technology Enabled Services, LLC/PST Services, LLC/PST Services, Inc/Attn: Jody Saeteune
5995 Winward Parkway
Alpharetta, GA 30005

Change Healthcare Technology Enabled Services, LLC
c/o Lee B. Hart
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363

City of Tempe – Alarm Unit
c/o Tempe City Attorney
21 E. Sixth Street, #201|
Tempe, AZ 85281

MBH Mequite LLC
Attn: Mike Buscher
10275 Rue Chamonix
San Diego, CA 92131

Palter Sims Martinez, PLLC
15443 Knoll Trail Dr., Suite 100
Dallas, TX 75248-3453