UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

FILED
OCT 18 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
SD

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| Adeptus Health LLC, et al | § | Case No. 20-33071- |
| | § | |
| Debtor (s) | § | |
| | § | |

**RESPONSE TO MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER TO APPROVE THE SALE OF CERTAIN ASSETS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF**
**[Related to Doc. No. 377]**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

Cranehill Capital LLC ("Cranehill") files this Response to the Motion of Chapter 7 Trustee for an Order To Approve the Sale Of Certain Assets Of The Debtor's Estate Free and Clear Of Liens, Claims, Interests and Encumbrances ("Response") and respectfully states as follows:

1. On October 12 2023, Daniel Sherman, Chapter 7 Trustee ("Trustee"), filed the Motion of Chapter 7 Trustee for Order To approve the Sale of Certain Assets of The Debtor's Estate Free and Clear of Liens, Claims, Interests, And Encumbrances (Doc. No. 377) ("Sale Motion"), seeking an order authorizing the sale of certain property of the estate consisting of known and unknown assets, rights to payment, or claims, which have not been previously sold, assigned, or transferred ("Remnant Assets")

2. Pursuant to the Sale Motion, the Trustee proposes to sell the Remnant Assets to SLFAQ LLC ("SLFAQ") for the amount of $8,000.00

3. After the Trustee filed the Sale Motion, Cranehill advised the Trustee that it was making a higher bid for the Remnant Assets. Accordingly, in order to place such offer before the Court and in the record, Cranehill files this Response and hereby makes its offer of $10,000.00 to purchase the Remnant Assets on the same commercial terms as those provided to SLFAQ.

4. Cranehill requests that it be given the opportunity to outbid any future bids on the Remnant Assets.

Date: 10/13/2023

Respectfully Submitted,

Gregory Mullen

Gregory Mullen, Manager
Cranehill Capital LLC
PO Box 25505
Dallas, Texas 75225
gmullen@cranehill.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| Adeptus Health LLC, et al | § | Case No. 20-33071- |
| | § | |
| Debtor (s) | § | |
| | § | |

**Certificate of Service**

The undersigned hereby certifies that the foregoing document was served on the Trustee via email on October 13 2023.

Daniel Sherman
corky@syllp.com

Laurie Dahl Rea
laurie.rea@romclaw.com

Denise Fava
denise@slfaqllc.com

/Gregory Mullen
/ Gregory Mullen