UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



-----------------------------------------------------------x
IN RE:

ADEPTUS HEALTH LLC, *et al.*

       Debtors.                                Case No. 20-33271-swe-7

                                                    (Jointly Administered)

-----------------------------------------------------------x

**NOTICE OF OVERBID FOR SALE OF CERTAIN ASSETS OF THE DEBTORS'
CONSOLIDATED ESTATE FREE AND CLEAR OF LIENS,
CLAIM, INTERESTS, AND ENCUMBRANCES
(REMNANT ASSETS SALE)**

NOTICE IS HEREBY GIVEN that, pursuant to the overbidding instructions set for in Chapter 7 Trustee's Motion to Sell Certain Assets dated October 12, 2023 and entered October 12, 2023, the undersigned hereby submits its overbid in the amount of $12,500.00.

Date:   October 18, 2023

_____
Thomas J. Perkins
TJP Investment Fund
75 Sleepy Hollow Road
Sleepy Hollow, NY 10591
845-590-1062
thomasjperkins10@gmail.com

**TJP Investment Trust**
**75 Sleepy Hollow Road**
**Sleepy Hollow, NY 10591**

October 18, 2023

Clerk of the Court
U.S. Bankruptcy Court
Northern District of Texas, Dallas Division
Earle Cabell Federal Building
1100 Commerce St, Room 1254
Dallas, TX 75242-1496

Re: ADEPTUS HEALTH LLC, et al., Debtors.
Case No. 20-333-71-swe-7
Notice of Overbid

Dear Clerk of the Court:

Enclosed please find the "Notice of Overbid" pertaining to the above-referenced bankruptcy case. Kindly process and file the document as appropriate. Please note that I am unable to file electronically because I am not admitted in the State of Texas.

If there are any issues or further requirements regarding this submission, please do not hesitate to contact me. I can be reached at 845-590-1062.

Thank you.

Best,

Thomas J. Perkins
Trustee of TJP Investment Trust