**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS NORHTERN
DALLAS DIVISION**



FILED
OCT 31 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:

ADEPTUS HEALTH, LLC, et al

    Debtors

Case No. 3:20bk33071

(Jointly Administered)

**NOTICE OF OVERBID FOR SALE OF CERTAIN ASSETS OF THE DEBTORS'
CONSOLIDATED ESTATE FREE AND CLEAR OF LIENS,
CLAIM, INTERESTS AND ENCUMBRANCES**

**(REMNANT ASSET SALE)**

NOTICE IS HEREBY GIVEN that pursuant to the overbidding instructions set for in Chapter 7 Trustee's Motion to Sell Certain Assets dated, October 12, 2023 and entered October 12, 2023, the undersigned hereby submits its overbid in the amount of $14,500.

Date: October 23, 2023

_Joseph E. Sarachek_
Joseph E. Sarachek
SLFAQ, LLC
670 White Plains Road
PH Suite
Scarsdale, NY 10591
(646) 701-0477
joe@slfaqllc.com