**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In Re: Case No. 20-33071

Adeptus Health, LLC et al  Chapter 7

Debtor(s) Jointly Administered

**RESPONSE TO MOTION OF CHAPTER 7 TRUSTEE AND NOTICE OF OVERBID FOR SALE OF CERTAIN ASSETS OF THE DEBTORS CONSOLIDATED ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTEREST AND ENCUMBRANCES PURSUANT TO 11 U.S.C. 105 AND 363**
**(CLASS ACTION ASSET SALE)**
**(RELATED TO DOC 378)**

TO THE HONORABLE US BANKRUPTCY JUDGE:

1. NOTICE IS HEREBY GIVEN that pursuant to the overbidding instruction set forth in Chapter 7 Trustee's Motion to Sell Certain Assets dated October 12, 2023 and entered October 12, 2023, the undersigned Joel Pearce or title holding assignee hereby submits its overbid in the amount of $12,000.
2. Joel Pearce requests that it be given the opportunity to outbid any future bids on the Class Action Asset Sale.

Date: October 30, 2023

_Joel Pearce_
Joel Pearce
3406 Via Lido, Suite 1A 400
Newport Beach, CA 92663
949-584-8902
joel.pearce@outlook.com

**FILED**

NOV 0 1 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In Re:                                                                                 Case No. 20-33071

Adeptus Health, LLC et al                           Chapter 7

Debtor(s)                                                       Jointly Administered

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the Trustee via email on October 30, 2023

Laurie Dahl Rea Chapter 7 Trustee
Laurie.rea@romelaw.com

Sherman Corky
corky@syllp.com

Denise Fava Representative of SLFAQ LLC
denise@slfaqllc.com

---

RESPONSE TO TRUSTEE'S MOTION TO SELL ASSETS