## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § § | | CHAPTER 7 CASES |
| ADEPTUS HEALTH LLC, *et al.* § § | | CASE NO. 20-33071-swe-7 |
| Debtors. § § | | (Jointly Administered) |

### NOTICE OF OVERBID FOR SALE OF CERTAIN ASSETS OF THE DEBTORS' CONSOLIDATED ESTATES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES

### (CLASS ACTION SALE)

NOTICE IS HEREBY GIVEN that pursuant to the overbidding instructions set forth in the Chapter 7 Trustee's Motion to Sell Certain Assets dated 12 October 2023 and filed 12 October 2023 (Docket No: 378) the undersigned hereby submits its overbid in the amount of $12,000.

Date: 30 October 2023

_____
James Holdsworth

Clearwater Recovery Partners LLP
One Gateway Center, 1
Suite #2600
Newark
NJ 07102
United States

Tel: (973) 954 4505
Email: jh@clearwaterllp.com / ops@clearwaterllp.com

**FILED**

NOV 0 1 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS



Clerk of the Court
U.S. Bankruptcy Court – Northern District of Texas, Dallas Division

Earle Cabell Federal Building
1100 Commerce St, Room 1254
Dallas
TX 75242-1496
United States

30 October 2023

Dear Clerk of the Court

**ADEPTUS HEALTH LLC, et al., Debtors – Case No: 20-3371-swe-7**
**Notice of Overbid**

Enclosed please find the "Notice of Overbid" pertaining to the above-referenced bankruptcy case in response to docket entry 378 - Motion to sell property free and clear of liens under Section 363(f) (Class Action Sale).

Please note that we are unable to file this motion electronically as we are not admitted in the State of Texas.

If there are any issues or further requirements regarding this submission, please do not hesitate to contact me. I can be reached at (973) 954 4505.

Yours sincerely,

James Holdsworth
Partner

Clearwater Recovery Partners LLP
Tel:   +1 973 954 4505
Email: jh@clearwaterllp.com