**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 20-33071 SWE Judge: SCOTT W. EVERETT | | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: | 06/30/24　　(4th reporting period for this case) | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA - CHECKING 0174 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 2. BANK OF AMERICA - DEPOSIT ACCT 8001 | 25,000.00 | 25,000.00 | | 2,552.73 | FA |
| 3. BANK OF AMERICA - CHECKING 1253 | 325,000.00 | 325,000.00 | | 0.00 | FA |
| 4. BANK OF AMERICA - CHECKING 7964 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. BANK OF AMERICA - CHECKING 9143 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. BANK OF AMERICA - CHECKING 8953 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. BANK OF AMERICA - CHECKING 7384 | 0.00 | 0.00 | | 0.00 | FA |
| 8. DEPOSITS/PREPAYMENTS - BANK OF AMERICA | 92,445.51 | 92,445.51 | | 0.00 | FA |
| 9. DEPOSITS/PREPAYMENTS - BANK OF AMERICA | 948,918.61 | 948,918.61 | | 0.00 | FA |
| 10. DEPOSITS/PREPAYMENTS - SILICON VALLEY BANK | 0.00 | 0.00 | | 0.00 | FA |
| 11. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 1,200,572.98 | FA |
| 12. ACCT. RECEIVABLE | 353,996.00 | 353,996.00 | | 0.00 | FA |
| 13. ACCT. RECEIVABLE | 1,600,000.00 | 1,600,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. OFFICE EQUIPMENT<br><br>OFFICE EQIUPMENT, INCLUDING NALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE - 26 U-DESKS; 17 DESKS; 17 LARGE HUTCH; 1 X-LARGE HUTCH; 14 SMALL WOOD LATERAL FILE 2 DRAWER; 7 SMALL ROUND CONFERENCE TABLE; 1 MEDIUM CONFERENCE TABLE; 104 DESK CHAIRS; 41 SIDE CHAIRS; 2 ONE SEAT LOUGE W/OTTOMAN; 4 STACKABLE CHAIRS; 5 LATERAL FILE CABINET 4 DRAWER; 2 LATERAL FILE CABINET 5 DRAWER; 1 EXECUTIVE BOARD CONFERENCE TABLE; 2 BOOKCASES; 22 LAPTOPS; 24 MONITORS; 6 PRINTERS; 2 MiFi; 1 iPAD; 8 DOCKING STATIONS | Unknown | 0.00 | | 0.00 | FA |
| 15. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>SCG CAPITAL CORPORATION - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 16. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>GE HFS, LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 17. OTHER MACHINERY/FIXTURES/EQUIPMENT<br><br>CIT FINANCE LLC - MISCELLANEOUS LEASE AGREEMENT DATED 01/11/2013; OMNIBUS AMENDMENT TO LEASES 11/14/2017 | 0.00 | 0.00 | | 0.00 | FA |

LFORM1                                                                                                                                Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. OTHER MACHINERY/FIXTURES/EQUIPMENT HUNTINGTON TECHNOLOGY FINANCE, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 19. OTHER MACHINERY/FIXTURES/EQUIPMENT WELLS FARGO EQUIPMENT FINANCE, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 20. OTHER MACHINERY/FIXTURES/EQUIPMENT MITSUBISHI UFJ LEASE & FINANCE (U.S.A.) INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 WITH SCG CAPITAL CORP. COLLATERALLY ASSIGNED TO MITSUBISHI UFJ LEASE & FINANCE (USA) INC | 0.00 | 0.00 | | 0.00 | FA |
| 21. OTHER MACHINERY/FIXTURES/EQUIPMENT KEY EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 22. OTHER MACHINERY/FIXTURES/EQUIPMENT DE LAGE LANDEN FINANCIAL SERVICES, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 23. OTHER MACHINERY/FIXTURES/EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |

LFORM1 Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Case No:      20-33071      SWE    Judge: SCOTT W. EVERETT  
Case Name:    ADEPTUS HEALTH LLC

Trustee Name:              DANIEL J. SHERMAN, TRUSTEE  
Date Filed (f) or Converted (c):   12/18/20 (f)  
341(a) Meeting Date:       02/02/21  
Claims Bar Date:           05/04/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| OLYMPUS AMERICA, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT NO. 0016700 DATED SEPTEMBER 8, 2016 | | | | | |
| 24. OTHER MACHINERY/FIXTURES/EQUIPMENT  HITACHI CAPITAL AMERICA CORP. F/K/A CREEKRIDGE CAPITAL LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - CORPORATE MASTER AGREEMENT #205306CMA-01 DATED 10/23/14 (OMNICELL) | 0.00 | 0.00 | | 0.00 | FA |
| 25. OTHER MACHINERY/FIXTURES/EQUIPMENT  U.S. BANK, N.A. D/B/A U.S. BANK EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 26. OTHER MACHINERY/FIXTURES/EQUIPMENT  CAPITAL ASSET RESOURCES - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 96442 | 0.00 | 0.00 | | 0.00 | FA |
| 27. OTHER MACHINERY/FIXTURES/EQUIPMENT  HAPPY STATE BANK & TRUST CO. F/K/A CENTENNIAL BANK - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 1006521 (CAPITAL ASSET RESOURCES) | 0.00 | 0.00 | | 0.00 | FA |
| 28. OTHER MACHINERY/FIXTURES/EQUIPMENT  FIRST NATIONAL BANK OF WICHITA FALLS - | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07l

Case 20-33071-swe7    Doc 417    Filed 07/31/24    Entered 07/31/24 14:47:19    Desc Main
Document    Page 5 of 19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

Case No:      20-33071      SWE    Judge: SCOTT W. EVERETT  
Case Name:    ADEPTUS HEALTH LLC

Trustee Name:                    DANIEL J. SHERMAN, TRUSTEE  
Date Filed (f) or Converted (c): 12/18/20 (f)  
341(a) Meeting Date:             02/02/21  
Claims Bar Date:                 05/04/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 65428 (CAPITAL ASSET RESOURCES) | | | | | |
| 29. OTHER MACHINERY/FIXTURES/EQUIPMENT  K&E LIMITED PARTNERSHIP - MEDICAL FACILITY BUILDING - 8020 MATLOCK RD., ARLINGTON, TX  76002 | 0.00 | 0.00 | | 0.00 | FA |
| 30. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE  2710 WESTERN CENTER BLVD., FORT WORTH, TX 76131-1337, LOT 1R2, BLOCK 1, WESTERN CENTER ADDITION TO THE CITY OF FORT WORTH, TARRANT COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN CABINET A, SLIDE 12025, PLAT RECORDS OF TARRANT COUNTY, TEXAS.  NET BOOK VALUE $2,643,000.00 | 1,111,000.00 | 1,111,000.00 | | 0.00 | FA |
| 31. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE  HKM CALIFORNIA PROPERTIES LLC - MEDICAL FACILITY BUILDING - 10815 KUYKENDAHL RD., THE WOODLANDS, TX 77382 | 0.00 | 0.00 | | 0.00 | FA |
| 32. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE  CJC 18-2 LLC/MTL JAMIE LLC/MTL JENNIFER LLC - MEDICAL FACILITY BUILDING - 225 E. PARKWOOD AVENUE, FRIENDSWOOD, TX  77546-5145 | 0.00 | 0.00 | | 0.00 | FA |
| 33. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07l

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 6

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 28606 NORTHWEST FREEWAY, CYPRESS, TX, LLC - MEDICAL FACILITY BUILDING 28606 NORTHWEST FREEWAY, CYPRESS, TX  77433 | | | | | |
| 34. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE SAHM PROPERTIES WOODLAND HILLS LLC - MEDICAL FACILITY BUILDING - 3016 MARINA BAY DRIVE, LEAGUE CITY, TX 77573 | 0.00 | 0.00 | | 0.00 | FA |
| 35. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE HSM CROSSING LLC - MEDICAL FACILITY BUILDING - 6035 PRECINCT LINE RD., NORTH RICHLAND HILLS, TX  76180-5410 | 0.00 | 0.00 | | 0.00 | FA |
| 36. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE CCMR 18 LLC, RLC JENNA 18 LLC & RLC JUSTIN 18 LLC - MEDICAL FACILITY BUILDING - 10705 E. NORTHWEST HWY, DALLAS, TX 75238 | 0.00 | 0.00 | | 0.00 | FA |
| 37. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE REBOUND RETAIL LLC - MEDICAL FACILITY BUILDING 2752 SUNRISE BLVD., PEARLAND, TX 77584 | 0.00 | 0.00 | | 0.00 | FA |
| 38. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE PASATIEMPO APARTMENTS - MEDICAL FACILITY BUILDING, 9530 JONES ROAD, HOUSTON, TX  77065 | 0.00 | 0.00 | | 0.00 | FA |
| 39. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE | 0.00 | 0.00 | | 0.00 | FA |

LFORM1                                                                                                                                                                          Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 7

| Case No: | 20-33071 SWE Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | 341(a) Meeting Date: | 02/02/21 |
| | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| PARMA MANDALAY TOWER, LLC - OFFICE BUILDING - 220 EAST LAS COLINAS BLVD., SUITE 1000, IRVING, TX 75039 | | | | | |
| 40. PAYCOM - EARLY TERM REFUND (u)  *02/19/2021 - PER TELEPHONE CONVERSATION WITH KAREN COPE, FORMER ACCOUNTING EMPLOYEE, SWITCHED PAYROLL PROVIDERS EARLY IN 2020 AND THERE WAS A TERMINATION FEE. PAYCOM HELPED WITH THE TERMINATION FEE AND SENT PERIODIC PAYMENTS. | 0.00 | 420,771.92 | | 420,771.92 | FA |
| 41. RETAINER REFUND FROM WEAVER JOHNSTON NELSON (u) | 0.00 | 7,735.00 | | 7,735.00 | FA |
| 42. State of Texas Unclaimed Funds (u) | 0.00 | 39,755.64 | | 39,755.64 | FA |
| 43. MISC. REFUNDS (u) | 0.00 | 1,024.18 | | 16,766.05 | FA |
| 44. COMPTROLLER REFUND AND ASSIGNMENT (u) | 0.00 | 1,262,297.90 | | 1,262,297.90 | FA |
| 45. DEPOSIT REFUND FROM MP2 ENERGY (u) | 0.00 | 201,995.73 | | 201,995.73 | FA |
| 46. BANK OF AMERICA - FIRST CHOICE ACCT 6981 (u)  FINAL BALANCE IN ACCOUNT TO CLOSE | 0.00 | 184.03 | | 184.03 | FA |
| 47. RETURN OF FUNDS FROM ALVAREZ&MARSAL HOLDINGS, LLC (u) | 0.00 | 3,723.65 | | 3,723.65 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 48. ESCROW FUNDS - FIRST CHOICE ER (u) | 0.00 | 29,306.64 | | 29,306.64 | FA |
| 49. ADEPTUS LITIGATION TRUST FUNDS (u) | 0.00 | 2,489,773.42 | | 2,489,773.42 | FA |
| 50. CREDIT BALANCE REFUND - CHANDLER SIGNS (u) | 0.00 | 13,368.76 | | 13,368.76 | FA |
| 51. BANK OF AMERICA - CHECKING | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 52. BANK OF AMERICA - CHECKING | 325,000.00 | 325,000.00 | | 214,382.40 | FA |
| 53. DEPOSITS INCLUDING SECURITY/UTILITY - BK OF AM | 92,446.00 | 92,446.00 | | 0.00 | FA |
| 54. OFFICE EQUIPMENT<br>OFFICE EQIUPMENT, INCLUDING NALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE - 26 U-DESKS; 17 DESKS; 17 LARGE HUTCH; 1 X-LARGE HUTCH; 14 SMALL WOOD LATERAL FILE 2 DRAWER; 7 SMALL ROUND CONFERENCE TABLE; 1 MEDIUM CONFERENCE TABLE; 104 DESK CHAIRS; 41 SIDE CHAIRS; 2 ONE SEAT LOUGE W/OTTOMAN; 4 STACKABLE CHAIRS; 5 LATERAL FILE CABINET 4 DRAWER; 2 LATERAL FILE CABINET 5 DRAWER; 1 EXECUTIVE BOARD CONFERENCE TABLE; 2 BOOKCASES; 22 LAPTOPS; 24 MONITORS; 6 PRINTERS; 2 MiFi; 1 iPAD; 8 DOCKING STATIONS | Unknown | 0.00 | | 0.00 | FA |
| 55. A/R FOR NMP LOUISIANA (u)<br>*REALLY OLD A/R - KAREN COPE SUGGESTED IT BE | 0.00 | 150.00 | | 100.00 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 9

| Case No: | 20-33071 SWE Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | 341(a) Meeting Date: | 02/02/21 |
| | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| DEPOSITED IN CORPORATE ACCT. | | | | | |
| 56. BANK OF AMERICA, N.A. CHECKING | 1,000.00 | 1,000.00 | | 2,084.28 | FA |
| 57. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 0.00 | FA |
| 58. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>*DE LAGE LANDEN FINANCIAL SERVICES, INC. - MISC LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 59. REFUND OF COBRA PAYMENTS (u) | 0.00 | 12,802.60 | | 13,848.34 | FA |
| 60. CREDIT BALANCE REFUND (u) | 0.00 | 3,385.33 | | 3,385.33 | FA |
| 61. BANK OF AMERICA - DEPOSIT | 25,000.00 | 25,000.00 | | 254,119.86 | FA |
| 62. BANK OF AMERICA - CHECKING | 1,000.00 | 1,000.00 | | 1,111.20 | FA |
| 63. DEPOSITS - INCLUDING SECURITY/UTILITY - BK OF AM | 948,919.00 | 948,919.00 | | 948,215.60 | FA |
| 64. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 25,080.94 | FA |
| 65. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>SCG CAPITAL CORPORATION - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 10

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 66. OTHER MACHINERY/FIXTURES/EQUIPMENT  GE HFS, LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 67. OTHER MACHINERY/FIXTURES/EQUIPMENT  CIT FINANCE LLC - MISCELLANEOUS LEASE AGREEMENT DATED 01/11/2013; OMNIBUS AMENDMENT TO LEASES 11/14/2017 | 0.00 | 0.00 | | 0.00 | FA |
| 68. OTHER MACHINERY/FIXTURES/EQUIPMENT  HUNTINGTON TECHNOLOGY FINANCE, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 69. OTHER MACHINERY/FIXTURES/EQUIPMENT  WELLS FARGO EQUIPMENT FINANCE, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 70. OTHER MACHINERY/FIXTURES/EQUIPMENT  MITSUBISHI UFJ LEASE & FINANCE (U.S.A.) INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 WITH SCG CAPITAL CORP. COLLATERALLY ASSIGNED TO MITSUBISHI UFJ LEASE & FINANCE (USA) INC. | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07l

Case 20-33071-swe7 Doc 417 Filed 07/31/24 Entered 07/31/24 14:47:19 Desc Main
Document Page 11 of 19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 11

| Case No: | 20-33071 SWE Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | 341(a) Meeting Date: | 02/02/21 |
| | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 71. OTHER MACHINERY/FIXTURES/EQUIPMENT KEY EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 72. OTHER MACHINERY/FIXTURES/EQUIPMENT DE LAGE LANDEN FINANCIAL SERVICES, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 73. OTHER MACHINERY/FIXTURES/EQUIPMENT OLYMPUS AMERICA, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT NO. 0016700 DATED SEPTEMBER 8, 2016 | 0.00 | 0.00 | | 0.00 | FA |
| 74. OTHER MACHINERY/FIXTURES/EQUIPMENT HITACHI CAPITAL AMERICA CORP. F/K/A CREEKDRIDGE CAPITAL LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - CORPORATE MASTER AGREEMENT #205306CMA-01 DATED 10/23/14 (OMNICELL) | 0.00 | 0.00 | | 0.00 | FA |
| 75. OTHER MACHINERY/FIXTURES/EQUIPMENT U.S. BANK, N.A. D/B/A U.S. BANK EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 76. OTHER MACHINERY/FIXTURES/EQUIPMENT CAPITAL ASSET RESOURCES - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 12

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 96442 | | | | | |
| 77. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>HAPPY STATE BANK & TRUST CO. F/K/A CENTENNIAL BANK - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 1006521 (CAPITAL ASSET RESOURCES) | 0.00 | 0.00 | | 0.00 | FA |
| 78. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>FIRST NATIONAL BANK OF WICHITA FALLS - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 65428 (CAPITAL ASSET RESOURCES) | 0.00 | 0.00 | | 0.00 | FA |
| 79. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>CJC 18-2 LLC/MTL JAMIE LLC/MTL JENNIFER LLC - MEDICAL FACILITY BUILDING - 225 E. PARKWOOD AVENUE, FRIENDSWOOD, TX  77546-5145 | 0.00 | 0.00 | | 0.00 | FA |
| 80. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>28606 NORTHWEST FREEWAY, CYPRESS, TX, LLC - MEDICAL FACILITY BUILDING 28606 NORTHWEST FREEWAY, CYPRESS, TX  77433 | 0.00 | 0.00 | | 0.00 | FA |
| 81. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>SAHM PROPERTIES WOODLAND HILLS LLC - MEDICAL FACILITY BUILDING - 3016 MARINA BAY DRIVE, LEAGUE | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 13

Case No:  20-33071   SWE   Judge: SCOTT W. EVERETT  
Case Name:  ADEPTUS HEALTH LLC  

Trustee Name:  DANIEL J. SHERMAN, TRUSTEE  
Date Filed (f) or Converted (c):  12/18/20 (f)  
341(a) Meeting Date:  02/02/21  
Claims Bar Date:  05/04/21  

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| CITY, TX 77573 | | | | | |
| 82. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>K&E LIMITED PARTNERSHIP - MEDICAL FACILITY BUILDING - 8020 MATLOCK RD., ARLINGTON, TX 76002 | 0.00 | 0.00 | | 0.00 | FA |
| 83. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>HSM CROSSING LLC - MEDICAL FACILITY BUILDING - 6035 PRECINCT LINE RD., NORTH RICHLAND HILLS, TX 76180-5410 | 0.00 | 0.00 | | 0.00 | FA |
| 84. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>CCMR 18 LLC, RLC JENNA 18 LLC & RLC JUSTIN 18 LLC - MEDICAL FACILITY BUILDING - 10705 E. NORTHWEST HWY, DALLAS, TX 75238 | 0.00 | 0.00 | | 0.00 | FA |
| 85. miscellaneous refunds (u) | 0.00 | 233.60 | | 6,050.87 | FA |
| 86. REQUEST FOR RECORDS RECEIPTS (u) | 0.00 | 25.00 | | 36.00 | FA |
| 87. BANK OF AMERICA - CHECKING | 1,000.00 | 1,000.00 | | 1,052.66 | FA |
| 88. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 1,063.51 | FA |
| 89. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>SCG CAPITAL CORPORATION - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 14

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 01/11/2013 | | | | | |
| 90. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>GE HFS, LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013. | 0.00 | 0.00 | | 0.00 | FA |
| 91. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>MITSUBISHI UFJ LEASE & FINANCE (U.S.A.) INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT- MASTER LEASE AGREEMENT DATED 01/11/2013 WITH SCG CAPITAL CORP. COLLATERALLY ASSIGNED TO MITSUBISHI UFJ LEASE & FINANCE (USA) INC. | 0.00 | 0.00 | | 0.00 | FA |
| 92. MISCELLANEOUS REFUNDS (u) | 0.00 | 0.00 | | 162.03 | FA |
| 93. BANK OF AMERICA CHECKING XXX18979 (u) | 0.00 | 73,156.20 | | 73,156.20 | FA |
| 94. BANK OF AMERICA CHECKING XXXX18966 (u)<br>* majority of the funds belong to Crawford Electric - misapplied to this account. | 0.00 | 360,409.67 | | 15,786.74 | FA |
| 95. CASH FOR SUBPOENAS (u) | 0.00 | 30.00 | | 30.00 | FA |
| 96. ACCT. RECEIVABLE<br>* OVER 90 DAYS OLD | 2,314,748.00 | 2,314,748.00 | | 9,618.98 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 15

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 97. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>*SCG CAPITAL CORPORATION - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 98. OTHER MACHINERY/FIXUTRES/EQUIPMENT<br>GE HFS, LLC - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 99. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>CIT FINANCE LLC - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013; OMNIBUS AMENDMENT TO LEASES 11/14/2017 | 0.00 | 0.00 | | 0.00 | FA |
| 100. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>HUNTINGTON TECHNOLOGY FINANCE, INC. - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 101. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>MITSUBISHI UFJ LEASE & FINANCE (U.S.A.) INC. - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013 WITH SCG CAPITAL CORP. COLLATERALLY ASSIGNED TO MITSUBISHI UFJ LEASE & FINANCE (USA) INC. | 0.00 | 0.00 | | 0.00 | FA |
| 102. OTHER MACHINERY/FIXTURES/EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-33071 SWE Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | 341(a) Meeting Date: | 02/02/21 |
| | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| OLYMPUS AMERICA, INC. - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT NO. 0016700 DATED 09/08/2016 | | | | | |
| 103. OTHER MACHINERY/FIXTURES/EQUIP,ENT  U.S. BANK, N.A. d/b/a U.S. BANK EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 104. FUNDS IN BANK OF AMERICA - GOV DEPOSITS (u) | 0.00 | 1,592.98 | | 1,592.98 | FA |
| 105. cash for subpoenas (u) | 0.00 | 33.00 | | 66.00 | FA |
| 106. PAYCOM COBRA REFUNDS (u) | 0.00 | 2,462.98 | | 2,462.98 | FA |
| 107. MISCELLANEOUS CREDIT REFUNDS (u) | 0.00 | 429.00 | | 469.00 | FA |
| 108. FUNDS IN BANK OF AMERICA - NON GOVT DEPOSITS (u) | 0.00 | 284,780.07 | | 284,780.07 | FA |
| 109. BANK OF AMERICA, N.A. - CHECKING 7397 | 0.00 | 0.00 | | 147,649.31 | FA |
| 110. BANK OF AMERICA - ACCT 7384 | 0.00 | 0.00 | | 22,454.85 | FA |
| 111. ACCT. RECEIVABLE  OVER 90 DAYS OLD | 2,314,748.00 | 2,314,748.00 | | 1,097.48 | FA |
| 112. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 9,997.50 | FA |

LFORM1

Ver: 22.07l

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:       20-33071     SWE    Judge: SCOTT W. EVERETT              Trustee Name:        DANIEL J. SHERMAN, TRUSTEE
Case Name:     ADEPTUS HEALTH LLC                                        Date Filed (f) or Converted (c):   12/18/20 (f)
                                                                         341(a) Meeting Date:   02/02/21
                                                                         Claims Bar Date:       05/04/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| OVER 90 DAYS OLD | | | | | |
| 113. BANK OF AMERICA ACCOUNT (u) | 0.00 | 20,064.86 | | 20,064.86 | FA |
| 114. ACCT. RECEIVABLE OVER 90 DAYS OLD | 2,314,748.00 | 2,314,748.00 | | 794.52 | FA |
| 115. FUNDS IN BANK OF AMERICA - GOV DEPS (u) | 0.00 | 194.89 | | 194.89 | FA |
| 116. FUNDS IN BANK OF AMERICA - NON GOVT DEPOSITS (u) | 0.00 | 52,121.80 | | 52,121.80 | FA |
| 117. ACCT. RECEIVABLE OVER 90 DAYS OLD | 2,314,748.00 | 2,314,748.00 | | 22,983.64 | FA |
| 118. FUNDS IN BANK OF AMERICA - NON GOVERNMENT (u) | 0.00 | 13,360.21 | | 13,360.21 | FA |
| 119. FUNDS IN BANK OF AMERICA - GOV DEPS (u) | 0.00 | 189.26 | | 189.26 | FA |
| 120. RETAINER REFUND FROM WEAVER JOHNSTON NELSON (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 121. Merit Based Incentive Payments System (u) bonus for 2020 claims paid through 07/26/2021 | 0.00 | 32.79 | | 32.79 | FA |
| 122. BANK OF AMERICA | 0.00 | 0.00 | | 2,097.15 | FA |
| 123. ACCT. RECEIVABLE (u) | 0.00 | 46.25 | | 46.25 | FA |

LFORM1                                                                                                                                          Ver: 22.07l

Case 20-33071-swe7    Doc 417    Filed 07/31/24    Entered 07/31/24 14:47:19    Desc Main
Document      Page 18 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 18

| Case No: | 20-33071 | SWE | Judge: SCOTT W. EVERETT | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ADEPTUS HEALTH LLC | | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 124. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE LOT 1R2, BLOCK 1, WESTERN CENTER ADDITION TO THE CITY OF FORT WORTH, TARRANT COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN CABINET A, SLIDE 12025, PLAT RECORDS OF TARRANT COUNTY, TEXAS. NET BOOK VALUE $2,643,000.00 | 1,111,000.00 | 1,111,000.00 | | 1,250,000.00 | FA |
| 125. CLASS ACTION LAWSUIT SETTLEMENT (u) | 0.00 | 11,447.08 | | 51,947.08 | FA |
| 126. REMNANT ASSET PURCHASE (u) | 0.00 | 10,000.00 | | 42,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $27,847,457.12 | $33,169,341.56 | | $9,189,492.01 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS PREPARING FINAL FEE APPLICATION. ESTIMATED DATE OF CLOSING IS 12/01/2024.

THIS IS THE LEAD CASE - ALL RELATED CASES HAVE BEEN SUBSTANTIVELY CONSOLIDATED

** ON AUGUST 20, 2021, THE COURT ENTERED AN ORDER [DOCKET #173] SUBSTANTIVELY CONSOLIDATING 62 RELATED CASES, WITH

ADEPTUS HEALTH, LLC 20-33071, BEING THE LEAD CASE. THE ORDER SPECIFICALLY STATES - "The assets and liabilities of the

attached List of Related Debtors shall be substantively consolidated." ASSET NUMBERS 1-50 REPRESENT THE ASSETS FOR

ADEPTUS HEALTH, LLC. IN PREPARATION FOR CLOSING, AXOS FINANCIAL, AT THE INSTRUCTION OF THE TRUSTEE,

TRANSFERRED/IMPORTED ALL ASSETS, CLAIMS AND BANKING INFORMATION INTO THIS CASE, IN ORDER TO PRESERVE ALL REPORTS

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 19

| | | |
|---|---|---|
| Case No: | 20-33071     SWE    Judge: SCOTT W. EVERETT | Trustee Name:    DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | ADEPTUS HEALTH LLC | Date Filed (f) or Converted (c):    12/18/20 (f) |
| | | 341(a) Meeting Date:    02/02/21 |
| | | Claims Bar Date:    05/04/21 |

NECESSARY FOR THE TRUSTEE'S FINAL REPORT AND TO PRESERVE ALL LINKING BETWEEN DEPOSITS AND ASSETS IMPORTED INTO THIS CASE.  THEREFORE, ASSET NUMBERS 51-124  ARE DUPLICATES OF THE ASSETS ORIGINALLY SHOWN ON THE ADEPTUS SCHEDULES A/B.

Initial Projected Date of Final Report (TFR): 02/01/22      Current Projected Date of Final Report (TFR): 10/01/24